**PH**  **08 C 31**

**JUDGE GUZMAN**
**MAGISTRATE JUDGE SCHENKIER**

# EXHIBIT A

CAPITAL ONE BANK

       Plaintiff

vs.

STEPHANIE SYLVERNE
       Defendant

5291071479031526

<u>AFFIDAVIT</u>

I, _Jenn Crawford_, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

3. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $6,292.10, plus interest, at the contract rate of interest of 19.800 percent.

4. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

                                                                _Jenn Crawford_

Subscribed and sworn to before me
this 16 day of Dec 2006

_____
NOTARY PUBLIC

                                                                                 06-23149-0
                                                                                 3850-02
                                                                                 S166065