## United States District Court for the Northern District of Illinois

Case Number: 08CV31                    Assigned/Issued By: J. N.

Judge Name: GUZMAN                     Designated Magistrate Judge: SCHENKIER

---

### FEE INFORMATION

*Amount Due:*   [✓] $350.00     [ ] $39.00     [ ] $5.00
                [ ] IFP         [ ] No Fee     [ ] Other _____
                [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                             Receipt #: 2433249

Date Payment Rec'd: 1-2-08                   Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                  [ ] Alias Summons

[ ] Third Party Summons                      [ ] Lis Pendens

[ ] Non Wage Garnishment Summons             [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons       _____
                                             _____
[ ] Citation to Discover Assets              (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

   1    Original and    0    copies on   1-2-08    as to   DATA SEARCH N.Y. INC.
                                           (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05