**EXHIBIT A**

CAPITAL ONE BANK

Plaintiff

vs.

STEPHANIE SYLVERNE
Defendant

5391071479031526

**AFFIDAVIT**

I, Jean Crawford _____ being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant.

2. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge.

3. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $6,292.10, plus interest, at the contract rate of interest of 19.800 percent.

4. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _____, 2006

_____
NOTARY PUBLIC

06-23149-0
5850-02
$166065

**EXHIBIT B**



**PROVEN LEGAL STR**

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS



**WELCOME to the proven nationwide legal process that has recovered millions of dollars thought to be unrecoverable for the country's largest creditors and debt buyers.**

**Recent News:**

▶ January 15, 2(
   TRAKAmer
   To Manage

▶ October 2, 200
   TRAKAmer
   Announces
   3.0

▶ September 26
   TRAKAmer
   Expands; /
   Executive

▶ September 15
   TRAKAmer
   Announces
   Performan(

▶ March 23, 200
   TRAKAmer
   Announces
   Collection
   Performan(

▶ October 31, 2(
   TRAKAmer
   Announces
   2.0

STEP 1: Our **FASTRAK** predictive model determines with unparalleled accuracy exactly which accounts are worth pursuing.

STEP 2: **Secure, streamlined and automated processes** transmit suit worthy accounts to the right attorney quickly and efficiently.

STEP 3: The **TRAKAmerica legal network**—the best in the business—obtains your legally enforceable judgments.

STEP 4: Our in-house **skip tracing experts** facilitate execution on your judgments by identifying hard-to-find assets and collecting the money owed to you.

RESULT: **Maximum net back for TRAKAmerica clients.**

*"TRAKAmerica recovered more than $27 million last quarter on warehouse paper we thought was uncollectible."*

— *Publicly traded US credit card issuer*

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR

- HOME
- ABOUT TRAK
- TRAK ADVANTAGES
- TRAK PROCESS
- FASTRAK SAMPLE
- NEWS & EVENTS

## Obtain A Customized FASTRAK Sample Analysis

TRAKAmerica would be happy to analyze a sample of your portfolio using our FASTRAK scoring model. The model uses more than 30 case-level variables built on empirical data from more than one million claims and $100 million in court costs in all fifty states to determine which accounts are worth pursuing with pinpoint accuracy — **no more wasting time and money on uncollectible accounts.**

To take advantage of this no cost, risk-free offer for a customized FASTRAK Analysis, submit the form below.

Debt buyers or cr
would like more i
about TRAKAme
call 800.277.443
info@TRAKAme

Items marked with an asterisk (*) must be completed.

First Name* _____
Last Name* _____
Title _____
Firm* _____
Address 1 _____
Address 2 _____
City _____
State _____
Zip _____
Phone _____
Email* _____

[ Submit Query ]

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## Management Team

### Thomas Milana
**President and Chief Executive Officer**
TRAKAmerica's founder is a noted collections industry leader who has enjoyed a successful 20-year career as both a collections agency owner and operator and a successful debt buyer.

Despite TRAKAmerica's phenomenal growth, Tom remains involved in the day-to-day business of helping clients leverage the TRAKAmerica model to maximize their net back. Tom is exceptionally knowledgeable about the challenges and issues facing today's creditors and is committed to fair, safe, and ethical business practices. [top]

### Thomas Dalessandro
**Managing Partner**
Cofounder and resident technology guru, Tom began his career working at a collection law firm nearly 20 years ago. A software developer by trade, Tom honed his analytic skills and economic acumen at the University of Chicago Graduate School of Business. He is the chief architect of TRAKAmerica's unique proprietary software and technology infrastructure. It's Tom's FASTRAK statistical model that enables us to predict liquidation rates and seamlessly interface with our clients' technology for reliable reports and payments. [top]

### Wade Ferguson
**Vice President Network Management & Client Services**
Wade has more than fifteen years of experience in the collections and recoveries industry, including many years working directly with agencies and creditors. He gained eight years experience at Capital One managing various recovery functions, as well as their legal outsourcing program. At TRAKAmerica, Wade is responsible for managing the attorney network and building client relations. [top]

### Matthew Wolk
**Vice President of Network Management & Compliance**
Matt is responsible for attorney network and agency management, process improvement and audit and compliance functions, including managing call center agencies for non-legal collections. Prior to joining TRAKAmerica, Matt was Process and Agency Manager for Capital One, where he gained 15 years experience managing collections and



TRAKAmerica ha
unique mix of exp
experienced leade
best legal strategy
management tear
industry.

Thomas Milana
President & Chief
Officer

Thomas Dalessa
Managing Partner

Wade Ferguson
Vice President of
Management & C

Matthew Wolk
Vice President of
Management & C

Tony La Veglia
Vice President of

Karl Hernandez
Vice President of
Management

[top]

recoveries and legal network suppliers. He played a key role in reducing expenses for Capital One through both vendor pricing negotiation and operating procedure and compliance program improvements. [top]

### Tony La Veglia
**Vice President of Operations**
A security specialist for more than 20 years, Tony holds a master's degree in industrial security, maintains ASIS International professional certification, and teaches security at Long Island University. Tony is responsible for ensuring our physical plant, our legal network and vendors fulfill governmental and client requirements. Our security has been audited and received top marks by one of the country's top 10 credit card issuers. [top]

### Karl Hernandez
**Vice President of Network Management**
A collections professional for more than 20 years, Karl is responsible for the unprecedented success of our legal network management team. After obtaining his paralegal degree, Karl worked for numerous law firms specializing in collections and can anticipate the unique challenges of our attorneys as they pursue and execute judgments on behalf of TRAKAmerica's clients. [top]

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

PREDICT YOU

GET TO (
QUICKLY & E

TRAKAMERI(
NETW(

COLLECT &

Result: MAX

## The TRAKAmerica Process

### STEP 1: Predicting Your Success

At TRAKAmerica, we take the frustrating – and costly - guesswork out of identifying which accounts in your portfolio are ultimately collectible.

Our **FASTRAK predictive model** features empirical data from more than 1 million cases (and our investment of $100 million in court costs). Each of the accounts in your portfolio is judged against over 30 case level variables that go beyond evidence of real estate and employment.

Using this proprietary predictive technology, we can accurately assess which accounts are suit worthy and project your liquidation rate and cash flow after 12, 24, and 36 months.

It's **a superior process** to asset-based state level models that skew results and are far less accurate.

### STEP 2: Getting To Court Quickly and Efficiently

Once we've run your portfolio through our model and reviewed the net back projections, our TRAKAmerica team designs **a complete recovery plan** based on your requirements.

First, we prepare your portfolio for our attorney network by identifying suit worthy accounts and skip tracing them for accuracy (addresses, names etc.). As we verify information, we also attempt to collect from these accounts on your behalf.

As a legal network, we can use **legal talk off** language in these conversations, which often means debtors agree to a payment plan rather than face the legal process.

This immediately creates cash flow for you and also helps fund court costs on accounts that ultimately will go through the legal process.

### STEP 3: The TRAKAmerica Legal Network

On day 31, we **electronically disburse your files** to our network

attorneys. They load your files into their systems and instantly send demand letters.

After the 30-day validation period expires, our attorneys sue those individuals who have not responded to their demand letters. Results are electronically posted and delivered to our offices each week.

It's an entirely transparent system for **full accountability**. Each week, our management team examines exception reports that reflect which accounts are still outstanding. The report includes:

- legal suit dates
- service dates
- court information
- judgment information (principle and interest)
- court costs
- attorney fees

Our clients have the option of connecting electronically to our reporting system so they can check on the status of their portfolio at any time.

Our collection firms also follow our **no-fail data security measures**, including firewall intrusion detection software, encryption, and stringent internal security control systems.

**STEP 4: Collecting and Disbursing Your Money**

At this stage, our TRAKAmerica team has obtained judgments on your bad debt accounts. We dedicate our efforts and resources—including in-house skip tracing and asset location programs—to collecting the money owed to you.

**Skip and asset information** is promptly supplied to our attorneys so they can devote their time to collecting from bank accounts, garnishing paychecks, and placing liens on properties.

We are no longer requesting money from debtors—we are actively taking it.

The **TRAKAmerica process works seamlessly with your organization's IT infrastructure** for reliable, secure reports and payments. Our clients can elect to receive payments weekly, bi-weekly, or however they prefer through our secure electronic system.

All data is safe guarded with **full-time, board-certified security experts** and technology that passes the most rigorous security audits by nationally recognized financial institutions.

**RESULT: Maximize Your Net Back**

Effective asset location, disciplined attorney management and the ability to pick which accounts to sue with pinpoint accuracy all add up to maximize your netback.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR

- HOME
- ABOUT TRAK
- TRAK ADVANTAGES
- TRAK PROCESS
- FASTRAK SAMPLE
- NEWS & EVENTS

## TRAKAmerica Adds To Management Team

SYOSSET, NY, January 15, 2007 — TRAKAmerica, the rapidly growing legal network management company, announced today that Matthew C. Wolk has joined the company as Vice President. Mr. Wolk will have broad responsibilities for compliance, attorney and agency management, and process improvement. "We are pleased to have Matt on board," said CEO Thomas Milana. "Matt brings tremendous experience that will help TRAKAmerica deliver more value for our clients."

Prior to joining TRAKAmerica, Mr. Wolk was Process and Agency Manager for Capital One, where he managed recoveries and legal network suppliers. He played a key role in reducing expenses for Capital One through both vendor pricing negotiation and operating procedure and compliance program improvements.

"In managing the various legal networks over the years, I have seen first hand the unique effectiveness of the TRAKAmerica approach. I'm really looking forward to being a part of this team and taking this approach to more creditors as we continue to build the company," said Wolk.

"2006 was another year of tremendous growth for us," said TRAKAmerica Managing Partner Thomas Dalessandro. "In the last quarter we topped $40 million in collections, saw more than a million accounts placed and added three publicly traded companies and one of the largest credit card issuers to our client list. Having Matt come on board is a great way to start 2007 as we continue to build out our business proposition and reach our goals."

### About TRAKAmerica

TRAKamerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate

*News Announce*

- January 15, 2(
  **TRAKAmer**
  **To Manage**

- October 2, 200
  **TRAKAmer**
  **Announces**
  **3.0**

- September 26
  **TRAKAmer**
  **Expands; /**
  **Executive**

- September 15
  **TRAKAmer**
  **Announces**
  **Performan(**

- March 23, 200
  **TRAKAmer**
  **Announces**
  **Collection**
  **Performan(**

- October 31, 2(
  **TRAKAmer**
  **Announces**
  **2.0**

on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





**PROVEN LEGAL STR**

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

### TRAKAmerica Upgrades Recovery Model

SYOSSET, NY, October 2, 2006 — TRAKAmerica, the rapidly growing legal network management company, today announced the availability of FASTRAK 3.0, the latest release of its powerful legal recovery model. The new version of FASTRAK is more accurate and boasts additional features requested by clients.

"With this new model we can fine tune our recovery strategies to exactly hit a client's ROI objective," said Managing Partner Thomas Dalessandro. "Many clients have come to us asking us to be more aggressive; now we can dial in their requested net back and the model takes it from there."

The foundation of FASTRAK's accuracy is the extensive suit history on which it is built. The model now benefits from more than five years of legal recovery cases, encompassing over $40 million in court costs. FASTRAK 3.0 utilizes more than 30 case variables to accurately predict which cases are suit worthy and which are not.

"FASTRAK was originally built for credit cards and consumer loans, but we now have a version for auto deficiencies and we are developing additional versions for all the major classes of paper," said CEO Thomas Milana. "We are also expanding our state coverage. We recently added Texas, a notoriously debtor friendly state. Five years ago people doubted we would be able to make money in Pennsylvania and Florida, but we've proved them wrong. Now we're adding Texas to that list of successes. In fact, a debt buyer client of ours attributes a recent national auction win to the confidence that FASTRAK gave him that he could achieve a positive net back from the Texas portion of the portfolio."

"A legal strategy offers a number of advantages over traditional strategies," commented Dalessandro, "including a much higher liquidation rate and a more predictable recovery stream that is more resistant to economic downturns. But the key is knowing which accounts will produce a return on your investment in court costs and FASTRAK 3.0 is unmatched in its ability to do just that."

FASTRAK 3.0 is available effectively immediately to TRAKAmerica clients.

*News Announce*

- January 15, 2(
  **TRAKAmer**
  **To Manage**

- October 2, 20(
  **TRAKAmer**
  **Announces**
  **3.0**

- September 26
  **TRAKAmer**
  **Expands; /**
  **Executive**

- September 15
  **TRAKAmer**
  **Announces**
  **Performan**

- March 23, 200
  **TRAKAmer**
  **Announces**
  **Collection**
  **Performan**

- October 31, 2(
  **TRAKAmer**
  **Announces**
  **2.0**

**About TRAKAmerica**

TRAKAmerica is a rapidly growing legal network management
company that has been able to recover millions of dollars previously
believed to be unrecoverable for some of the most astute lenders in the
world. The company's recovery success is built on a nationwide
network of local attorneys, combined with a rigorous analytic approach
to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate
on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Expands, Adds Senior Executive

SYOSSET, NY, September 26, 2007 — TRAKAmerica, the rapidly growing legal network management company, has announced significant actual and planned expansion. "Over the past 12 months we've grown our staff by 50% due to new client business. By this time next year we expect to grow our staff another 50%," said CEO Thomas Milana.

In addition to the staff expansion, TRAKAmerica announced the appointment of Wade Ferguson to the position of Vice President of Network Management. Mr. Ferguson comes to TRAKAmerica after more than eight years at Capital One, where he managed various recovery functions, and was most recently involved with their legal outsourcing program. Mr. Ferguson has been in collections and recoveries for more than 15 years. "We are very pleased that Wade decided to join us. His big bank experience is going to be invaluable to us as we continue to grow our company," said Managing Partner Thomas Dalessandro.

"I was so impressed with TRAKAmerica's performance with Capital One that I made the decision to join TRAK's team and put my experience from Capital One to work at this entrepreneurial, fast moving company," said Ferguson.

Earlier this month, TRAKAmerica reported record collection and revenue results for its fiscal year. That growth and the current new business pipeline are driving significant expansion in staff and management. "Our model of an aggressive legal program and a rigorous analytic approach is producing superior results and we are being rewarded for it," said Dalessandro. "Given how small most creditors' legal programs are today, we have many years of growth ahead of us and will be adding additional key players in support of this goal."

## About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide

*News*
*Announce*

► January 15, 2(
  TRAKAmer
  To Manage

► October 2, 20(
  TRAKAmer
  Announces
  3.0

► September 26
  TRAKAmer
  Expands; /
  Executive

► September 15
  TRAKAmer
  Announces
  Performan(

► March 23, 20(
  TRAKAmer
  Announces
  Collection
  Performan(

► October 31, 2(
  TRAKAmer
  Announces
  2.0

network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Announces Record Performance

SYOSSET, NY, September 15, 2006 — TRAKAmerica, the rapidly growing legal network management company, announced record collections for both the year and quarter ending August 31, 2006. Commented CEO Thomas Milana, "We've had a great year, with four record quarters in a row. This last quarter was particularly strong. Our inventory crested one million accounts and two billion dollars. Just in the last quarter, we recovered more than 30 million dollars for our clients."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 600,000 legal cases involving more than $40 million in court costs spent. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution, as well as resulting in contract renewals with a top 5 card issuer and several large debt buyers. The company also now has an auto version of FASTRAK that has led to servicing agreements with several big auto lenders.

"Our approach continues to pay off for our clients in terms of higher net back, and for TRAK in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Our performance just gets better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney

News
Announce

▶ January 15, 2
  TRAKAmer
  To Manage

▶ October 2, 20
  TRAKAmer
  Announces
  3.0

▶ September 26
  TRAKAmer
  Expands; A
  Executive

▶ September 15
  TRAKAmer
  Announces
  Performan

▶ March 23, 200
  TRAKAmer
  Announces
  Collection
  Performan

▶ October 31, 2
  TRAKAmer
  Announces
  2.0

follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



**PROVEN LEGAL STR**

- January 15, 20
  **TRAKAmer**
  **To Manage**
- October 2, 200
  **TRAKAmer**
  **Announces**
  **3.0**
- September 26
  **TRAKAmer**
  **Expands; /**
  **Executive**
- September 15
  **TRAKAmer**
  **Announces**
  **Performanc**
- March 23, 200
  **TRAKAmer**
  **Announces**
  **Collection**
  **Performanc**
- October 31, 20
  **TRAKAmer**
  **Announces**
  **2.0**

*News*
*Announce*

- HOME
- ABOUT TRAK
- TRAK ADVANTAGES
- TRAK PROCESS
- FASTRAK SAMPLE
- NEWS & EVENTS

## TRAKAmerica Announces Record Collection Performance

SYOSSET, NY, March 23, 2006 — TRAKamerica, the rapidly growing legal network management company, announced record collections for the quarter ending March 31, 2006. Commented CEO Thomas Milana, "The first quarter was a great quarter for us. Our inventory crested 500,000 accounts and we were able to recover better than 2.5% of the inventory, which was a record."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 400,000 cases, including over $10 million in court costs. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution. Traditional legal network managers might collect <x>% of their inventory in a quarter as compared to over 2.5% recovered by TRAKAmerica in the past quarter.

"Our approach continues to pay off for our clients in terms of higher net back, and for us in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Best of all, we are continuing to see improvements. Our performance just keeps getting better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on

every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS



## TRAKAmerica Announces FASTRAK 2.0
**Updated Analytic Model Substantially Improves Legal Program Net Back**

SYOSSET, NY, March 20, 2007 — TRAKamerica, the rapidly growing legal network management company, announced today the release of FASTRAK 2.0, the company's proprietary model for establishing the most effective legal strategy for every account in a portfolio. The newest version of the model includes over 30 variables to predict the likelihood of successful legal action. When combined with TRAKAmerica's disciplined attorney management process and unique asset location skills, FASTRAK 2.0 has proven to boost legal program net back by up to 50% over traditional methods.

"FASTRAK 2.0 is built on our experience with over 400,000 cases, including over $10 million in court costs, over the past four years," said TRAKAmerica Managing Partner Thomas Dalessandro. "Before we developed FASTRAK, we were in the same boat with everyone else, running asset searches on a lot of accounts at vast expense and then pretty much ignoring those where we couldn't find assets. Since FASTRAK doesn't depend on asset information, we can now get a handle on who to sue before we do the asset search. As a result not only are we more likely to be successful with our suits, but also we are less likely to forgo suit just because we can't find an asset. The original FASTRAK model revolutionized our process and the newest version just keeps improving our edge."

"Our beta clients have been uniformly impressed with the effectiveness of FASTRAK and the positive impact on their net back," remarked company CEO Thomas Milana. "Our success is built on three legs. The first leg is the model, which gives us a huge edge in knowing who to sue. The second leg is our disciplined attorney process that ensures our individual attorneys are acting based on historically proven results, not guesswork. The third leg is our heritage as a skip tracer and asset finder. As a result, we only sue cases that are suit worthy, we don't waste money on dead ends and we manage our attorneys carefully and supply them with everything they need to bring the account to a successful resolution."

David Paris, CEO of North Star Capital Acquisitions Group and a FASTRAK 2.0 beta customer, commented, "We have been just

*News*
*Announce*

► January 15, 2(
TRAKAmer
To Manage

► October 2, 200
TRAKAmer
Announces
3.0

► September 26
TRAKAmer
Expands; /
Executive

► September 15
TRAKAmer
Announces
Performan

► March 23, 200
TRAKAmer
Announces
Collection
Performan

► October 31, 2(
TRAKAmer
Announces
2.0

astounded with TRAKAmerica's ability to bring us higher recoveries on our portfolio. They have easily outperformed their nearest competitor and clearly FASTRAK's accuracy gives them a big leg up over their competition."

**About TRAKAmerica**

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact **info@TRAKAmerica.com** or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

**EXHIBIT C**

Complaint Small Claims

81-310

UNITED STATES OF AMERICA

STATE OF ILLINOIS                                                    WABASH COUNTY
IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT

07080528
CAPITAL ONE BANK                                    ]          **FILED**
                                                    ]
                                                    ]          OCT 2 2 2007
                                                    ]
                      Plaintiff,                    ]          *Angela K. Crum*
                                                    ]          WABASH CO. CIRCUIT CLERK
             v.                                     ]
JOHN WILLINGHAM                                     ]          CASE NO. 07-SC-141
                                                    ]
                                                    ]
                                                    ]
                                                    ]
                                                    ]
                      Defendant(s)                  ]          (File Stamp Here)

# SMALL CLAIMS COMPLAINT

I, the undersigned, being duly sworn upon oath deposes and claim that the defendant(s) is/are indebted to the plaintiff(s) in the sum of $1090.86 as of October 1, 2007 for breach of contractual terms of a credit card agreement pursuant to the use of the card by the defendant(s), plus, if applicable, contractual interest as called for in the terms, at 26.74%, plus reasonable attorneys fees if provided for in the agreement and that the plaintiff(s) CAPITAL ONE BANK has/have demanded payment of said sum; that the defendant(s) JOHN WILLINGHAM reside(s) at 210 E 2ND ST, MOUNT CARMEL IL 62863 ; that the plaintiff(s) CAPITAL ONE BANK reside(s) at 2001 Maywill Street, Richmond, VA 23230

Signature for the Plaintiff or Attorney for Plaintiff

Barbara Nilsen
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228   Naperville, IL 60566-7228
630/983-0770   Fax No. 630-983-3726
Attorney No.  Dupage 42005  Kane 031-26104
         Peoria 1794  Winnebago 3802  IL 03126232
P002CC
CF 89-29

## THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

07080528

## IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
## WABASH COUNTY, ILLINOIS

YOUR FILE NO.
W157686 4305722130288502

CAPITAL ONE BANK )
)
)
)
Plaintiff, )
v. )   CASE NO.
JOHN WILLINGHAM )
)
)
Defendant. )

# A F F I D A V I T

This day in the State of New York and County of Nassau, I, Sara Rubin, personally appeared before the undersigned, a Notary Public in and for the jurisdiction aforesaid, who, after being duly sworn according to law, deposed and stated:

1. I am an agent of and competent of Capital One Bank and I am authorized to make this affidavit on its behalf.

2. I am personally familiar with and have reviewed the account and records of JOHN WILLINGHAM   , Account No. W157686 and to the best of my knowledge and belief, the above-named defendant either executed the contract ("the Contract"), or used a credit card pursuant to the terms related to this account.

3. The above named defendant defaulted on the terms of the agreement.

4. The balance due and owing is $1,065.57 which includes interest accruing on the principal balance of $663.97 at the rate of 26.74% from August 6, 2007 until paid.

5. The attached Statement of Account is true and accurate to the best of my knowledge and no part of the balance due has been paid by case, discount or otherwise.

_____
Affiant

STATE OF NEW YORK
COUNTY OF NASSAU

_____
Title

SEP 0 6 2007

Subscribed and sworn to before me, a Notary Public. for the state of New York this ____ day of _____,
20____.

My commission expires on: _____

_____
Notary Public

James J. Flood JREAL
Notary Public, State of New York
Reg. #01FL6142574
Qualified in Suffolk County
My Commission Expires 03/20/2010

F002TRAK

**<u>EXHIBIT D</u>**

## AFFIDAVIT OF INDEBTEDNESS

519523633

STATE OF NEW YORK §

COUNTY OF NASSAU §
§

BEFORE ME, the undersigned authority, personally appeared Sara Rubin, who, being duly sworn, deposed and says as follows:

I am the designated agent of Capital One Bank, and I am duly qualified and authorized to make this affidavit. Capital One Bank is a national banking association, organized and existing under and by virtue of the laws of the United States of America with its headquarters at 4851 Cox Road, , Glen Allen, VA 23059.

There is due and payable from Jesus L Garcia , on account number 5291071650041740, the principal amount of $2458.61 plus accrued interest and attorney fees as provided for in the cardholder agreement. By the terms of the cardholder agreement, interest is accruing at the rate of 25.9% per annum. This balance reflects any payments, credits, or offsets made since the account was charged off.

_____
Affiant

SUBSCRIBED AND SWORN BEFORE ME, this the 24 day of May 2007, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC

DAWN FELICCIARDI
Notary Public, State of New York
No. 01FE6141635
Qualified in Suffolk County
Commission Expires

126042

85228708.001/D191990/02/08/2007/110/BN#3015/CID#5178052310847443

IN THE COURT IN THE JUDICIAL
CIRCUIT IN AND FOR  COUNTY, FLORIDA

# CAPITAL ONE BANK

Plaintiff,

vs.                                         CASE NUMBER:

STEVAN SALCEDO

Defendant(s).

## AFFIDAVIT OF DEBT & NON-MILITARY & CONTRACT

_____/      FLORIDA BAR ID# 872318

STATE OF NEW YORK)
                                        :SS
COUNTY OF NASSAU )

BEFORE ME, the undersigned authority personally appeared and personally known by me, this day, Sara Rubin the designated agent for the Plaintiff, CAPITAL ONE BANK , and who after being duly sworn deposes and says as follows:

1. I am a competent person over eighteen years of age.  I am the designated agent for the Plaintiff, in the above cause which is engaged in interstate commerce (and does not have its principal place of business in the State of Florida), and is the holder of the credit card account due described below which is due the Plaintiff who is the owner and servicer of the credit card account in issue. That the account issued by the Plaintiff was issued pursuant to Federal law [it is the understanding of the Plaintiff that such transactions are governed under Title 15 U.S.C. § 1601. et seq., and the Code of Federal Regulations 12 C.F.R. Pt 226 as it pertains to the credit card account in issue due and owing by the Defendant (s)].

2.  The scope of my job responsibilities includes the servicing of the Plaintiff's accounts and I am familiar with the manner and method by which the Plaintiff maintains its normal business books and records, including the computer records of Defendant's credit card account. The contents of this Declaration are true and correct, and are based upon my personal knowledge of the Plaintiff's books, business records, and practices of the Plaintiff regarding the Defendant's credit card account with same.

3. The above referenced books and records including but not limited to ledgers, statements, invoices and computers records which are maintained by the Plaintiff relative to the Defendant(s) credit card  account with the Plaintiff are maintained in the regular course of the Plaintiffs business, and that the entries therein are made in the regular course of business.  In addition, all entries made in the books and records of the Plaintiff relative to the Defendants credit card account were made at the time or shortly after the time the transactions described therein occurred. Based upon all disclosures, payment reminders which were sent to the to the Defendant (s) (and customer service records), under the requirements as mandated by Federal Law [it is the understanding of the Plaintiff that the Code of Federal Regulations governs the transactions between the Plaintiff and the Defendant (s)], and the Defendant (s) failed to make payments on the credit card account and went into default on same and the Defendant (s) did not notify the Plaintiff of any errant transactions within the time prescribed by law and/or within the last two billing cycles for any and all payment reminders sent to the Defendant (s), and by virtue of not objecting to same waived any right to complain about the balance due thereof. That the Defendant (s) opened the credit card account with the Plaintiff on or about  accordance with the Code of Federal Regulations, and that the Defendant (s) went into default on the credit card account by virtue of non payment and/or the last payment date was 06/21/2004 (which payment if any was after the Defendant (s) went into default which payment did not cure the default). The disclosure agreements sent to the Defendant (s) by the Plaintiff pursuant to the

Code of Federal regulations governs the ability of the credit grantor the Plaintiff herein to recover attorneys fees if any, for non-payment by the Defendant (s) upon default. A copy of same is attached to the Plaintiff's complaint and attached hereto and incorporated herein by reference.(Or a copy is attached hereto)

4. That the Defendant (s) credit card account went into default in accordance with the books and records of the Plaintiff (Under Customer Account Number 5178052310847443) and is indebted to the Plaintiff for and in the sum of $1139.98, for the advancements described heretofore as rendered unto said Defendant(s) as set forth in the complaint in the above captioned cause, by the Plaintiff which has not been paid in full to date.

5. That the individual Defendant or Defendants, if any in the above cause named (are) or (is) not in the military service of the United States or any of its allies.  Furthermore contact has been made by the Plaintiff with the individual Defendant(s), and such contact would suggest that said party(ies) (was) (is) not in the military services of the United States or any of its allies.  That based upon the foregoing, the Defendant(s) (is) (are) presently engaged in civil pursuits in or around the County where process was served upon same and resides at (or has her, his or its principal place of business at), 6033 NW 45TH AVE #TH COCONUT CREEK, FL 33073.

Sara Rubin -The Designated Agent Stated Above for The Plaintiff

Sworn to and Subscribed before me this _____ day of _____, 20_____.

_____
Notary Public, At Large
(Seal)

My Commission Expires:

PLEASE AFFIX OR STAMP YOUR NOTARY SEAL.



ANNE M. TIMBERMAN
NOTARY PUBLIC
STATE OF NEW YORK

3 16 2007
exp. 3-13-2010

01TI6142028

STATE OF FLORIDA
BROWARD COUNTY
I DO HEREBY CERTIFY the within and foregoing is a true and correct copy of the original as it appears on record and file in the office of the Circuit Court Clerk of Broward County, Florida.
WITNESS my hand and Official Seal at Fort Lauderdale Florida, this the ____ day of _____
Forman
Clerk the Courts
Deputy Clerk

Our file number: 315479

## AFFIDAVIT OF ACCOUNT

Account Holder(s):    Debra Mathewson                    Account Number: 4121741535382795

    Sara Rubin                    , being first duly sworn deposes and says that Debra Mathewson is/are justly indebted to Capital One Bank   in the principal amount of $1,073.49 and further states that there is no set off, credit by payment or return, by law or equity against this sum, and further states that all credits and allowances known to exist have hereto before been granted. The amount now due and payable therefore,  as taken from the books and records of original entry is $1,073.49.

Capital One Bank

By: _____
        Signature

Sara Rubin
Printed Name

Subscribed and sworn to before me on this ___7_____ day of ___Aug_____, 2006.

_____
Notary Public, State of _____
My Commission Expires:

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095733
Qualified in Suffolk County
Commission Expires July 21, 2007

## AFFIDAVIT OF INDEBTEDNESS

019404078

STATE OF NEW YORK §

§

COUNTY OF NASSAU §

BEFORE ME, the undersigned authority, personally appeared   Sara Rubin, who, being duly sworn, deposed and says as follows:

I am the designated agent of Capital One Bank, and I am duly qualified and authorized to make this affidavit.  Capital One Bank is a national banking association, organized and existing under and by virtue of the laws of the United States of America with its headquarters at 4851 Cox Road, , Glen Allen, VA 23059.

There is due and payable from Signs Garcia  , on account number 4791242148092292, the principal amount of $2844.24 plus accrued interest and attorney fees as provided for in the cardholder agreement.  By the terms of the cardholder agreement, interest is accruing at the rate of 19.8% per annum.  This balance reflects any payments, credits, or offsets made since the account was charged off.

_____
Affiant

SUBSCRIBED AND SWORN BEFORE ME, this the 24 day of May 2007, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC

DAWN FELICCIARDI
Notary Public, State of New York
No. 01FE6141635
Qualified in Suffolk County
Commission Expires February 27, 2010

126227

IN THE COUNTY COURT IN AND
FOR BROWARD COUNTY, FLORIDA
CASE NO:

CAPITAL ONE BANK

                    Plaintiff        AFFIDAVIT IN SUPPORT OF CLAIM
                                     AND NON MILITARY AFFIDAVIT

vs.

NANCY E PESCATRICE

                    Defendant(s)
_____/

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared *Sara Rubin*, to me well known, who has personal knowledge after being duly sworn, deposes and says that:

1. I am the records custodian for the Plaintiff and I am in full charge and familiar with the books and accounts of Plaintiff. I have ascertained that, the above-named Defendant(s), is/are justly and duly indebted to the said Plaintiff in the sum of $1,371.06 from the date of default 5-12-03 at the rate of 20.650% per annum. Affiant further states that the foregoing sum is now due and owing to the Plaintiff, and that the sum hereinabove mentioned is due with interest.

2. I have read all of the allegations contained in the Complaint and the same are true and correct according to the books and records of the plaintiff.

3. In addition to the above, affiant further states that the above named Defendant(s) is/are not in the military service of the United States or any of its allied.

FURTHER AFFIANT SAYETH NAUGHT.

_____

The foregoing instrument was acknowledge before me this ____ day of _Mar_, 20__ by _____, who is personally known to me and who did take an oath.

_____
Notary Public, State of _____

05-27815-0
4388641778647839

**KARL HERNANDEZ**
Notary Public, State of New York
No. 01HE6095733
Qualified in Suffolk County
Commission Expires July 21, 2007

IN THE COUN    COURT IN AND FOR
BAY COUNTY, FLORIDA

CASE NO:

CAPITAL ONE BANK

          Plaintiff

vs.

RITA ROBERSON

          Defendant(s)

_____/

AFFIDAVIT IN SUPPORT OF CLAIM
AND NON-MILITARY AFFIDAVIT

STATE OF
COUNTY OF

BEFORE ME, the undersigned authority, personally appeared, *Nichole Kennedy* to me well known, who has personal knowledge after being duly sworn, deposes and says that:

1. I am the records custodian for the Plaintiff and I am in full charge and familiar with the books and accounts of Plaintiff. I have ascertained that, the above-named Defendant(s), is/are justly and duly indebted to the said Plaintiff at the time of filing the lawsuit for the sum of $1,526.94, plus interest in the sum of $1,493.63, for the total sum sued upon of $3,020.57. Affiant further states that the foregoing sum is now due and owing to the Plaintiff, and that the sum hereinabove mentioned is due with interest.

2. I have read all of the allegations contained in the Complaint and the same are true and correct to my personal knowledge.

3. In addition to the above, based on information provided, it is Plaintiffs belief that the above named Defendant(s) is/are not in the military service of the United States or any of its allies.

FURTHER AFFIANT SAYETH NAUGHT.

The foregoing instrument was acknowledge before me this 12 day of _____, 200_

by _____, who is personally known to me and who did take an oath.

_____
Notary Public, State of

06-28380-0
5291071531459699

Dawn Felicciardi
Notary Public, State of New York
No. 01FE6141635
Qualified in Suffolk County
My Commission Expires 02/27/2010

IN THE COUNTY COURT IN AND
FOR ORANGE COUNTY, FLORIDA
CASE NO:

CAPITAL ONE BANK

                Plaintiff     AFFIDAVIT IN SUPPORT OF CLAIM
                             AND NON MILITARY AFFIDAVIT

vs.

GLADYS G STEPHENS
A/K/A GENE STEPHENS

                Defendant(s)

_____/

STATE OF _____
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared *Jackie Pfluger*, to me well known, who has personal knowledge after being duly sworn, deposes and says that:

1. I am the records custodian for the Plaintiff and I am in full charge and familiar with the books and accounts of Plaintiff. I have ascertained that, the above-named Defendant(s), is/are justly and duly indebted to the said Plaintiff in the sum of $2,608.25 from the date of default March 06, 2003 at the rate of 20.650% per annum. Affiant further states that the foregoing sum is now due and owing to the Plaintiff, and that the sum hereinabove mentioned is due with interest.

2. I have read all of the allegations contained in the Complaint and the same are true and correct according to the books and records of the plaintiff.

3. In addition to the above, affiant further states that the above named Defendant(s) is/are not in the military service of the United States or any of its allied.

FURTHER AFFIANT SAYETH NAUGHT.

                                *Jackie Pfluger*

The foregoing instrument was acknowledge before me this 3 day of October, 2006 by _____, who is personally known to me and who did take an oath.

                                Notary Public, State of

06-18716-0
4388641883133097

Tamara A. Pinckney
Notary Public, State of New York
Reg. #01PI6142038
Qualified in Suffolk County
My Commission Expires 03/13/2010

85220691.001/D191990/11/02/2006/110/BN#3015/CID#4388641846880586.

IN THE COURT IN THE JUDICIAL
CIRCUIT IN AND FOR  COUNTY, FLORIDA

# CAPITAL ONE BANK

Plaintiff,

vs.                                    CASE NUMBER:

DONNA M. CARNCROSS

Defendant(s).

## AFFIDAVIT OF DEBT & NON-MILITARY & CONTRACT

_____/    FLORIDA BAR ID# 260355

STATE OF  NEW YORK)
                                    :SS
COUNTY OF NASSAU )

BEFORE ME, the undersigned authority personally appeared and personally known by me, this day, Sara Rubin the designated agent for the Plaintiff, CAPITAL ONE BANK , and who after being duly sworn deposes and says as follows:

1. I am a competent person over eighteen years of age. I am the designated agent for the Plaintiff, in the above cause which is engaged in interstate commerce (and does not have its principal place of business in the State of Florida), and is the holder of the credit card account due described below which is due the Plaintiff who is the owner and servicer of the credit card account in issue. That the account issued by the Plaintiff was issued pursuant to Federal law [it is the understanding of the Plaintiff that such transactions are governed under Title 15 U.S.C. § 1601. et seq., and the Code of Federal Regulations 12 C.F.R. Pt 226 as it pertains to the credit card account in issue due and owing by the Defendant (s)].

2. The scope of my job responsibilities includes the servicing of the Plaintiff's accounts and I am familiar with the manner and method by which the Plaintiff maintains its normal business books and records, including the computer records of Defendant's credit card account. The contents of this Declaration are true and correct, and are based upon my personal knowledge of the Plaintiff's books, business records, and practices of the Plaintiff regarding the Defendant's credit card account with same.

3. The above referenced books and records including but not limited to ledgers, statements, invoices and computers records which are maintained by the Plaintiff relative to the Defendant(s) credit card  account with the Plaintiff are maintained in the regular course of the Plaintiffs business, and that the entries therein are made in the regular course of business. In addition, all entries made in the books and records of the Plaintiff relative to the Defendants credit card account were made at the time or shortly after the time the transactions described therein occurred. Based upon all disclosures, payment reminders which were sent to the to the Defendant (s) (and customer service records), under the requirements as mandated by Federal Law [it is the understanding of the Plaintiff that the Code of Federal Regulations governs the transactions between the Plaintiff and the Defendant (s)], and the Defendant (s) failed to make payments on the credit card account and went into default on same and the Defendant (s) did not notify the Plaintiff of any errant transactions within the time prescribed by law and/or within the last two billing cycles for any and all payment reminders sent to the Defendant (s), and by virtue of not objecting to same waived any right to complain about the balance due thereof. That the Defendant (s) opened the credit card account with the Plaintiff on or about  accordance with the Code of Federal Regulations, and that the Defendant (s) went into default on the credit card account by virtue of non payment and/or the last payment date was 02/18/2002 (which payment if any was after the Defendant (s) went into default which payment did not cure the default). The disclosure agreements sent to the Defendant (s) by the Plaintiff pursuant to the

Code of Federal regulations governs the ability of the credit grantor the Plaintiff herein to recover attorneys fees if any, for non-payment by the Defendant (s) upon default. A copy of same is attached to the Plaintiff's complaint and attached hereto and incorporated herein by reference.(Or a copy is attached hereto)

4. That the Defendant (s) credit card account went into default in accordance with the books and records of the Plaintiff (Under Customer Account Number 4388641846880586) and is indebted to the Plaintiff for and in the sum of $3911.42, for the advancements described heretofore as rendered unto said Defendant(s) as set forth in the complaint in the above captioned cause, by the Plaintiff which has not been paid in full to date.

5. That the individual Defendant or Defendants, if any in the above cause named (are) or (is) not in the military service of the United States or any of its allies.  Furthermore contact has been made by the Plaintiff with the individual Defendant(s), and such contact would suggest that said party(ies) (was) (is) not in the military services of the United States or any of its allies.  That based upon the foregoing, the Defendant(s) (is) (are) presently engaged in civil pursuits in or around the County where process was served upon same and resides at (or has her, his or its principal place of business at), 588 MADEIRA DR. ORANGE PARK, FL 32073.

_____
Sara Rubin - The Designated Agent Stated Above for The Plaintiff

Sworn to and Subscribed before me this _____ day of _____, 20 ____

_____
Notary Public, At Large
(Seal)

My Commission Expires:

PLEASE AFFIX OR STAMP YOUR NOTARY SEAL.

Alisa Tetro
Notary Public, State of New York
Reg. #01TE6141272
Qualified in Suffolk County
My Commission Expires 02/21/2010

JAN-19-2007 10:51   FROM:MIDPENN LEGAL SERVIC 717-248-0791          TO:2327821                P:7/7

JAN-19-2007 08:54   FROM:MIDPENN LEGAL SERVIC 814-765-1396          TO:17172480791P90          P:7/7

Capital One Bank          2031117

LYNN MAUK

4121741608042466

### AFFIDAVIT

I, SARA RUBIN, being duly served sworn according to law, depose and say that:

1.   I am the agent for the Plaintiff herein and I have custody and control of the files relating to this account;

2.   I have personal knowledge of the facts and circumstances in connection with this case;

3.   Plaintiff's files are maintained in the usual and ordinary course of business;

4.   This action is based on a claim for breach of contract and that damages are sought as a direct result of said breach;

5.   After allowing for all offsets and credits, a balance remains on the subject account having account number 4121741608042466in the amount of $1,780.33; and

6.   If called upon, affiant can testify at trial as to the facts pertaining to this matter.

The above facts are true and correct to the best of my knowledge, information and belief.

_____
SARA RUBIN

Sworn to and Subscribed

before me this _____ day

of _____, 2006

_____
Notary Public

KARL HERNANDEZ
Notary Public State of New York
No 01HE6095733
Qualified in Suffolk County
Commission Expires Jun 31, 2007

IN THE COUNTY COURT IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO:

CAPITAL ONE BANK

                    Plaintiff        AFFIDAVIT IN SUPPORT OF CLAIM
                                     AND NON-MILITARY AFFIDAVIT

vs.

DAVID J MCINTYRE

                    Defendant(s)
_____/

STATE OF
COUNTY OF

BEFORE ME, the undersigned authority, personally appeared, _____,

to me well known, who has personal knowledge after being duly sworn, deposes and says

that:

1. I am the records custodian for the Plaintiff and I am in full charge and familiar with the

books and accounts of Plaintiff. I have ascertained that, the above-named Defendant(s),

is/are justly and duly indebted to the said Plaintiff at the time of filing the lawsuit for the sum of

$5,384.80, plus interest in the sum of $1,680.94, for the total sum sued upon of $7,065.74.

Affiant further states that the foregoing sum is now due and owing to the Plaintiff, and that the

sum hereinabove mentioned is due with interest.

2. I have read all of the allegations contained in the Complaint and the same are true and

correct to my personal knowledge.

3. In addition to the above, based on information provided, it is Plaintiffs belief that the

above named Defendant(s) is/are not in the military service of the United States or any of its

allies.

FURTHER AFFIANT SAYETH NAUGHT.

_____

The foregoing instrument was acknowledge before me this ___ day of _____,

20___ by _____, who is personally known to me and who did take an

oath.

06-19256-0
4121741716141093

                                     Notary Public, State of _____ New York