**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| STEPHANIE SYLVERNE, )<br>on behalf of plaintiff and the class )<br>described herein )<br>           )<br>           Plaintiffs, )<br>           )<br>   v.      )<br>           )<br>DATA SEARCH N.Y., INC. )<br>d/b/a TRAK AMERICA, LLC )<br>and TRAK AMERICA, )<br>           )<br>           Defendants. ) | 08 c 31<br>Judge Guzman<br>Magistrate Judge Schenkier<br><br><br><br>**JURY DEMANDED** |

**NOTICE OF MOTION**

TO:    SEE ATTACHED SERVICE LIST

        **PLEASE TAKE NOTICE** that on **Tuesday, January 15, 2008** at **9:30 a.m.**, we shall appear before the Honorable Judge Ronald Guzman in Room 1219 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION,** a copy of which is hereby served upon you.

                                s/ Daniel A. Edelman
                                Daniel A Edelman


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
        & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

1

## CERTIFICATE OF SERVICE

        I, Daniel A. Edelman, hereby certify that on January 10, 2008 a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Data Search N.Y.,
d/b/a Trak America, LLC or Trak America
6851 Jericho Turnpike, Suite190
Syosset, NY 11791

                                                    s/ Daniel A. Edelman
                                                    Daniel A. Edelman