AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Stephanie Sylverne,
          Plaintiff,

V.

Data Search N.Y., Inc.,
          Defendant.

CASE NUMBER: **08 C 31**

ASSIGNED JUDGE: **JUDGE GUZMAN**

DESIGNATED
MAGISTRATE JUDGE: **MAGISTRATE JUDGE SCHENKIER**

TO: (Name and address of Defendant)

Data Search N.Y., Inc.,
d/b/a Trak America, LLC or Trak America
6851 Jericho Turnpike, Suite 190
Syosset, NY 11791

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle Street, Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

January 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE JAN. 7, 2008 |
|---|---|
| NAME OF SERVER *(PRINT)* JONATHAN KAHN | TITLE LEAD PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: TRAK AMERICA, 6851 JERICHO TPK SYOSSET NY 11791. COPIES OF SUMMONS AND COMPLAINT LEFT WITH TONY LAVEGLIA, V.P. OF COMPANY, ON JAN. 7, 2008 AT 3:39 PM. *

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

* MALE, WHITE,
AGE APROX. 60
6'0", 225 LBS.
BALDING GREY HAIR,
BEARD, & MUSTACH

## STATEMENT OF SERVICE FEES

| TRAVEL — 0 — | SERVICES $75.00 | TOTAL $75.00 |
|---|---|---|

STATE OF NEW YORK

COUNTY OF SUFFOLK

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JAN 8, 2008

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 8 DAY OF January 2008

BY JONATHAN KAHN

Signature of Server

JONATHAN KAHN
924 HAWKINS AVE.
LAKE GROVE, NY 11755

Address of Server

CONSTANCE M. RIDOLFI
Notary Public - State of New York
No. 4924380
Qualified in Suffolk County
My Commission Expires April 4, 2010

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.