U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 31
STEPHANIE SYLVERNE
v.
DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and
TRAK AMERICA

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Data Search N.Y., Inc. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

| | |
|---|---|
| NAME (Type or print)<br>David L. Hartsell | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ David L. Hartsell | |
| FIRM<br>McGuireWoods LLP | |
| STREET ADDRESS<br>77 W. Wacker Drive, Suite 4100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6192380 | TELEPHONE NUMBER<br>(312) 849-8100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |