IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and TRAK AMERICA,<br><br>　　　　　　Defendant. | Case No. 08 C 31<br><br>Judge Guzman<br>Magistrate Judge Schenkier |

### DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

NOW COMES Defendant Data Search N.Y., Inc. d/b/a Trak America, LLC and Trak America, by and through its undersigned counsel, and for its Agreed Motion for Extension of Time to Respond to Complaint, states as follows:

1.　Defendant has acknowledged service in this case, but needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint and also to explore settlement possibilities.

2.　Defendant requests a twenty-one (21) day extension of time, up to and including February 14, 2008, to file its responsive pleading to Plaintiff's Complaint.

3.　Plaintiff has no objection to Defendant's request for an extension of time up to and including February 14, 2007.

WHEREFORE, Defendant Data Search N.Y., Inc. d/b/a Trak America, LLC and Trak America, respectfully requests that this Honorable Court grant an extension of time, up to and including February 14, 2008 for it to file its responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: January 24, 2008

Respectfully Submitted,

DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

By:    */s/*  David L. Hartsell
     One of its Attorneys

David L. Hartsell
Amy R. Jonker
McGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601-1815
(312) 849-8100 Phone
(312) 849-3690 Fax
dhartsell@mcguirewoods.com
ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2008, I electronically filed the foregoing **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> EDELMAN, COMBS, LATTURNER
>    & GOODWIN, LLC
> 120 S. LaSalle Street, 18th Floor
> Chicago, IL 60603
> (312) 739-4200
> dedelman@edcombs.com
> ccombs@edcombs.com
> jlatturner@edcombs. com

                                               /s/ David L. Hartsell

\5018045.1