IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein,<br><br>                Plaintiff,<br><br>   v.<br><br>DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and TRAK AMERICA,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 08 C 31<br>)<br>)  Judge Guzman<br>)<br>)  Magistrate Judge Schenkier<br>)<br>)<br>) |

**NOTICE OF MOTION**

To: See Attached

    PLEASE TAKE NOTICE that on **Thursday, January 31, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1219, and then and there present the attached **DEFENDANT'S AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, a copy of which is served upon you.

Dated: January 24, 2008

                                               Respectfully Submitted,

                                               DATA SEARCH N.Y., INC. d/b/a TRAK
                                               AMERICA, LLC and TRAK AMERICA

                                               By:    /s/  David L. Hartsell
                                                    One of its Attorneys

                                               David L. Hartsell
                                               Amy R. Jonker
                                               McGUIREWOODS LLP
                                               77 W. Wacker Drive, Suite 4100
                                               Chicago, Illinois 60601-1815
                                               (312) 849-8100 Phone
                                               (312) 849-3690 Fax
                                               dhartsell@mcguirewoods.com
                                               ajonker@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>EDELMAN, COMBS, LATTURNER
>   & GOODWIN, LLC
>120 S. LaSalle Street, 18th Floor
>Chicago, IL 60603
>(312) 739-4200
>dedelman@edcombs.com
>ccombs@edcombs.com
>jlatturner@edcombs. com

>/s/ David L. Hartsell

\5018176.1

2