IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein,<br><br>Plaintiff,<br><br>v.<br><br>DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and TRAK AMERICA,<br><br>Defendant. | Case No. 08 C 31<br><br>Judge Guzman<br>Magistrate Judge Schenkier |

### DEFENDANT'S SECOND AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

NOW COMES Defendant Data Search N.Y., Inc. d/b/a Trak America, LLC and Trak America, by and through its undersigned counsel, and for its Second Agreed Motion for Extension of Time to Respond to Complaint, states as follows:

1. Defendant has acknowledged service in this case, but needs additional time to review the materials in order to file an appropriate responsive pleading to Plaintiff's Complaint and also to explore settlement possibilities.

2. Defendant requests a fourteen (14) day extension of time, up to and including February 28, 2008, to file its responsive pleading to Plaintiff's Complaint.

3. Plaintiff has no objection to Defendant's request for an extension of time up to and including February 28, 2007.

WHEREFORE, Defendant Data Search N.Y., Inc. d/b/a Trak America, LLC and Trak America, respectfully requests that this Honorable Court grant an extension of time, up to and including February 28, 2008 for it to file its responsive pleading to Plaintiff's Complaint and award any further relief this Court deems just and appropriate.

Dated: February 14, 2008    Respectfully Submitted,

                                                   DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA

                                                   By:   */s/* David L. Hartsell
                                                          One of its Attorneys

                                                          David L. Hartsell
                                                          Tammy L. Adkins
                                                          Amy R. Jonker
                                                          McGUIREWOODS LLP
                                                          77 W. Wacker Drive, Suite 4100
                                                          Chicago, Illinois 60601-1815
                                                          (312) 849-8100 Phone
                                                          (312) 849-3690 Fax
                                                          dhartsell@mcguirewoods.com
                                                          tadkins@mcguirewoods.com
                                                          ajonker@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2008, I electronically filed the foregoing **DEFENDANT'S SECOND AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> EDELMAN, COMBS, LATTURNER
>     & GOODWIN, LLC
> 120 S. LaSalle Street, 18th Floor
> Chicago, IL 60603
> (312) 739-4200
> dedelman@edcombs.com
> ccombs@edcombs.com
> jlatturner@edcombs.com

　　　　　　　　　　　　　　　　　　　　/s/ David L. Hartsell

\5068376.1