IN THE UNITED STATES DISTICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DATA SEARCH N.Y., INC., d/b/a TRAK AMERICA, LLC and TRAK AMERICA,<br><br>　　　　　　Defendant. | Case No. 08 C 31<br><br>Judge Guzman<br><br>Magistrate Judge Schenkier |

**NOTICE OF MOTION**

To:  See Attached

　　PLEASE TAKE NOTICE that on **Tuesday, February 19, 2008**, at the hour of **9:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Ronald A. Guzman or any judge sitting in his stead at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, Courtroom 1219, and then and there present the attached **DEFENDANT'S SECOND AGREED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**, a copy of which is served upon you.

Dated: February 14, 2008

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　DATA SEARCH N.Y., INC. d/b/a TRAK
　　　　　　　　　　　　　　　　　　　AMERICA, LLC and TRAK AMERICA


　　　　　　　　　　　　　　　　　　　By:　　/s/  David L. Hartsell　　　　　　
　　　　　　　　　　　　　　　　　　　　　　One of its Attorneys

　　　　　　　　　　　　　　　　　　　　　　David L. Hartsell
　　　　　　　　　　　　　　　　　　　　　　Tammy L. Adkins
　　　　　　　　　　　　　　　　　　　　　　Amy R. Jonker
　　　　　　　　　　　　　　　　　　　　　　McGUIREWOODS LLP
　　　　　　　　　　　　　　　　　　　　　　77 W. Wacker Drive, Suite 4100
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60601-1815
　　　　　　　　　　　　　　　　　　　　　　(312) 849-8100 Phone
　　　　　　　　　　　　　　　　　　　　　　(312) 849-3690 Fax
　　　　　　　　　　　　　　　　　　　　　　dhartsell@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　tadkins@mcguirewoods.com
　　　　　　　　　　　　　　　　　　　　　　ajonker@mcguirewoods.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14, 2008, I electronically filed the foregoing **NOTICE OF MOTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> EDELMAN, COMBS, LATTURNER
>     & GOODWIN, LLC
> 120 S. LaSalle Street, 18th Floor
> Chicago, IL 60603
> (312) 739-4200
> dedelman@edcombs.com
> ccombs@edcombs.com
> jlatturner@edcombs.com

/s/ David L. Hartsell

\5068426.1

2