## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Stephanie Sylverne
                         Plaintiff,

v.                                                 Case No.: 1:08−cv−00031
                                                       Honorable Ronald A. Guzman

Data Search N.Y., Inc., et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 15, 2008:

       MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Data Search N.Y., Inc., Trak America for extension of time to file answer regarding complaint[1] [17] is granted to and including 2/28/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.