IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein | ) ) ) ) | |
| Plaintiffs, | ) ) ) | 08 c 31<br>Judge Guzman<br>Magistrate Judge Schenkier |
| v. | ) ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) | |

**JOINT INITIAL STATUS REPORT**

Pursuant to Fed. R. Civ. P. 26(f) and this Court's standing orders, the parties, represented by Michael J. Aschenbrener for plaintiff Stephanie Sylverne and Todd Stelter for defendant Data Search N.Y., Inc., d/b/a Trak America, LLC and Trak America, (collectively "Trak America" or "defendants") met and conferred by telephone on February 22, 2008 and, in accordance with that meeting, hereby present the following joint initial status report.

   1.   **Nature of claims and counterclaims.**

Plaintiff claims, on behalf of herself and a putative class of similarly situated persons, that defendant violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. She specifically claims that defendants failed to disclose that an affiant was an employee of Trak America in an affidavit used in connection with a lawsuit filed in the Circuit Court of Cook County by Capital One Bank against Stephanie Sylverne to collect a purported credit card debt. In so doing, defendants used a business, company, or organization name ("Capital One") other than the true name of the debt collector's business, company, or organization. Defendants deny plaintiff's allegations.

Defendant has not yet answered the Complaint. There are no counterclaims at this time.

**2.     Relief sought by plaintiff.**

Plaintiff seeks for herself and the putative class the following damages as provided for by 15 U.S.C. § 1692k: up to $1,000 per violation per named class member; such amount as the court may allow for other class members, not to exceed the lesser of $500,000 or 1% of the net worth of the debt collector; attorney's fees; costs of the action; and, any other relief that the Court deems appropriate.

**3.     Names of parties not served.**

Defendants have been served and have entered an appearance through counsel. At this time, no other parties need to be served.

**4.     Principal legal issues.**

The following is a list of the legal issues involved in this case:

a.   Whether defendants' affidavit violates FDCPA, 15 U.S.C. § 1692e;

b.   Whether an Illinois class should be certified, pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3).

c.   Whether plaintiff is a proper class representative.

**5.     Principal factual issues.**

The following is a list of the factual issues involved in this case:

a.   The number of other persons with whom defendants used allegedly non-compliant affidavits;

b.   Facts relating to the creation of the affidavit; and

**6.     List of pending motions and brief summary of bases for motions.**

There are no motions currently pending before the court.

**7.     Description of discovery requested and exchanged.**

Written discovery requests have not yet been posed by the parties upon their respective opponents.

**8.     Type(s) of discovery needed.**

The parties will need discovery on the facts and merits of the case, and class certification, including but not limited to the existence or non-existence of a class of similarly-situated persons, as well as expert discovery. The parties will take written and oral discovery, including exchanging any responsive electronically stored data within the respective party's possession, custody or control.

**9.     Agreed dates for: Rule 26(a)(1) disclosures, fact discovery completion, expert discovery completion (including dates for the delivery of expert reports), filing of dispositive motions, filing of a final pretrial order.**

The parties agree on the following discovery deadlines:

a.     Rule 26(a)(1) disclosures shall be made by April 11, 2008.

b.     All fact discovery will be completed by November 21, 2008.

c.     Plaintiff shall disclose his expert witness, pursuant to Fed. R. Civ. P. 26(a)(2), by December 31, 2008 and defendant shall disclose its expert witness, pursuant to Fed. R. Civ. P. 26(a)(2), by January 31, 2009.

d.     Dispositive motions shall be filed on or before December 31, 2008.

e.     The parties respectfully suggest that, because summary judgment motions are likely in this case, this Court not set a trial date and a date for filing of a final pre-trial order until this Court rules on any summary judgment motions.

**10.    Estimation of when the case will be ready for trial.**

The parties anticipate that the case will be ready for trial in March 2009.

**11.    Probable length of trial.**

The trial will probably take no more than five days to complete.

**12.    Whether a request has been made for a jury trial.**

Plaintiff has requested a trial by jury.

**13.    Whether there have been settlement discussions
and if so the outcome of those discussions.**

At this point there have not been substantive settlement discussions. The Parties will inform the Court should discussions progress to the point that a settlement conference would be productive.

**14.    Whether the parties consent to proceed before a Magistrate Judge.**

The parties do not unanimously consent to a magistrate judge.

Respectfully submitted,


s/ Michael J. Aschenbrener                     s/ Todd Stelter     (with consent)
Michael J. Aschenbrener                        Todd Stelter

Daniel A. Edelman                              Dave Schultz
Cathleen M. Combs                              Todd Stelter
James O. Latturner                             Hinshaw & Culbertson LLP
Michael J. Aschenbrener                        222 N. LaSalle St., Ste. 300
EDELMAN, COMBS, LATTURNER                      Chicago, IL 60601
& GOODWIN, LLC                                 (312) 704-3000
120 South LaSalle Street, 18th Floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

## **CERTIFICATE OF SERVICE**

       I, Michael J. Aschenbrener, hereby certify that on February 25, 2008, a true and correct copy of the foregoing document was filed electronically.  Notice of this filing will be sent by electronic mail to all counsel of record by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  I further certify that true and correct copies were additionally sent via email or by U.S. Mail to those parties without email addresses.

Dave Schultz
Todd Stelter
Hinshaw & Culbertson LLP
222 N. LaSalle St., Ste. 300
Chicago, IL 60601
(312) 704-3000

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGUIRE WOODS LLP
77 W. Wacker Drive
Suite 4100
Chicago, IL 60601
(312) 849-8100

                                                s/ Michael J. Aschenbrener
                                                Michael J. Aschenbrener