IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

### MOTION FOR SUBSTITUTION OF COUNSEL

David M. Schultz and Todd P. Stelter of Hinshaw & Culbertson LLP respectfully request that this Honorable Court enter an Order allowing them to substitute as counsel of record for defendants DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA in place of Amy R. Jonker, David Luther Hartsell and Tammy L. Adkins of McGuireWoods LLP.

Respectfully submitted,                              Respectfully submitted,

\_\_\_\_\_s/Amy R. Jonker\_\_\_\_\_                          \_\_\_\_\_s/David M. Schultz\_\_\_\_\_
\_\_\_\_\_s/David Luther Hartsell\_\_\_\_\_
\_\_\_\_\_s/Tammy L. Adkins\_\_\_\_\_                         \_\_\_\_\_s/Todd P. Stelter\_\_\_\_\_
McGuireWoods LLP                                     Hinshaw & Culbertson LLP
77 West Wacker Drive, Suite 4100                     222 N. LaSalle St., Suite 300
Chicago, IL 60601                                    Chicago, IL 60601
(312) 849-8100                                       (312)704-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2008, I electronically filed **MOTION FOR SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,

By:    s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288121v1 886179