IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 08 C 31 |
| | ) |
| DATA SEARCH N.Y., INC. d/b/a TRAK | ) Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, | ) |
| | ) Magistrate Judge Schenkier |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **4th** day of **March 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his/her stead in Courtroom 1219 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion for Substitution of Counsel**, a copy of which is hereby served upon you.

Respectfully submitted,

By: ___s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 08 C 31 ) |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) Judge Guzman ) ) Magistrate Judge Schenkier |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2008, I electronically filed **NOTICE OF MOTION FOR SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:     s/Todd P. Stelter

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179