IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, by their attorney, Todd P. Stelter, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 14 day extension of time, or up until March 18, 2008, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendants. Plaintiff's Complaint is one of several class action lawsuits recently filed against defendants in the Northern District of Illinois containing similar allegations, including *Bradley v. Data Search N.Y. et al.*; Case No.: 08 CV 1010 pending before Judge Castillo, *Pecaro v. Data Search N.Y. et al.*; Case No.: 08 CV 1088 pending before Judge Bucklo and *Brewer v. Data Search N.Y. et al.*; Case No.: 08 C 895 pending before Judge Conlon. All of these lawsuits are filed by the same plaintiff's law firm.

2. Plaintiff's Complaint was filed on January 2, 2008, and this Court has previously granted an extension to defendants, currently ordering defendants' answer or otherwise pleading to be filed on or before February 28, 2008.

3. However, defense counsel was recently retained and has filed a motion to substitute as counsel for defendants. That motion is also up concurrently with the filing of this motion. Defendants require additional time to perform factual investigation prior to answering or otherwise pleading. This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation. This time is necessary to analyze the pleading and prepare the appropriate response in conjunction with the multiple cases filed against defendants.

4. Defense counsel has contacted plaintiff's counsel and there is no opposition to this extension.

WHEREFORE, defendants respectfully request this court grant an extension of time up to and including March 18, 2008, to file a responsive pleading to Plaintiff's Complaint.

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288638v1 886179

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 27, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

                                    Respectfully submitted,


                                    By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288638v1 886179