IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **4th** day of **March 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his/her stead in Courtroom 1219 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion for Extension of Time**, a copy of which is hereby served upon you.

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08 C 31 |
| ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK ) | Judge Guzman |
| AMERICA, LLC and TRAK AMERICA, ) | |
| ) | Magistrate Judge Schenkier |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 27, 2008, I electronically filed **MOTION FOR EXTENSION OF TIME** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

**Dan Edelman**
dedelman@edcombs.com

Respectfully submitted,


By:____s/Todd P. Stelter_____

Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000

6288155v1 886179