# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Stephanie Sylverne

                      Plaintiff,

v.                                Case No.: 1:08−cv−00031
                                Honorable Ronald A. Guzman

Data Search N.Y., Inc., et al.

                      Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants to substitute attorneys David M. Schultz and Todd P. Stelter of Hinshaw & Culbertson LLP and allow Amy R. Jonder, David Luther Hartsell and Tammy L. Adkins of McGuire Wood LLP to withdraw [22] is granted. Unopposed motion by Defendants for extension of time to file answer [24] is granted to and including 3/18/08. Status hearing set for 3/3/08 is reset to 3/24/2008 at 09:00 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.