**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

STEPHANIE SYLVERNE,                          )
on behalf of plaintiff and the class         )
described herein                             )
                                             )        08 c 31
           Plaintiffs,                       )
                                             )        Judge Guzman
                                             )        Magistrate Judge Schenkier
           v.                                )
                                             )
DATA SEARCH N.Y., INC.                       )
d/b/a TRAK AMERICA, LLC                      )
and TRAK AMERICA,                            )
                                             )
           Defendants.                       )

───────────────────────────────────────────────────────────

LOVENIA J. BREWER,                           )
on behalf of plaintiff and the classes       )
described herein,                            )
                                             )        08 c 895
           Plaintiff,                        )
                                             )        Judge Conlon
                                             )        Magistrate Judge Mason
           vs.                               )
                                             )
ARROW FINANCIAL SERVICES, L.L.C., and        )
DATA SEARCH N.Y., INC.                       )
d/b/a TRAK AMERICA, LLC                      )
and TRAK AMERICA,                            )
                                             )
           Defendants.                       )

───────────────────────────────────────────────────────────

1

JOAN BRADLEY,                                    )
on behalf of plaintiff and the classes          )
described herein,                                )
                                                 )        08 c 1010
                        Plaintiff,               )        Judge Castillo
                                                 )        Magistrate Judge Nolan
            vs.                                  )
                                                 )
DATA SEARCH N.Y., INC.                           )
        d/b/a TRAK AMERICA, LLC                  )
        and TRAK AMERICA,                        )
and TRIUMPH PARTNERSHIPS, LLC,                   )
                                                 )
                        Defendants.              )

---

JOSEPH J. PECARO,                                )
and ANDREW T. KINGSTON,                          )
on behalf of plaintiffs and the classes          )
described herein,                                )
                                                 )        08 c 1088
                        Plaintiffs,              )        Judge Bucklo
                                                 )        Magistrate Judge Brown
            vs.                                  )
                                                 )
DATA SEARCH N.Y., INC.                           )
d/b/a TRAK AMERICA, LLC                          )
and TRAK AMERICA,                                )
and NORTH STAR CAPITAL                           )
ACQUISITION LLC,                                 )
                                                 )
                        Defendants.              )

---

JEROME TIMMS,                                          )
                                                      )
                    Plaintiff,                        )
                                                      )        08 c 1321
        vs.                                           )        Judge Andersen
                                                      )        Magistrate Judge Valdez
DATA SEARCH N.Y., INC.                                )
d/b/a TRAK AMERICA, LLC                               )
and TRAK AMERICA,                                     )
and NORTH STAR CAPITAL                                )
ACQUISITION LLC,                                      )
                                                      )
                    Defendants.                       )

_____

ARIEL CAHILIG,                                        )
on behalf of plaintiff and the classes               )
described herein,                                     )
                                                      )        08 c 1339
                    Plaintiff,                        )        Judge Lindberg
                                                      )        Magistrate Judge Cole
        vs.                                           )
                                                      )
DATA SEARCH N.Y., INC.                                )
d/b/a TRAK AMERICA, LLC                               )
and TRAK AMERICA,                                     )
and PALLINO RECEIVABLES LLC,                          )
                                                      )
                    Defendant.                        )

_____

DALE MACHALLECK,                                    )
and JUANITA HERRON,)
on behalf of plaintiffs and the classes            )
described herein,                                  )
                                                   )        08 C 1340
          Plaintiff,                               )        Judge Hart
                                                   )        Magistrate Judge Valdez
     vs.                                           )
                                                   )
DATA SEARCH N.Y., INC.                             )
d/b/a TRAK AMERICA, LLC                            )
and TRAK AMERICA, and                              )
ELITE RECOVERY SERVICES, INC.,                     )
                                                   )
          Defendants.                              )

---

SANDRA CASE,                                       )
on behalf of plaintiff and the classes             )
described herein,                                  )
                                                   )        08 c 1346
          Plaintiff,                               )        Judge Guzman
                                                   )        Magistrate Judge Keys
     vs.                                           )
                                                   )
MRC RECEIVABLES CORPORATION,                       )
and DATA SEARCH N.Y., INC.                         )
     d/b/a TRAK AMERICA, LLC                       )
     and TRAK AMERICA,                             )
                                                   )
          Defendants.                              )


## MOTION BY STEPHANIE SYLVERNE FOR REASSIGNMENT
## BASED ON RELATEDNESS

          Pursuant to Local Rule 40.4, plaintiff Stephanie Sylverne respectfully asks this

Court to reassign the following cases to this Court as related to the instant case, *Sylverne v. Data*

*Search N.Y., Inc.*, 08 c 31:

- *Brewer v. Arrow Financial Services, L.L.C., et al.*, 08 C 895, currently presiding before Judge Conlon
- *Bradley v. Data Search N.Y., Inc., et al.*, 08 C 1010, currently presiding before Judge Castillo
- *Pecaro, et al. v. Data Search N.Y., Inc., et al.*, 08 C 1088, currently presiding before Judge Bucklo
- *Timms v. Data Search N.Y., Inc., et al.*, 08 C 1321, currently presiding before Judge Andersen
- *Cahilig v. Data Search N.Y., Inc., et al.*, 08 C 1339, currently presiding before Judge Lindberg
- *Machalleck, et al. v. Data Search N.Y., Inc., et al.*, 08 C 1340, currently presiding before Judge Hart

In addition, another case already before this Court, *Case v. MRC Receivables Corp., et al.*, 08 C 1346, should be treated as related.

In support of this motion, Plaintiff states as follows:

1.    On February 12, 2008, Lovenia Brewer filed a putative class-action complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit in connection with a lawsuit filed by Arrow Financial Services, L.L.C. ("Arrow") titled *AFS v. Lovenia J. Brewer*, 07 M1 251207, in the Circuit Court of Cook County on December 13, 2007.

2.    On February 19, 2008, Joan Bradley filed a putative class-action complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit in connection with a lawsuit filed by Triumph Partnerships, L.L.C. ("Triumph") titled *TPLLC v. Joan Bradley*, 07 M1 253485, in the Circuit Court of Cook County on December 18, 2007.

3.    On February 21, 2008, Joseph J. Pecaro filed a putative class-action

complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt
Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit
in connection with a lawsuit filed by North Star Capital Acquisition LLC ("North Star") titled
*North Star Capital Acquisition LLC v. Joseph J. Pecaro*, 07 M1 160894, in the Circuit Court of
Cook County on June 19, 2007.

4.     On March 5, 2008, Jerome Timms filed a putative class-action
complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt
Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit
in connection with a lawsuit filed by North Star Capital Acquisition LLC ("North Star") titled
*North Star Capital Acquisition LLC v. Jerome Timms*, 07 M1 212537, in the Circuit Court of
Cook County on November 8, 2007.

5.     On March 5, 2008, Ariel Cahilig filed a putative class-action
complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt
Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit
in connection with a lawsuit filed by Pallino Receivables LLC ("Pallino") titled *Pallino
Receivables LLC v. Ariel Cahilig*, 07 SC 541, in the Circuit Court of Will County on June 20,
2007.

6.     On March 5, 2008, Dale Machalleck filed a putative class-action
complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt
Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit
in connection with a lawsuit filed by Elite Recovery Services, Inc. ("Elite") titled *Elite Recovery*

*Services, Inc. v. Dale Machalleck*, 07 M1 220402, in the Circuit Court of Cook County on December 4, 2007.

7.    On March 6, 2008, Sandra Case filed a putative class-action complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit in connection with a lawsuit filed by MRC Receivables Corp. ("MRC") titled *MRC Receivables Corporation v. Sandra Case*, 07 M1 222465, in the Circuit Court of Cook County on December 8, 2007.  The case was assigned to this Court.

8.    Prior to these filings, however, on January 2, 2008, the present putative class action was filed by plaintiff Sylverne in the Northern District of Illinois also alleging violations of the FDCPA against Data Search N.Y., Inc. ("Trak America") related to the same fraudulent affidavit use.  *Sylverne v. Data Search, Inc.,* 08 C 31 (N.D. Ill.).

9.    Counsel in *Brewer*, *Bradley*, *Pecaro*, *Timms*, *Cahilig*, *Machalleck*, and *Case*—Edelman, Combs, Latturner & Goodwin, LLC—represents all plaintiffs.  Counsel for defendant Trak America in *Sylverne* is expected to represent defendants in all cases.

10.    Local Rule 40.4(a) provides that "[t]wo or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, when one or more of the classes involved in the cases is or are the same."

11.    *Brewer*, *Bradley*, *Pecaro*, *Timms*, *Cahilig*, and *Machalleck* should

7

be reassigned as related to *Sylverne* as the pending factual and legal claims of these plaintiffs and Ms. Sylverne and Ms. Case are very similar, if not nearly identical.

        12.     Cases may be reassigned to another District Judge under Local Rule 40.4(b) if the related cases are pending in this Court, the handling of related cases would save a substantial amount of judicial time and effort, the earliest case has not progressed to a point where reassigning the later cases would delay proceedings in the earlier case substantially, and the cases are susceptible of disposition in a single proceeding.

        13.     Given that these cases entail virtually identical parties and claims, and in view of the inevitable overlapping of effort if these cases are handled separately, the handling of these cases by one judge is required in the interests of judicial economy.

        14.     Proceeding before a single judge will streamline the settlement process and avoid duplication of effort, labor and cost.  Defendant Trak America is a defendant in all actions.  In addition, the class notice, preliminary approval motion and memorandum in support of final approval can be consolidated into one procedure and schedule instead of the parties having to draft individual notices and file individual briefs eight times over.  As such, reassignment is critical to avoid unnecessary duplication.

WHEREFORE, plaintiff Sylverne respectfully requests that this Court find that the *Brewer*, *Bradley*, *Pecaro*, *Timms*, *Cahilig*, *Machalleck*, and *Case* cases are related to the *Sylverne* litigation, and reassign the *Brewer*, *Bradley*, *Pecaro*, *Timms*, *Cahilig*, and *Machalleck* cases to the calendar of this Court.

Respectfully submitted,

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on March 13, 2008, I electronically filed the foregoing **Motion By Stephanie Sylverne For Reassignment Based On Relatedness** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

David M Schultz
Todd Philip Stelter
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

Joseph Shaw Messer
James Michael True
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602

s/ Michael J. Aschenbrener
Michael J. Aschenbrener