## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE,<br>on behalf of plaintiff and the class<br>described herein | ) ) ) | |
| | ) | 08 c 31 |
| Plaintiffs, | ) | Judge Guzman |
| | ) | Magistrate Judge Schenkier |
| v. | ) ) | |
| DATA SEARCH N.Y., INC.<br>d/b/a TRAK AMERICA, LLC<br>and TRAK AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| LOVENIA J. BREWER,<br>on behalf of plaintiff and the classes<br>described herein, | ) ) ) | |
| | ) | 08 c 895 |
| Plaintiff, | ) | Judge Conlon |
| | ) | Magistrate Judge Mason |
| vs. | ) ) | |
| ARROW FINANCIAL SERVICES, L.L.C., and<br>DATA SEARCH N.Y., INC.<br>d/b/a TRAK AMERICA, LLC<br>and TRAK AMERICA, | ) ) ) ) ) | |
| Defendants. | ) | |

1

JOAN BRADLEY,                                  )
on behalf of plaintiff and the classes        )
described herein,                             )
                                              )        08 c 1010
                        Plaintiff,            )
                                              )        Judge Castillo
                                              )        Magistrate Judge Nolan
            vs.                               )
                                              )
DATA SEARCH N.Y., INC.                        )
        d/b/a TRAK AMERICA, LLC               )
        and TRAK AMERICA,                     )
and TRIUMPH PARTNERSHIPS, LLC,                )
                                              )
                        Defendants.           )

---

JOSEPH J. PECARO,                             )
and ANDREW T. KINGSTON,                       )
on behalf of plaintiffs and the classes       )
described herein,                             )
                                              )        08 c 1088
                        Plaintiffs,           )
                                              )        Judge Bucklo
                                              )        Magistrate Judge Brown
            vs.                               )
                                              )
DATA SEARCH N.Y., INC.                        )
d/b/a TRAK AMERICA, LLC                       )
and TRAK AMERICA,                             )
and NORTH STAR CAPITAL                        )
ACQUISITION LLC,                              )
                                              )
                        Defendants.           )

---

JEROME TIMMS,                              )
                                           )
            Plaintiff,                     )
                                           )        08 c 1321
      vs.                                  )        Judge Andersen
                                           )        Magistrate Judge Valdez
DATA SEARCH N.Y., INC.                     )
d/b/a TRAK AMERICA, LLC                    )
and TRAK AMERICA,                          )
and NORTH STAR CAPITAL                     )
ACQUISITION LLC,                           )
                                           )
            Defendants.                    )

_____

ARIEL CAHILIG,                             )
on behalf of plaintiff and the classes     )
described herein,                          )
                                           )        08 c 1339
            Plaintiff,                     )        Judge Lindberg
                                           )        Magistrate Judge Cole
      vs.                                  )
                                           )
DATA SEARCH N.Y., INC.                     )
d/b/a TRAK AMERICA, LLC                    )
and TRAK AMERICA,                          )
and PALLINO RECEIVABLES LLC,               )
                                           )
            Defendant.                     )

_____

3

DALE MACHALLECK,                                    )
and JUANITA HERRON,)
on behalf of plaintiffs and the classes            )
described herein,                                  )
                                                   )      08 C 1340
            Plaintiff,                             )      Judge Hart
                                                   )      Magistrate Judge Valdez
      vs.                                          )
                                                   )
DATA SEARCH N.Y., INC.                             )
d/b/a TRAK AMERICA, LLC                            )
and TRAK AMERICA, and                              )
ELITE RECOVERY SERVICES, INC.,                     )
                                                   )
            Defendants.                            )
_____

SANDRA CASE,                                       )
on behalf of plaintiff and the classes             )
described herein,                                  )
                                                   )      08 c 1346
            Plaintiff,                             )      Judge Guzman
                                                   )      Magistrate Judge Keys
      vs.                                          )
                                                   )
MRC RECEIVABLES CORPORATION,                       )
and DATA SEARCH N.Y., INC.                         )
      d/b/a TRAK AMERICA, LLC                      )
      and TRAK AMERICA,                            )
                                                   )
            Defendants.                            )

## NOTICE OF MOTION

**TO:    SEE ATTACHED SERVICE LIST**

            **PLEASE TAKE NOTICE** that on **Thursday, March 20, 2008** at **9:30 a.m.**, we shall appear before the Honorable Judge Ronald Guzman in Room 1219 in the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, IL, and then and there present: **MOTION BY STEPHANIE SYLVERNE FOR REASSIGNMENT BASED ON RELATEDNESS,** a copy of which is hereby served upon you.

s/ Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on March 13, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

David M Schultz
Todd Philip Stelter
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

Joseph Shaw Messer
James Michael True
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602

s/ Michael J. Aschenbrener
Michael J. Aschenbrener