# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 31 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Sylverne vs. Data Search N.Y., Inc. et al. | | |

**DOCKET ENTRY TEXT**

The Court grants in part and denies in part plaintiff's motion to reassign certain cases as related [doc. no. 28]. The Court grants the motion as to *Brewer v. Arrow Fin. Servs., L.L.C.*, 08 C 895 (Judge Conlon); *Bradley v. Data Search N.Y.*, 08 C 1010 (Judge Castillo); *Pecaro v. Data Search N.Y.*, 08 C 1088 (Judge Bucklo); *Cahilig v. Data Search N.Y.*, 08 C 1339 (Judge Lindberg); and *Machalleck v. Data Search N.Y.*, 08 C 1340 (Judge Hart). The Court denies the motion as to *Timms v. Data Search N.Y.*, 08 C 1321 (Judge Anderson) because, unlike the other cases, it poses issues unique to that case regarding Timm's bankruptcy, such that the cases are not susceptible of disposition in a single proceeding. The parties shall be prepared to discuss the issue of consolidation at the next status hearing.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LC/LG |
|---|---|---|

Case 1:08-cv-00031   Document 30   Filed 03/17/2008   Page 2 of 2