IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE,<br>on behalf of plaintiff and the class<br>described herein<br><br>              Plaintiffs,<br><br>   v.<br><br>DATA SEARCH N.Y., INC.<br>d/b/a TRAK AMERICA, LLC<br>and TRAK AMERICA,<br><br>             Defendants. | )<br>)<br>)<br>)<br>)  08 c 31<br>)<br>)  Judge Guzman<br>)<br>)  Magistrate Judge Schenkier<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF MOTION

      **PLEASE TAKE NOTICE** that on **Tuesday, April 15, 2008 at 9:30 a.m.**, we shall appear before the Honorable Judge Guzman in Room 1219 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFF'S MOTION FOR LEAVE TO FILE CONSOLIDATED CLASS ACTION COMPLAINT** which was electronically filed and served upon you through the Court's CM/ECF system.

                                                                   s/Daniel A. Edelman
                                                   Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

      I, Daniel A. Edelman, hereby certify that on April 7, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

                                                        s/Daniel A. Edelman
                                                        Daniel A. Edelman