# EXHIBIT 1

CAPITAL ONE BANK

Plaintiff

vs.

STEPHANIE SYLVERNE
Defendant

5391071479031526

**AFFIDAVIT**

I, _Jenn Crawford_ being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant.

2. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

3. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $6,292.10, plus interest, at the contract rate of interest of 19.800 percent.

4. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

_Jenn Crawford_

Subscribed and sworn to before me
this 16 day of _____ , 2006

_____
NOTARY PUBLIC

06-23149-0
58850-02
S166065

# EXHIBIT 2

STATE OF <u>NEW YORK</u>  }
COUNTY OF <u>NASSAU</u>   }

AFS ASSIGNEE OF PROVIDIAN      )
NATIONAL BANK                     )
        Plaintiff,            )
vs.                            )
LOVENIA J BREWER         )
                                 )
        Defendant(s)      )

### AFFIDAVIT OF ACCOUNT BALANCE DUE

I, Crystal Pilger, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of **AFS ASSIGNEE OF PROVIDIAN NATIONAL BANK**, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York , against Defendant(s) is due and owing the principle sum of $2,320.96, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s).  The debt continues to accrue interest at the rate of 5% from October 31, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit.  I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

This affidavit executed this ____ day of _____ 2__.

JUL 1 2 2007

_____
Signature

Crystal Pilger
Name printed

The foregoing affidavit sworn to and subscribed before me this _____ day of _____, 2____.

JUL 1 2 2007

_____
Notary Public

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

T07481
4031149734135742
25891353

# EXHIBIT 3

TIRUMPH PARTNERSHIPS, LLC
                Plaintiff

vs.

JOAN BRADLEY
                Defendant

5488975019946659                         AFFIDAVIT

I, _Terry Kulbaba_____, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, HSBC Card Services;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,173.51.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _____, 2007

_____
NOTARY PUBLIC

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

07-21587-0
3850-01
B125519

# EXHIBIT 4

File # 33149/14921494    (COOk)                    07MI 60894

# AFFIDAVIT

I, _Teny testkaba_ , being first duly sworn, depose and say that I have personal knowledge of the facts hereinafter set forth and that if sworn as a witness I can testify competently thereto:

I hold the position of _to agent_ with NORTH STAR CAPITAL ACQUISITION LLC, a corporation incorporated under the laws of the State of _NY_.

That I have personal knowledge of account number 14921494 and the facts as set forth in plaintiff's complaint and its supporting documentation;

That I have reviewed the business records of NORTH STAR CAPITAL ACQUISITION LLC, kept in the ordinary course of business and that after all just due credits for payments and setoffs, there remains a balance due in favor of plaintiff, NORTH STAR CAPITAL ACQUISITION LLC, and against defendant(s) JOSEPH J PECARO, in the amount of $1105.92 plus reasonable attorney's fees of $350.00 and interest (if applicable) pursuant to the agreement between the parties and court costs.

That defendant has been given all just due credits for payments and rebates, if applicable. That all services were rendered and/or goods sold have been delivered as per any and all agreements between the parties.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.

SIGNED AND SWORN TO BEFORE ME ON

6/21/10

Notary Public

ANNE M. TIMBERMAN
Notary Public, State of New York
No. 01TI6142028
Qualified in Suffolk County
Commission Expires March 13, 2010

# EXHIBIT 5

NORTH STAR CAPITAL ACQUISITION LLC
                    Plaintiff

vs.

ANDREW T KINGSTON
SHEILA A KINGSTON
                    Defendant

55151874

## AFFIDAVIT

I, _Tom J Kubala_ , being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Wells Fargo Financial;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $738.00.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of ___July___ , 2007

NOTARY PUBLIC

ANNE M. TIMMERMAN
Notary Public, State of New York
No. 01TI6142023
Qualified in Suffolk County
Commission Expires March 11, 2010

07-32295-0
3850-05
K72810A

# EXHIBIT 6

STATE OF NY Nassau
COUNTY OF

## AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
PALLINO RECEIVABLES LLC
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
PALLINO RECEIVABLES LLC AS SUCCESSOR IN INTEREST OF HOUSEHOLD BANK (SB), N.A.
by
ARIEL CAHILIG

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

| CREDITOR/ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| PALLINO RECEIVABLES LLC | |
| 5407912057152724 | |
| | 948.38 |

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

09 day of March, 20 07.

_____
Notary Public

My Commission Expires: _____

Date of Service: _____/_____/20_____

Reference #:        1917086
Forwarder ID #:5407912057152724
Account #:      5407912057152724

BAFF(11/02)EE0
TA, INC.

_____
Affiant

_____
Title

SARA RUBIN
Notary Public, State of New York
No. 01RU6142544
Qualified in Suffolk County
Commission Expires March 20, 2010


Ex #1

# EXHIBIT 7

STATE OF NEW YORK  }
COUNTY OF NASSAU  }

Elite Recovery Services                          )
S/I/I TO HOUSEHOLDE/ORCHARD BANK    )
        Plaintiff,                              )
                                                )
vs.                                              )
DALE R MACHALLECK                                )
        Defendant(s)                            )

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, _Lisa Kiesecbr_, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of Elite Recovery Services S/I/I TO HOUSEHOLDE/ORCHARD BA, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York , against Defendant(s) is due and owing the principle sum of $892.85, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s).  The debt continues to accrue interest at the rate of 5% from February 28, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit.  I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

FEB 1 5 2007

This affidavit executed this _____ day of _____, 2___.

_Lisa Kiesecbr_
Signature

_Lisa Kiesecbr_
Name printed

The foregoing affidavit sworn to and subscribed before me this _____ day of _____,
2_____                                                      01 Ꭲ Ꭵ 6 4 4 2 0 2 8

_____
Notary Public

T05123

# EXHIBIT 8

ELITE RECOVERY SERVICES, INC.
                    Plaintiff

vs.

JUANITA HERRON
                    Defendant

5424770844650320

**AFFIDAVIT**

I, _Terry Kettbalpa_ , being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Bank First;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,126.52.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _Jun_ , 2007

_____
            NOTARY PUBLIC

ALISA TETRO
Notary Public, State of New York
No. 01TE6141272
Qualified in Suffolk County
Commission Expires February 21, 2010

07-10740-0
3850-01
H146027

# EXHIBIT 9

STATE OF *Virginia*
COUNTY OF *Chestnifield*

## AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
MRC RECEIVABLES CORPORATION
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
MRC RECEIVABLES CORPORATION AS SUCCESSOR IN INTEREST OF PROVIDIAN NATIONAL BANK
by
SANDRA CASE

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

| CREDITOR/ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| MRC RECEIVABLES CORPORATION 447946030067536D | |
| | $2461.36 |

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

14 day of Aug 13, 20 07

Notary Public

My Commission Expires: 8 (2011

_____ Affiant

_legal support_
Title

Date of Service: ___ / ___ /20 ___

Reference #:     1881992
Forwarder ID #: 8500243754
Account #:       447946030067536D

BAFF(11/02)CF4
TA, INC.

JANET A TAYLOR
NOTARY PUBLIC
COMMISSION NO. 255735
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXP. 8-31-11

16b24671T1881992

# EXHIBIT 10

PINNACLE CREDIT SERVICES LLC
        Plaintiff

vs.

HANI A HAMAD
        Defendant

5440455001964835

## AFFIDAVIT

I, Jessica Nelson , being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Household;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,488.48.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this 16 day of July , 2007

NOTARY PUBLIC

CATHY FERGUSON
COMMISSION NO. 7108659
COMMONWEALTH OF VIRGINIA
EXPIRES 10/31/11
NOTARY SEAL

07-15045-0
3850-01
H151429

# EXHIBIT 11

TRAKAmerica                                                                 Page 1 of 1



PROVEN LEGAL STR



HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS



**WELCOME to the proven
nationwide legal process that has
recovered millions of dollars
thought to be unrecoverable for
the country's largest creditors and
debt buyers.**

**Recent News:**

▶ January 15, 2(
   TRAKAmer
   To Manage

▶ October 2, 20(
   TRAKAmer
   Announces
   3.0

▶ September 26
   TRAKAmer
   Expands; /
   Executive

▶ September 15
   TRAKAmer
   Announces
   Performan(

▶ March 23, 20(
   TRAKAmer
   Announces
   Collection
   Performan(

▶ October 31, 2(
   TRAKAmer
   Announces
   2.0

**STEP 1: Our FASTRAK predictive model determines with
unparalleled accuracy exactly which accounts are worth pursuing.**

**STEP 2: Secure, streamlined and automated processes transmit
suit worthy accounts to the right attorney quickly and efficiently.**

**STEP 3: The TRAKAmerica legal network—the best in the
business—obtains your legally enforceable judgments.**

**STEP 4: Our in-house skip tracing experts facilitate execution on your
judgments by identifying hard-to-find assets and collecting the money
owed to you.**

**RESULT: Maximum net back for TRAKAmerica clients.**

*"TRAKAmerica recovered more than $27 million last
quarter on warehouse paper we thought was uncollectible."*

— *Publicly traded US credit card issuer*

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



### Obtain A Customized FASTRAK Sample Analysis

TRAKAmerica would be happy to analyze a sample of your portfolio using our FASTRAK scoring model. The model uses more than 30 case-level variables built on empirical data from more than one million claims and $100 million in court costs in all fifty states to determine which accounts are worth pursuing with pinpoint accuracy — **no more wasting time and money on uncollectible accounts.**

To take advantage of this no cost, risk-free offer for a customized FASTRAK Analysis, submit the form below.

Debt buyers or cr
would like more i
about TRAKAme
call 800.277.443
info@TRAKAme

HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

Items marked with an asterisk (*) must be completed.



First Name*
Last Name*
Title
Firm*
Address 1
Address 2
City
State
Zip
Phone
Email*

Submit Query

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## Management Team

### Thomas Milana
**President and Chief Executive Officer**
TRAKAmerica's founder is a noted collections industry leader who has enjoyed a successful 20-year career as both a collections agency owner and operator and a successful debt buyer.

Despite TRAKAmerica's phenomenal growth, Tom remains involved in the day-to-day business of helping clients leverage the TRAKAmerica model to maximize their net back. Tom is exceptionally knowledgeable about the challenges and issues facing today's creditors and is committed to fair, safe, and ethical business practices. [top]

### Thomas Dalessandro
**Managing Partner**
Cofounder and resident technology guru, Tom began his career working at a collection law firm nearly 20 years ago. A software developer by trade, Tom honed his analytic skills and economic acumen at the University of Chicago Graduate School of Business. He is the chief architect of TRAKAmerica's unique proprietary software and technology infrastructure. It's Tom's FASTRAK statistical model that enables us to predict liquidation rates and seamlessly interface with our clients' technology for reliable reports and payments. [top]

### Wade Ferguson
**Vice President Network Management & Client Services**
Wade has more than fifteen years of experience in the collections and recoveries industry, including many years working directly with agencies and creditors. He gained eight years experience at Capital One managing various recovery functions, as well as their legal outsourcing program. At TRAKAmerica, Wade is responsible for managing the attorney network and building client relations. [top]

### Matthew Wolk
**Vice President of Network Management & Compliance**
Matt is responsible for attorney network and agency management, process improvement and audit and compliance functions, including managing call center agencies for non-legal collections. Prior to joining TRAKAmerica, Matt was Process and Agency Manager for Capital One, where he gained 15 years experience managing collections and



TRAKAmerica ha
unique mix of exp
experienced leade
best legal strateg
management tean
industry.

Thomas Milana
President & Chief
Officer

Thomas Dalessa
Managing Partner

Wade Ferguson
Vice President of
Management & C

Matthew Wolk
Vice President of
Management & C

Tony La Veglia
Vice President of

Karl Hernandez
Vice President of
Management

[top]

recoveries and legal network suppliers. He played a key role in
reducing expenses for Capital One through both vendor pricing
negotiation and operating procedure and compliance program
improvements. [top]

**Tony La Veglia**
**Vice President of Operations**
A security specialist for more than 20 years, Tony holds a master's
degree in industrial security, maintains ASIS International professional
certification, and teaches security at Long Island University. Tony is
responsible for ensuring our physical plant, our legal network and
vendors fulfill governmental and client requirements. Our security has
been audited and received top marks by one of the country's top 10
credit card issuers. [top]

**Karl Hernandez**
**Vice President of Network Management**
A collections professional for more than 20 years, Karl is responsible
for the unprecedented success of our legal network management team.
After obtaining his paralegal degree, Karl worked for numerous law
firms specializing in collections and can anticipate the unique
challenges of our attorneys as they pursue and execute judgments on
behalf of TRAKAmerica's clients. [top]

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

### The TRAKAmerica Process

#### STEP 1: Predicting Your Success

At TRAKAmerica, we take the frustrating – and costly – guesswork out of identifying which accounts in your portfolio are ultimately collectible.

Our **FASTRAK predictive model** features empirical data from more than 1 million cases (and our investment of $100 million in court costs). Each of the accounts in your portfolio is judged against over 30 case level variables that go beyond evidence of real estate and employment.

Using this proprietary predictive technology, we can accurately assess which accounts are suit worthy and project your liquidation rate and cash flow after 12, 24, and 36 months.

It's a **superior process** to asset-based state level models that skew results and are far less accurate.

#### STEP 2: Getting To Court Quickly and Efficiently

Once we've run your portfolio through our model and reviewed the net back projections, our TRAKAmerica team designs a **complete recovery plan** based on your requirements.

First, we prepare your portfolio for our attorney network by identifying suit worthy accounts and skip tracing them for accuracy (addresses, names etc.). As we verify information, we also attempt to collect from these accounts on your behalf.

As a legal network, we can use **legal talk off** language in these conversations, which often means debtors agree to a payment plan rather than face the legal process.

This immediately creates cash flow for you and also helps fund court costs on accounts that ultimately will go through the legal process.

#### STEP 3: The TRAKAmerica Legal Network

On day 31, we electronically disburse your files to our network

TRAKAmerica Overview

attorneys. They load your files into their systems and instantly send demand letters.

After the 30-day validation period expires, our attorneys sue those individuals who have not responded to their demand letters. Results are electronically posted and delivered to our offices each week.

It's an entirely transparent system for **full accountability**. Each week, our management team examines exception reports that reflect which accounts are still outstanding. The report includes:

- legal suit dates
- service dates
- court information
- judgment information (principle and interest)
- court costs
- attorney fees

Our clients have the option of connecting electronically to our reporting system so they can check on the status of their portfolio at any time.

Our collection firms also follow our **no-fail data security measures**, including firewall intrusion detection software, encryption, and stringent internal security control systems.

STEP 4: Collecting and Disbursing Your Money

At this stage, our TRAKAmerica team has obtained judgments on your bad debt accounts. We dedicate our efforts and resources—including in-house skip tracing and asset location programs—to collecting the money owed to you.

**Skip and asset information** is promptly supplied to our attorneys so they can devote their time to collecting from bank accounts, garnishing paychecks, and placing liens on properties.

We are no longer requesting money from debtors—we are actively taking it.

The **TRAKAmerica process works seamlessly with your organization's IT infrastructure** for reliable, secure reports and payments. Our clients can elect to receive payments weekly, bi-weekly, or however they prefer through our secure electronic system.

All data is safe guarded with **full-time, board-certified security experts** and technology that passes the most rigorous security audits by nationally recognized financial institutions.

**RESULT: Maximize Your Net Back**

TRAKAmerica Overview                                                Page 3 of 3

Effective asset location, disciplined attorney management and the
ability to pick which accounts to sue with pinpoint accuracy all add up
to maximize your netback.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

TRAKAmerica                                                                              Page 1 of 2



PROVEN LEGAL STR

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Adds To Management Team

SYOSSET, NY, January 15, 2007 — TRAKAmerica, the rapidly growing legal network management company, announced today that Matthew C. Wolk has joined the company as Vice President. Mr. Wolk will have broad responsibilities for compliance, attorney and agency management, and process improvement. "We are pleased to have Matt on board," said CEO Thomas Milana. "Matt brings tremendous experience that will help TRAKAmerica deliver more value for our clients."

Prior to joining TRAKAmerica, Mr. Wolk was Process and Agency Manager for Capital One, where he managed recoveries and legal network suppliers. He played a key role in reducing expenses for Capital One through both vendor pricing negotiation and operating procedure and compliance program improvements.

"In managing the various legal networks over the years, I have seen first hand the unique effectiveness of the TRAKAmerica approach. I'm really looking forward to being a part of this team and taking this approach to more creditors as we continue to build the company," said Wolk.

"2006 was another year of tremendous growth for us," said TRAKAmerica Managing Partner Thomas Dalessandro. "In the last quarter we topped $40 million in collections, saw more than a million accounts placed and added three publicly traded companies and one of the largest credit card issuers to our client list. Having Matt come on board is a great way to start 2007 as we continue to build out our business proposition and reach our goals."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate

News
Announce

▶ January 15, 20
  TRAKAmei
  To Manage

▶ October 2, 200
  TRAKAmei
  Announces
  3.0

▶ September 26
  TRAKAmei
  Expands; A
  Executive

▶ September 15
  TRAKAmei
  Announces
  Performani

▶ March 23, 200
  TRAKAmei
  Announces
  Collection
  Performani

▶ October 31, 2I
  TRAKAmei
  Announces
  2.0

TRAKAmerica                                                        Page 2 of 2

on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

### TRAKAmerica Upgrades Recovery Model

SYOSSET, NY, October 2, 2006 — TRAKAmerica, the rapidly growing legal network management company, today announced the availability of FASTRAK 3.0, the latest release of its powerful legal recovery model. The new version of FASTRAK is more accurate and boasts additional features requested by clients.

"With this new model we can fine tune our recovery strategies to exactly hit a client's ROI objective," said Managing Partner Thomas Dalessandro. "Many clients have come to us asking us to be more aggressive; now we can dial in their requested net back and the model takes it from there."

The foundation of FASTRAK's accuracy is the extensive suit history on which it is built. The model now benefits from more than five years of legal recovery cases, encompassing over $40 million in court costs. FASTRAK 3.0 utilizes more than 30 case variables to accurately predict which cases are suit worthy and which are not.

"FASTRAK was originally built for credit cards and consumer loans, but we now have a version for auto deficiencies and we are developing additional versions for all the major classes of paper," said CEO Thomas Milana. "We are also expanding our state coverage. We recently added Texas, a notoriously debtor friendly state. Five years ago people doubted we would be able to make money in Pennsylvania and Florida, but we've proved them wrong. Now we're adding Texas to that list of successes. In fact, a debt buyer client of ours attributes a recent national auction win to the confidence that FASTRAK gave him that he could achieve a positive net back from the Texas portion of the portfolio."

"A legal strategy offers a number of advantages over traditional strategies," commented Dalessandro, "including a much higher liquidation rate and a more predictable recovery stream that is more resistant to economic downturns. But the key is knowing which accounts will produce a return on your investment in court costs and FASTRAK 3.0 is unmatched in its ability to do just that."

FASTRAK 3.0 is available effectively immediately to TRAKAmerica clients.

*News Announce*

▶ January 15, 2...
TRAKAmer
To Manage

▶ October 2, 20(
TRAKAmer
Announces
3.0

▶ September 26
TRAKAmer
Expands; /
Executive

▶ September 15
TRAKAmer
Announces
Performan(

▶ March 23, 200
TRAKAmer
Announces
Collection
Performan(

▶ October 31, 2(
TRAKAmer
Announces
2.0

TRAKAmerica                                                          Page 2 of 2

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management
company that has been able to recover millions of dollars previously
believed to be unrecoverable for some of the most astute lenders in the
world. The company's recovery success is built on a nationwide
network of local attorneys, combined with a rigorous analytic approach
to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate
on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

http://www.trakamerica.com/news/2006/1002FASTRACK3.html                    12/27/2007



PROVEN LEGAL STR

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Expands, Adds Senior Executive

SYOSSET, NY, September 26, 2007 — TRAKAmerica, the rapidly growing legal network management company, has announced significant actual and planned expansion. "Over the past 12 months we've grown our staff by 50% due to new client business. By this time next year we expect to grow our staff another 50%," said CEO Thomas Milana.

In addition to the staff expansion, TRAKAmerica announced the appointment of Wade Ferguson to the position of Vice President of Network Management. Mr. Ferguson comes to TRAKAmerica after more than eight years at Capital One, where he managed various recovery functions, and was most recently involved with their legal outsourcing program. Mr. Ferguson has been in collections and recoveries for more than 15 years. "We are very pleased that Wade decided to join us. His big bank experience is going to be invaluable to us as we continue to grow our company," said Managing Partner Thomas Dalessandro.

"I was so impressed with TRAKAmerica's performance with Capital One that I made the decision to join TRAK's team and put my experience from Capital One to work at this entrepreneurial, fast moving company," said Ferguson.

Earlier this month, TRAKAmerica reported record collection and revenue results for its fiscal year. That growth and the current new business pipeline are driving significant expansion in staff and management. "Our model of an aggressive legal program and a rigorous analytic approach is producing superior results and we are being rewarded for it," said Dalessandro. "Given how small most creditors' legal programs are today, we have many years of growth ahead of us and will be adding additional key players in support of this goal."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide

News
Announce

▶ January 15, 20
  TRAKAmer
  To Manage

● October 2, 20
  TRAKAmer
  Announces
  3.0

▶ September 26
  TRAKAmer
  Expands; A
  Executive

▶ September 15
  TRAKAmer
  Announces
  Performan

▶ March 23, 200
  TRAKAmer
  Announces
  Collection
  Performan

● October 31, 20
  TRAKAmer
  Announces
  2.0

TRAKAmerica Expands                                                                    Page 2 of 2

network of local attorneys, combined with a rigorous analytic approach
to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate
on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6861 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Announces Record Performance

SYOSSET, NY, September 15, 2006 — TRAKAmerica, the rapidly growing legal network management company, announced record collections for both the year and quarter ending August 31, 2006. Commented CEO Thomas Milana, "We've had a great year, with four record quarters in a row. This last quarter was particularly strong. Our inventory crested one million accounts and two billion dollars. Just in the last quarter, we recovered more than 30 million dollars for our clients."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 600,000 legal cases involving more than $40 million in court costs spent. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution, as well as resulting in contract renewals with a top 5 card issuer and several large debt buyers. The company also now has an auto version of FASTRAK that has led to servicing agreements with several big auto lenders.

"Our approach continues to pay off for our clients in terms of higher net back, and for TRAK in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Our performance just gets better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney

*News*
*Announce*

▶ January 15, 2...
  TRAKAmer...
  To Manage

● October 2, 200
  TRAKAmer...
  Announces
  3.0

▶ September 28
  TRAKAmer...
  Expands; A
  Executive

▶ September 15
  TRAKAmer...
  Announces
  Performan...

▶ March 23, 200
  TRAKAmer...
  Announces
  Collection
  Performan...

● October 31. 2...
  TRAKAmer...
  Announces
  2.0

TRAKAmerica Record Performance

follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

## TRAKAmerica Announces Record Collection Performance

SYOSSET, NY, March 23, 2006 — TRAKAmerica, the rapidly growing legal network management company, announced record collections for the quarter ending March 31, 2006. Commented CEO Thomas Milana, "The first quarter was a great quarter for us. Our inventory crested 500,000 accounts and we were able to recover better than 2.5% of the inventory, which was a record."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 400,000 cases, including over $10 million in court costs. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution. Traditional legal network managers might collect <x>% of their inventory in a quarter as compared to over 2.5% recovered by TRAKAmerica in the past quarter.

"Our approach continues to pay off for our clients in terms of higher net back, and for us in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Best of all, we are continuing to see improvements. Our performance just keeps getting better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on

*News Announce*

▶ January 15, 2(
  TRAKAmer
  To Manage

● October 2, 20(
  TRAKAmer
  Announce
  3.0

▶ September 26
  TRAKAmer
  Expands; A
  Executive

▶ September 15
  TRAKAmer
  Announce
  Performan

▶ March 23, 20(
  TRAKAmer
  Announces
  Collection
  Performan

● October 31, 2(
  TRAKAmer
  Announce
  2.0

every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



PROVEN LEGAL STR



HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

### TRAKAmerica Announces FASTRAK 2.0
**Updated Analytic Model Substantially Improves Legal Program Net Back**

SYOSSET, NY, March 20, 2007 — TRAKAmerica, the rapidly growing legal network management company, announced today the release of FASTRAK 2.0, the company's proprietary model for establishing the most effective legal strategy for every account in a portfolio. The newest version of the model includes over 30 variables to predict the likelihood of successful legal action. When combined with TRAKAmerica's disciplined attorney management process and unique asset location skills, FASTRAK 2.0 has proven to boost legal program net back by up to 50% over traditional methods.

"FASTRAK 2.0 is built on our experience with over 400,000 cases, including over $10 million in court costs, over the past four years," said TRAKAmerica Managing Partner Thomas Dalessandro. "Before we developed FASTRAK, we were in the same boat with everyone else, running asset searches on a lot of accounts at vast expense and then pretty much ignoring those where we couldn't find assets. Since FASTRAK doesn't depend on asset information, we can now get a handle on who to sue before we do the asset search. As a result not only are we more likely to be successful with our suits, but also we are less likely to forgo suit just because we can't find an asset. The original FASTRAK model revolutionized our process and the newest version just keeps improving our edge."

"Our beta clients have been uniformly impressed with the effectiveness of FASTRAK and the positive impact on their net back," remarked company CEO Thomas Milana. "Our success is built on three legs. The first leg is the model, which gives us a huge edge in knowing who to sue. The second leg is our disciplined attorney process that ensures our individual attorneys are acting based on historically proven results, not guesswork. The third leg is our heritage as a skip tracer and asset finder. As a result, we only sue cases that are suit worthy, we don't waste money on dead ends and we manage our attorneys carefully and supply them with everything they need to bring the account to a successful resolution."

David Paris, CEO of North Star Capital Acquisitions Group and a FASTRAK 2.0 beta customer, commented, "We have been just

*News Announce*

▶ January 15, 2(
  TRAKAmer
  To Manage

● October 2, 20(
  TRAKAmer
  Announces
  3.0

▶ September 26
  TRAKAmer
  Expands; /
  Executive

▶ September 19
  TRAKAmer
  Announces
  Performan

▶ March 23, 20(
  TRAKAmer
  Announces
  Collection
  Performan

● October 31, 2(
  TRAKAmer
  Announces
  2.0

TRAKAmerica                                                                Page 2 of 2

astounded with TRAKAmerica's ability to bring us higher recoveries on
our portfolio. They have easily outperformed their nearest competitor
and clearly FASTRAK's accuracy gives them a big leg up over their
competition."

**About TRAKAmerica**

TRAKAmerica is a rapidly growing legal network management
company that has been able to recover millions of dollars previously
believed to be unrecoverable for some of the most astute lenders in the
world. The company's recovery success is built on a nationwide
network of local attorneys, combined with a rigorous analytic approach
to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate
on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



# EXHIBIT 12

12/27/2007  23:55    6189434834              REBECCA M BLAKESLEE              PAGE  03/07

Complaint Small Claims                                                      81-310

### UNITED STATES OF AMERICA
STATE OF ILLINOIS                                              WABASH COUNTY
### IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
07080528
CAPITAL ONE BANK                                        FILED

                                                        OCT 2 2 2007

                    Plaintiff,             ]            *Angela B. Crum*
                                           ]            WABASH CO  CIRCUIT CLERK
             v.                            ]    CASE NO.  07-SC-141
JOHN WILLINGHAM                            ]
                                           ]
                                           ]
                                           ]
                    Defendant(s)           ]    (File Stamp Here)

# SMALL CLAIMS COMPLAINT

        I, the undersigned, being duly sworn upon oath deposes and claim that the defendant(s)
is/are indebted to the plaintiff(s) in the sum of $1090.86 as of October 1, 2007 for breach of contractual
terms of a credit card agreement pursuant to the use of the card by the defendant(s), plus, if applicable,
contractual interest as called for in the terms, at 26.74%, plus reasonable attorneys fees if provided for
in the agreement and that the plaintiff(s) CAPITAL ONE BANK   has/have demanded payment of said
sum; that the defendant(s) JOHN WILLINGHAM      reside(s) at 210 E 2ND ST, MOUNT CARMEL
IL 62863 ; that the plaintiff(s) CAPITAL ONE BANK    reside(s) at 2001 Maywill Street, Richmond,
VA 23230

            _____
            Signature for the Plaintiff or Attorney for Plaintiff

Barbara Nilsen
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228   Naperville, IL 60566-7228
630/983-0770  Fax No. 630-983-3726
Attorney No.  Dupage 42005  Kane 031-26104
        Peoria 1794  Winnebago 3802  IL 03126232
P002CC
CF 89-29

### THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

12/27/2007  23:56    6189434834              REBECCA M BLAKESLEE              PAGE  04/07

## IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
## WABASH COUNTY, ILLINOIS

07080528

|  |  |  |
|---|---|---|
| CAPITAL ONE BANK | } | YOUR FILE NO. W157686 4305722130288502 |
|  | } |  |
|  | } |  |
|  | } |  |
| Plaintiff, | } |  |
| v. | } | CASE NO. |
| JOHN WILLINGHAM | } |  |
|  | } |  |
|  | } |  |
| Defendant. | } |  |

# A F F I D A V I T

This day in the State of New York and County of Nassau, I, Sara Rubin, personally appeared before the undersigned, a Notary Public in and for the jurisdiction aforesaid, who, after being duly sworn according to law, deposed and stated:

1.  I am an agent of and competent of Capital One Bank and I am authorized to make this affidavit on its behalf.

2.  I am personally familiar with and have reviewed the account and records of JOHN WILLINGHAM  , Account No. W157686 and to the best of my knowledge and belief, the above-named defendant either executed the contract ("the Contract"), or used a credit card pursuant to the terms related to this account.

3.  The above named defendant defaulted on the terms of the agreement.

4.  The balance due and owing is $1,065.57 which includes interest accruing on the principal balance of $663.97 at the rate of 26.74% from August 6, 2007 until paid.

5.  The attached Statement of Account is true and accurate to the best of my knowledge and no part of the balance due has been paid by case, discount or otherwise.

Affiant

Title

SEP 0 6 2007

STATE OF NEW YORK
COUNTY OF NASSAU

Subscribed and sworn to before me, a Notary Public, for the state of New York this ____ day of _____,
20____.

My commission expires on: _____

Notary Public

James J. Flood  [SEAL
Notary Public, State of New York
Reg. #01FL6142574
Qualified in Suffolk County
My Commission Expires 03/20/2010

F002TRAK

# EXHIBIT 13

1210V5

Time of Request: Monday, January 07, 2008  11:31:33 EST
Client ID/Project Name: 430
Number of Lines: 7014
Job Number:     1862:68042952

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-1000
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzec) & "capital one"

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. ABED; SAMIR F, 07M1 0163995, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

2. ABNEY;MARIA, 07SC 0008415, 11/30/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

3. ABOUR; NOHAYLA, 07M1 0120195, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

4. ACOSTA;ISABEL, 07SC 0002686, 6/14/2007, JUDGMENT, KANE COUNTY, ILLINOIS
CAPITAL ONE BANK
JAN BLITT GAINES

5. ACURIO;CHERI, 07SC 0003209, 5/30/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

6. ADAMS-BROWN; HELEN E, 07M1 0176844, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

7. ADAMS-BROWN; HELEN E, 07M1 0176844, 10/11/2007, VACATED JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
9/20/2007
BLITT & GAINES

8. ADAMS;DAVID L, 07SC 0002124, 5/7/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

9. ADEKALE; ADELOWO, 07M1 0120083, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

10. ADERMAN; ROBERT C, 07M1 0145160, 11/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

11. ADETOLA; OLABODE S, 07M1 0154323, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

12. AHAMD; RIAD R, 07M1 0156192, 7/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

CAPITAL ONE F.S.B.
BLITT AND GAINES

993. LOGAN; EDWARD D, 07M1 0115814, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

994. LOGAN; RHONDA R, 07M1 0116972, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

995. LOMBARDO; MARILYN, 07M1 0128586, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

996. LOMONACO; PHILIP J, 07M1 0197261, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

997. LONG; GLENDA, 07M1 0105339, 8/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

998. LONGOBARDI; MARIO, 07M1 0115815, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE FSB
BLITT & GAINES

999. LONGSTREET; FRANK, 07M1 0113901, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1000. LONGSWORTH; SYDNEY R, 07M1 0107486, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********* Print Completed *********

Time of Request: Monday, January 07, 2008  11:31:33 EST

Print Number:    1862:68042952
Number of Lines: 7014
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1210V5

Time of Request: Monday, January 07, 2008  11:31:43 EST
Client ID/Project Name: 430
Number of Lines: 6206
Job Number:     1862:68042983

Research Information

Service:    Terms and Connectors Search
Print Request: Selected Document(s): 1001-1884
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzec)  & "capital one"

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1001. LOPEZ; ALICIA, 07MI 0150787, 12/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1002. LOPEZ;ALYANNA O, 07SC 0004214, 7/13/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1003. LOPEZ; ISABEL, 07MI 0101614, 4/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1004. LOPEZ; JUAN A, 07MI 0171657, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1005. LOPEZ;MARTHA L, 07SC 0000400, 6/18/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED N BLITT

1006. LOVE; FLOYD D, 07MI 0151895, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1007. LOVE; MICHELLE, 07MI 0184592, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1008. LOVETT;ELOIS D, 07SC 0003235, 6/25/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT AND GAINES PC

1009. LOVETT; JEFFREY, 07MI 0120127, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1010. LOY;ELAYNE, 07SC 0007962, 11/14/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1011. LOZANO; MARIA G, 07MI 0184610, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1012. LUNA; DAVID L, 07MI 0120937, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1013. LUPORI;JAMES L, 07SC 0000244, 4/23/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS

1872. ZABROSKE;THOMAS H, 07SC 0004958, 8/24/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1873. ZAIKOWSKI; PETER P, 07M1 0154538, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1874. ZAMBRZYCKI; ANDREW G, 07M1 0115812, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1875. ZBYLUT;DUANE E, 07SC 0002409, 5/11/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED BLITT

1876. ZERVOS; BILL A, 07M1 0195272, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1877. ZICK;JAMES D, 07SC 0002256, 8/17/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1878. ZIMMERMAN;BETH J, 07SR 0000404, 11/9/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1879. ZIVKOVIC;GLORIA, 07SC 0001179, 5/23/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1880. ZOGMAN;DANIEL R, 07SC 0000706, 3/26/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1881. ZOYGANELES; GEORGE, 07M1 0154562, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1882. ZUBERI; MOHAMMAD T., 07SC 0002057, 4/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1883. ZUBERI;UROOJ T, 07SC 0003958, 6/20/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

1884. ZWIREK; BEATA, 07M1 0209773, 12/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008  11:31:43 EST

Print Number:    1862:68042983
Number of Lines: 6206
Number of Pages:

Send To:    EDELMAN, DAN
            EDELMAN COMBS & LATTURNER
            120 S LA SALLE ST FL 18
            CHICAGO, IL 60603-3593