UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Stephanie Sylverne
                              Plaintiff,

v.                                         Case No.: 1:08−cv−00031
                                           Honorable Ronald A. Guzman

Data Search N.Y., Inc., et al.
                              Defendant.


NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, April 9, 2008:

   MINUTE entry before Judge Honorable Ronald A. Guzman:Status hearing held on
4/9/2008. Plaintiff's motion to certify class [36] is stricken as moot. Set deadlines as to
motion by Plaintiff for leave to file Consolidated Class Action Complaint [43] : Responses
due by 4/30/2008. Replies due by 5/14/2008. Ruling to be by mail. Briefing schedule on
Plaintiff's class certification motion [45] is stayed. Time to answer or otherwise plead is
suspended. Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.