IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, <br> on behalf of plaintiff and the class <br> described herein <br><br> Plaintiffs, <br><br> v. <br><br> DATA SEARCH N.Y., INC. <br> d/b/a TRAK AMERICA, LLC <br> and TRAK AMERICA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 08 C 31 <br> Judge Guzman <br> Magistrate Judge Schenkier |
| HANI A. HAMAD, on behalf of plaintiff <br> and the classes described herein, <br><br> Plaintiff, <br><br> vs. <br><br> PINNACLE CREDIT SERVICES, LLC and <br> DATA SEARCH N.Y., INC. <br>    d/b/a TRAK AMERICA, LLC <br>    and TRAK AMERICA, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 08 C 2188 <br> Judge Kocoras <br> Magistrate Judge Brown |

**MOTION BY STEPHANIE SYLVERNE FOR REASSIGNMENT
BASED ON RELATEDNESS**

Pursuant to Local Rule 40.4, plaintiff Stephanie Sylverne respectfully asks this Court to reassign the following case to this Court as related to the instant case, *Sylverne v. Data Search N.Y., Inc.*, 08 C 31:

1

- *Hamad v. Pinnacle Credit Services, LLC, et al.*, 08 C 2188, currently pending before Judge Kocoras

In support of this motion, Plaintiff states as follows:

1. On April 17, 2008, Hani A. Hamad filed a putative class-action complaint in the Northern District of Illinois alleging that defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*, ("FDCPA") by utilizing a fraudulent affidavit in connection with a lawsuit filed by Pinnacle Credit Services, LLC ("Pinnacle") titled *Pinnacle Credit Services LLC v. Hani A Hamad*, 07 M1 190568, in the Circuit Court of Cook County on September 12, 2007.

2. Local Rule 40.4(a) provides that "[t]wo or more civil cases may be related if one or more of the following conditions are met: (1) the cases involve the same property; (2) the cases involve some of the same issues of fact or law; (3) the cases grow out of the same transaction or occurrence; or (4) in class action suits, when one or more of the classes involved in the cases is or are the same."

3. *Hamad* should be reassigned as related to *Sylverne* as the pending factual and legal claims of this plaintiff and Ms. Sylverne are very similar, if not nearly identical—as was the case when the Court previously reassigned six cases for relatedness to *Sylverne*. See Document No. 30. Just as in those six reassigned cases, the alleged conduct is the same in *Hamad*.

4. Counsel in *Sylverne* and *Hamad*—Edelman, Combs, Latturner & Goodwin, LLC—represents both plaintiffs. Counsel for defendant Trak America in *Sylverne* is expected to represent defendants in *Hamad*, as well.

5. Cases may be reassigned to another District Judge under Local Rule

2

40.4(b) if the related cases are pending in this Court, the handling of related cases would save a substantial amount of judicial time and effort, the earliest case has not progressed to a point where reassigning the later cases would delay proceedings in the earlier case substantially, and the cases are susceptible of disposition in a single proceeding.

6. Given that these cases entail virtually identical parties and claims, and in view of the inevitable overlapping of effort if these cases are handled separately, the handling of these cases by one judge is required in the interests of judicial economy.

7. Proceeding before a single judge will streamline the settlement process and avoid duplication of effort, labor and cost. Defendant Trak America is a defendant in both actions. Reassignment is critical to avoid unnecessary duplication.

WHEREFORE, plaintiff Sylverne respectfully requests that this Court find that the *Hamad* case is related to the *Sylverne* litigation, and reassign *Hamad* to the calendar of this Court.

Respectfully submitted,


s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
James O. Latturner
Cathleen M. Combs
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

3

**CERTIFICATE OF SERVICE**

      I, Michael J. Aschenbrener, hereby certify that on April 28, 2008, I electronically filed the foregoing **Motion By Stephanie Sylverne For Reassignment Based On Relatedness** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

David M Schultz
Todd Philip Stelter
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

Joseph Shaw Messer
James Michael True
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602

                                              s/ Michael J. Aschenbrener
                                              Michael J. Aschenbrener