IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, on behalf of plaintiff and the class described herein | ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 31<br>Judge Guzman<br>Magistrate Judge Schenkier |
| v. | ) ) | |
| DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

---

| | | |
|---|---|---|
| HANI A. HAMAD, on behalf of plaintiff and the classes described herein, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 2188<br>Judge Kocoras<br>Magistrate Judge Brown |
| vs. | ) ) | |
| PINNACLE CREDIT SERVICES, LLC and DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, May 15, 2008 at 9:30 a.m.**, we shall appear before the Honorable Judge Guzman in Room 1219 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **MOTION BY STEPHANIE SYLVERNE FOR REASSIGNMENT BASED ON RELATEDNESS** which was electronically filed and served upon you through the Court's CM/ECF system.

1

                                                s/Michael J. Aschenbrener
                                                Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

       I, Michael J. Aschenbrener, hereby certify that on May 9, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

David M Schultz
Todd Philip Stelter
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

Joseph Shaw Messer
James Michael True
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602

                                                s/Michael J. Aschenbrener
                                                Michael J. Aschenbrener