## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Sidney I. Schenkier |
|---|---|---|---|
| **CASE NUMBER** | 08 C 31 | **DATE** | 5/28/2008 |
| **CASE TITLE** | Sylverne vs. Data Search N.Y., Inc., et al. | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER. For the reasons stated in the attached Memorandum Opinion and Order, plaintiff's motion for leave to file a consolidated class complaint (doc. # 43) is GRANTED. Plaintiff shall file the consolidated complaint as a separate document by 06/06/08. All matters subject to the referral having been concluded, the referral is hereby terminated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

| | Courtroom Deputy Initials: | mm |
|---|---|---|