# EXHIBIT 12

12/27/2007  23:55    6189434834              REBECCA M BLAKESLEE                PAGE  03/07

Complaint Small Claims                                                              81-310

# UNITED STATES OF AMERICA

STATE OF ILLINOIS                                                        WABASH COUNTY
                    IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
07080528
CAPITAL ONE BANK                                              FILED

                                          }
                                          }                  OCT 2 2 2007
                                          }
                                          }                  *Angela R. Crum*
                        Plaintiff,        }                  WABASH CO  CIRCUIT CLERK
                                          }
        v.                                }    CASE NO. 07-SC-141
JOHN WILLINGHAM                           }
                                          }
                                          }
                                          }
                                          }
                                          }
                        Defendant(s)      }       (File Stamp Here)

# SMALL CLAIMS COMPLAINT

        I, the undersigned, being duly sworn upon oath deposes and claim that the defendant(s)
is/are indebted to the plaintiff(s) in the sum of $1090.86 as of October 1, 2007 for breach of contractual
terms of a credit card agreement pursuant to the use of the card by the defendant(s), plus, if applicable,
contractual interest as called for in the terms,  at 26.74%, plus reasonable attorneys fees if provided for
in the agreement and that the plaintiff(s) CAPITAL ONE BANK   has/have demanded payment of said
sum; that the defendant(s) JOHN WILLINGHAM      reside(s) at 210 E 2ND ST, MOUNT CARMEL
IL 62863 ; that the plaintiff(s) CAPITAL ONE BANK    reside(s) at 2001 Maywill Street, Richmond,
VA 23230

                              Signature for the Plaintiff or Attorney for Plaintiff

Barbara Nilsen
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228  Naperville, IL 60566-7228
630/983-0770  Fax No. 630-983-3726
Attorney No.  Dupage 42005  Kane 031-26104
            Peoria 1794  Winnebago 3802  IL 03126232
P002CC
CF 89-29

            THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

**IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT**
**WABASH COUNTY, ILLINOIS**

07080528

| | | |
|---|---|---|
| | | YOUR FILE NO. |
| CAPITAL ONE BANK | } | W157686 4305722130288502 |
| | } | |
| | } | |
| | } | |
| Plaintiff, | } | |
| v. | } | CASE NO. |
| JOHN WILLINGHAM | } | |
| | } | |
| | } | |
| Defendant. | } | |

# AFFIDAVIT

This day in the State of New York and County of Nassau, I, Sara Rubin, personally appeared before the undersigned, a Notary Public in and for the jurisdiction aforesaid, who, after being duly sworn according to law, deposed and stated:

1.    I am an agent of and competent of Capital One Bank and I am authorized to make this affidavit on its behalf.

2.    I am personally familiar with and have reviewed the account and records of JOHN WILLINGHAM   , Account No. W157686 and to the best of my knowledge and belief, the above-named defendant either executed the contract ("the Contract"), or used a credit card pursuant to the terms related to this account.

3.    The above named defendant defaulted on the terms of the agreement.

4.    The balance due and owing is $1,065.57 which includes interest accruing on the principal balance of $663.97 at the rate of 26.74% from August 6, 2007 until paid.

5.    The attached Statement of Account is true and accurate to the best of my knowledge and no part of the balance due has been paid by case, discount or otherwise.

_____
Affiant

AGENT
Title

STATE OF NEW YORK
COUNTY OF NASSAU

SEP 0 6 2007

Subscribed and sworn to before me, a Notary Public, for the state of New York this ____ day of _____,
20____.

My commission expires on: _____

_____
Notary Public

James J. Flood (SEAL
Notary Public, State of New York
Reg. #01FL6142574
Qualified in Suffolk County
My Commission Expires 03/20/2010

F002TRAK

# EXHIBIT 13

1210V5

Time of Request: Monday, January 07, 2008  11:31:33 EST
Client ID/Project Name: 430
Number of Lines: 7014
Job Number:     1862:68042952

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-1000
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzec)  & "capital one"

Send to: EDELMAN, DAN
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

Page 1

1. ABED; SAMIR F, 07M1 0163995, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

2. ABNEY;MARIA, 07SC 0008415, 11/30/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

3. ABOUR; NOHAYLA, 07M1 0120195, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

4. ACOSTA;ISABEL, 07SC 0002686, 6/14/2007, JUDGMENT, KANE COUNTY, ILLINOIS
CAPITAL ONE BANK
JAN BLITT GAINES

5. ACURIO;CHERI, 07SC 0003209, 5/30/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

6. ADAMS-BROWN; HELEN E, 07M1 0176844, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

7. ADAMS-BROWN; HELEN E, 07M1 0176844, 10/11/2007, VACATED JUDGMENT, COOK COUNTY,
ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
9/20/2007
BLITT & GAINES

8. ADAMS;DAVID L, 07SC 0002124, 5/7/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

9. ADEKALE; ADELOWO, 07M1 0120083, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

10. ADERMAN; ROBERT C, 07M1 0145160, 11/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

11. ADETOLA; OLABODE S, 07M1 0154323, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

12. AHAMD; RIAD R, 07M1 0156192, 7/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

CAPITAL ONE F.S.B.
BLITT AND GAINES

993. LOGAN; EDWARD D, 07M1 0115814, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

994. LOGAN; RHONDA R, 07M1 0116972, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

995. LOMBARDO; MARILYN, 07M1 0128586, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

996. LOMONACO; PHILIP J, 07M1 0197261, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

997. LONG; GLENDA, 07M1 0105339, 8/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

998. LONGOBARDI; MARIO, 07M1 0115815, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE FSB
BLITT & GAINES

999. LONGSTREET; FRANK, 07M1 0113901, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1000. LONGSWORTH; SYDNEY R, 07M1 0107486, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS – 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008   11:31:33 EST

Print Number:   1862:68042952
Number of Lines: 7014
Number of Pages:

Send To:   EDELMAN, DAN
           EDELMAN COMBS & LATTURNER
           120 S LA SALLE ST FL 18
           CHICAGO, IL 60603-3593

1210V5

Time of Request: Monday, January 07, 2008  11:31:43 EST
Client ID/Project Name: 430
Number of Lines: 6206
Job Number:     1862:68042983

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1001-1884
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzec)  & "capital one"

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1001. LOPEZ; ALICIA, 07M1 0150787, 12/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1002. LOPEZ;ALYANNA O, 07SC 0004214, 7/13/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1003. LOPEZ; ISABEL, 07M1 0101614, 4/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1004. LOPEZ; JUAN A, 07M1 0171657, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1005. LOPEZ;MARTHA L, 07SC 0000400, 6/18/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED N BLITT

1006. LOVE; FLOYD D, 07M1 0151895, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1007. LOVE; MICHELLE, 07M1 0184592, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1008. LOVETT;ELOIS D, 07SC 0003235, 6/25/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT AND GAINES PC

1009. LOVETT; JEFFREY, 07M1 0120127, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1010. LOY;ELAYNE, 07SC 0007962, 11/14/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1011. LOZANO; MARIA G, 07M1 0184610, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1012. LUNA; DAVID L, 07M1 0120937, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1013. LUPORI;JAMES L, 07SC 0000244, 4/23/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS

1872. ZABROSKE;THOMAS H, 07SC 0004958, 8/24/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1873. ZAIKOWSKI; PETER P, 07M1 0154538, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1874. ZAMBRZYCKI; ANDREW G, 07M1 0115812, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1875. ZBYLUT;DUANE E, 07SC 0002409, 5/11/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED BLITT

1876. ZERVOS; BILL A, 07M1 0195272, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1877. ZICK;JAMES D, 07SC 0002256, 8/17/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1878. ZIMMERMAN;BETH J, 07SR 0000404, 11/9/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1879. ZIVKOVIC;GLORIA, 07SC 0001179, 5/23/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1880. ZOGMAN;DANIEL R, 07SC 0000706, 3/26/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1881. ZOYGANELES; GEORGE, 07M1 0154562, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1882. ZUBERI; MOHAMMAD T., 07SC 0002057, 4/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1883. ZUBERI;UROOJ T, 07SC 0003958, 6/20/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

1884. ZWIREK; BEATA, 07M1 0209773, 12/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********** Print Completed **********

Time of Request: Monday, January 07, 2008   11:31:43 EST

Print Number:    1862:68042983
Number of Lines: 6206
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

# EXHIBIT 14

1210V5

Time of Request: Wednesday, March 26, 2008   14:10:34 EST
Client ID/Project Name: 21164
Number of Lines: 145
Job Number:      2822:83407420

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1521-1531
Source: IL Public Records, Combined
Search Terms: "arrow financial" or AFS & judgment and date(geq (01/01/2007) and
   leq (06/30/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. ABDALLAH; AMANI, 07M1 0146610, 6/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SRVCS

2. ADAMS; MATTIE L, 06M1 0181406, 3/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES        WALMART        GE ...

3. ADDISON,GRACIE, 07M1115587, CIVIL JUDGMENT, 06/05/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE

4. AKERS,PATRICIA A, 07SC161, SMALL CLAIMS JUDGMENT, 03/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

5. ALANIZ; MARIA, 06M1 0181407, 5/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES        JC PENNEY        ...

6. ALBERS; ADAM P., 06SC 0004721, 1/12/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
ARROW FINANCIAL SERVICES

7. ALCANTAR; MIGUEL, 07M1 0109199, 3/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES LLC

8. ALCANTAR,MIGUEL, 07M1109199, CIVIL JUDGMENT, 03/20/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE

9. ALEMAN; CHRISTINE STEPHEN, et al., 06M1 0184232, 6/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES LLC

10. ALEMAN,CHRISTINE S, 06M1184232, CIVIL JUDGMENT, 06/05/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL

1521. ARENS,VIOLETTE L, 07SC3800, SMALL CLAIMS JUDGMENT, 06/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES LLC

1522. JORDAN,DANIEL R, 07SC3866, SMALL CLAIMS JUDGMENT, 06/15/2007, IL JUDGMENTS AND LIENS

Page 2

ARROW FINANCIAL SERVICES LLC

1523. LONGSWORTH,CHERYL, 05M1117633, CIVIL JUDGMENT RELEASE, 01/16/2007, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL
12/24/2007

1524. WHITE,MONICA L, 06M1113135, CIVIL JUDGMENT RELEASE, 04/11/2006, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL
12/19/2007

1525. PORTER,ERICKA, 06M1143790, CIVIL JUDGMENT RELEASE, 12/05/2006, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
11/21/2007

1526. WASHINGTON,LAWRENC, 06M1156758, CIVIL JUDGMENT RELEASE, 02/27/2007, IL JUDGMENTS
AND LIENS
ARROW FINANCIAL
11/20/2007

1527. APONTE,VICTOR, 06M1162817, CIVIL JUDGMENT RELEASE, 01/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
11/13/2007

1528. MAYNARD,JACQUELINE M, 07SC490, SMALL CLAIMS JUDGMENT, 06/26/2007, IL JUDGMENTS AND
LIENS
AFS ASSIGNEE OF WASHINGTON

1529. ASHLEY,MARLENE, 07SC306, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES AS ASSI

1530. ARNOLD,BETH A, 06SC419, SMALL CLAIMS JUDGMENT RELEASE, 09/13/2006, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL SERVICES
12/06/2007

1531. AYERS,DEBRA, 07M1112056, CIVIL JUDGMENT RELEASE, 06/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
02/11/2008

1210V5

Time of Request: Wednesday, March 26, 2008  14:13:16 EST
Client ID/Project Name: 21164
Number of Lines: 122
Job Number:      1861:83408142

Research Information

Service:    Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 2195-2202
Source: IL Public Records, Combined
Search Terms: "arrow financial" or AFS & judgment and date(geq (07/01/2007) and
    leq (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. AARONS;DOMINIQUE M, 07SC 0002266, 11/19/2007, JUDGMENT, CHAMPAIGN COUNTY, ILLINOIS
ARROW FINANCIAL SVCS

2. ABBASI; ELAINE, 07M1 0129232, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

3. ABBASI; ELAINE, 07M1 0129232, 12/5/2007, VACATED JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES
10/23/2007

4. ABDELHADI;MUNIR, 07SC 0006215, 9/5/2007, JUDGMENT, WILL COUNTY, ILLINOIS
ARROW FINANCIAL SERVICE

5. ABDO; FADI A, 07M1 0143652, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES LLC

6. ADAMS; JAMES S, 07M1 0189022, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

7. ADKINS; STEVEN S, 07M1 0143620, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

8. AGUILAR; HENRY, 07M1 0169976, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

9. AGUIRRE;WENDOLINE, 07SC 0003280, 10/10/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
ARROW FINANCIAL SERVICES LLC

10. AHMED; SYED O, 07M1 0167508, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

2195. YERBY,KAREN, 07SC341, SMALL CLAIMS JUDGMENT, 10/24/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICE

2196. ACZINOWICZ,CRAIG J, 07SC342, SMALL CLAIMS JUDGMENT, 10/24/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICE

2197. ARNOLD,BETH A, 06SC419, SMALL CLAIMS JUDGMENT RELEASE, 09/13/2006, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES
12/06/2007

2198. HARPER,JEFFREY R, 07SC586, SMALL CLAIMS JUDGMENT, 09/26/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2199. GREGORY,MELINDA, 07SC5572, SMALL CLAIMS JUDGMENT, 11/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2200. GREGORY,NATHAN, 07SC5572, SMALL CLAIMS JUDGMENT, 11/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2201. AYERS,DEBRA, 07M1112056, CIVIL JUDGMENT RELEASE, 06/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
02/11/2008

2202. BERRY,DONNA L, 07SC816, SMALL CLAIMS JUDGMENT, 11/14/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

# EXHIBIT 15

1210V5

Time of Request: Wednesday, March 26, 2008  13:33:03 EST
Client ID/Project Name: 21089
Number of Lines: 137
Job Number:      1862:83398124

Research Information

Service:   Terms and Connectors Search
Print Request: All Documents 1-20
Source: IL Public Records, Combined
Search Terms: "triumph partnerships" or tirumph and date(geq (01/01/2007) and
    leq (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. BERTOLA; MATTHEW J, 06M1 0187095, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

2. BLOWERS,BERNARD C, 07SC006485, SMALL CLAIMS JUDGMENT, 08/09/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LL ET AL

3. BROACH; MARY A, 06M1 0154717, 4/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

4. BYRD; THERESA, 06M1 0156578, 2/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

5. CLARK; TONIA S, 06M1 0151853, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

6. DORTCH; NICOLE, et al., 06M1 0152245, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

7. FELTHOUSE;DENNIS, 06SC 0004543, 6/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

8. FURTAK; EDWARD, 06M1 0156585, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

9. GARCIA; LUIS A, 06M1 0156590, 12/7/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

10. GUZMAN;CARLOS M, 07SC 0010018, 12/17/2007, JUDGMENT, WILL COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS

11. HERNANDEZ; JAVIER, 06M1 0151055, 6/12/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

Page 2

TRIUMPH PARTNERSHIPS LLC

12. NEVAREZ; IRMA, 06M1 0151862, 11/1/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

13. RODRIGUEZ; RENE, 06M1 0172079, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

14. SALINAS;LIBETH, 07SC 0007298, 10/22/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

15. SMITH; TIESHA L, 06M1 0163267, 5/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
TRIUMPH PARTNERSHIPS

16. SUAREZ;GLORIA, 07SC 0003464, 10/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

17. TRIUMPH PARTNERSHIPS LLC, et al. v. LEE; JOE, 07M1 0192756, 9/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC        HSBC CARD ...

18. TRIUMPH PARTNERSHIPS LLC , et al. v. TORNABENE; FRANK S, et al., 07M1 0205955, 10/24/2007, CIVIL
SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC        GE MONEY ...

19. VALENZUELA; BERNAVE, 06M1 0156595, 2/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

20. SUAREZ,GLORIA, 07SC3464, SMALL CLAIMS JUDGMENT, 10/11/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LLC

# EXHIBIT 16

1210V5

Time of Request: Wednesday, March 26, 2008  12:12:16 EST
Client ID/Project Name: 20801
Number of Lines: 128
Job Number:      2822:83379012

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1000-1008
Source: IL Public Records, Combined
Search Terms: "north star capital" and date(geq (01/01/2007) and leq
   (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. A BERARDI CONSTRUCTION, 07SC 0005018, 7/25/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

2. ABRAHAM;MARIA, 07SC 0005370, 8/9/2007, JUDGMENT, WILL COUNTY, ILLINOIS
NORTH STAR CAPITAL

3. AHMED; SAGEER, 06M1 0194267, 6/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITIONS       WELLS FARGO ...

4. AHMED,SAGEER, 06M11194267, CIVIL JUDGMENT, 06/25/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

5. ALLEN; KEVIN, 06M1 0181120, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

6. ALMARALES,JUAN M, 07SC000475, SMALL CLAIMS JUDGMENT, 03/01/2007, IL JUDGMENTS AND
LIENS
NORTH STAR CAPITAL ACQUISITIONS

7. ALMARALES;JUAN M, 07SC 0000475, 3/1/2007, JUDGMENT, KANE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

8. ATKINS; KAREN E, 07M1 0214294, 12/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

9. AURENZ; STEVEN, 05M1 0173475, 8/8/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS

10. AUSTIN; TERRENCE G, 06M1 0193404, 1/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS LLC

1000. DEANDA,ROBERT A, 07M1214565, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

Page 2

1001. MURRAY,BARBARA M, 07M1214908, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1002. COLBURN,MICHAEL P, 07M1214910, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1003. DAVIS,CARON B, 07M1214912, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1004. DAVIS,GLENDELL H, 07M1214914, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1005. NIEDER,KRYSTYNA, 07M1214917, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1006. PACE,BETTY J, 07M1214933, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1007. CATAYONG,RODNEY C, 07M1214935, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1008. PINKARD,WILLIE L, 07M1214937, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL