## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Stephanie Sylverne, et al.
                           Plaintiff,

v.                                             Case No.: 1:08−cv−00031
                                                            Honorable Ronald A. Guzman

Data Search N.Y., Inc., et al.
                           Defendant.


### NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, June 10, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Motion hearing held. Plaintiff's motion to certify class [63] is entered and continued 7/16/08. Status hearing set for 7/16/2008 at 09:00 AM. Mailed notice(mmm, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.