# EXHIBIT 1



CAPITAL ONE BANK

Plaintiff

vs.

STEPHANIE SYLVESTRE
Defendant

529127-1/904-529

**AFFIDAVIT**

_____, being first duly sworn upon oath deposes and states as follows:

1. That I am an agent in the above employed matter and I am authorized and qualified to make this Affidavit in support of the judgment against the above named Defendant.

2. That Plaintiff maintains, in the regular course of business, its business records on which reflect are made by a person with knowledge of the information therein and/or information that is transmitted from a person with such knowledge.

3. That after all payments for all credits and debits there remains a balance due on this account in the amount of $5,592.19, plus interest at the contract rate of interest of 19.80 percent.

4. That if called upon to testify, affiant is competent to testify as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _____, 2008.

_____
NOTARY PUBLIC

# EXHIBIT 2

STATE OF <u>NEW YORK</u>  }
COUNTY OF <u>NASSAU</u>  }

AFS ASSIGNEE OF PROVIDIAN          )
NATIONAL BANK                     )
    Plaintiff,                   )
                                 )
vs.                               )
LOVENIA J BREWER                  )
                                 )
    Defendant(s)                 )

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, Crystal Pilger, agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of AFS ASSIGNEE OF PROVIDIAN NATIONAL BANK, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York, against Defendant(s) is due and owing the principle sum of $2,320.96, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s). The debt continues to accrue interest at the rate of 5% from October 31, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit. I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

This affidavit executed this ____ day of JUL 1 2 2007

_____
Signature

_____
Name printed

The foregoing affidavit sworn to and subscribed before me this _____ day of _____, 2____.

JUL 1 2 2007

_____
Notary Public

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

T07481
4031149734135742
25891353

# EXHIBIT 3

TIRUMPH PARTNERSHIPS, LLC
   Plaintiff

vs.

JOAN BRADLEY
               Defendant

5488975019946659

<u>AFFIDAVIT</u>

I, Terry Kulbako , being first duly sworn upon oath depose and state as follows:

1.  That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2.  That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, HSBC Card Services;

3.  That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4.  That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,173.51.

5.  That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this 5 day of _____, 2007

_____
       NOTARY PUBLIC

KARL HERNANDEZ
Notary Public, State of New York
No. 01HE6095732
Qualified in Suffolk County
Commission Expires July 21, 2007

07-21587-0
3850-01
B125519

# EXHIBIT 4

File # 33149/14921494  (COOC)                    O7MI 60894

## AFFIDAVIT

I, _Tem Keshaba_, being first duly sworn, depose and say that I have personal knowledge of the facts hereinafter set forth and that if sworn as a witness I can testify competently thereto:

I hold the position of _as agent_ with NORTH STAR CAPITAL ACQUISITION LLC, a corporation incorporated under the laws of the State of _NY_

That I have personal knowledge of account number 14921494 and the facts as set forth in plaintiff's complaint and its supporting documentation;

That I have reviewed the business records of NORTH STAR CAPITAL ACQUISITION LLC, kept in the ordinary course of business and that after all just due credits for payments and setoffs, there remains a balance due in favor of plaintiff, NORTH STAR CAPITAL ACQUISITION LLC, and against defendant(s) JOSEPH J PECARO, in the amount of $1105.92 plus reasonable attorney's fees of $350.00 and interest (if applicable) pursuant to the agreement between the parties and court costs.

That defendant has been given all just due credits for payments and rebates, if applicable. That all services were rendered and/or goods sold have been delivered as per any and all agreements between the parties.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, I certify that the statements set forth in this instrument are true and correct.

_Tracy Kee Joy_

SIGNED AND SWORN TO BEFORE ME ON

_6/21/0_

_____
Notary Public

ANNE M. TIMBERMAN
Notary Public, State of New York
No. 01TI5142028
Qualified in Suffolk County
Commission Expires March 13, 2010

# EXHIBIT 5

NORTH STAR CAPITAL ACQUISITION LLC
                    Plaintiff

vs.

ANDREW T KINGSTON
SHEILA A KINGSTON
                    Defendant

55151874                              AFFIDAVIT

I, _Tom A Kirkland_, being first duly sworn upon oath depose and state as follows:

    1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

    2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Wells Fargo Financial;

    3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

    4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $738.00.

    5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _____, 2007

NOTARY PUBLIC

ANNE M. TIMMERMAN
Notary Public, State of New York
No. 01TI6142023
Qualified in Suffolk County
Commission Expires March 13, 2010

07-32295-0
3850-05
K72810A

# EXHIBIT 6

STATE OF  NY Nassau
COUNTY OF

## AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
PALLINO RECEIVABLES LLC
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
PALLINO RECEIVABLES LLC AS SUCCESSOR IN INTEREST OF HOUSEHOLD BANK (SB), N.A.
by
ARIEL CAHLIG

for funds advanced to defendants(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

CREDITOR/ACCOUNT NUMBER                          CURRENT BALANCE

PALLINO RECEIVABLES LLC
5407912057152724
                                                         948.38

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

_____ day of MARCH, 20 07.

_____                          _____
Notary Public                                                          Affiant

My Commission Expires: _____            _____
                                                                        Title

Date of Service: _____/_____/20_____

SARA RUBIN
Notary Public, State of New York
No. 01RU6142344
Qualified in Suffolk County
Commission Expires March 20, 2010

Reference #:      1917086
Forwarder ID #: 5407912057152724
Account #:      5407912057152724

BAFF(11/02)EEO
TA, INC.



# EXHIBIT 7

FEB-19-2008(TUE) 16:47    Montecito Executive Services    (FAX)805 989 6151    P. 012/018

STATE OF <u>NEW YORK</u> }
COUNTY OF <u>NASSAU</u> }

Elite Recovery Services                                )
S/I/I TO HOUSEHOLDE/ORCHARD BANK    )
      Plaintiff,                                  )
                                  )
vs.                                                           )
DALE R MACHALLECK                            )
                                 )
      Defendant(s)                             )

## AFFIDAVIT OF ACCOUNT BALANCE DUE

I, _Lisa Kieseier_ agent for the Plaintiff, hereby certify and affirm that the claim and cause of action of Elite Recovery Services S/I/I TO HOUSEHOLDE/ORCHARD BA, a corporation duly incorporated and existing under and by virtue of the Laws of the State of New York , against Defendant(s) is due and owing the principle sum of $892.85, as more fully stated in the Complaint (and attached Exhibits) filed against Defendant(s).  The debt continues to accrue interest at the rate of 5% from February 28, 2003 to the date of judgment; after which interest shall accrue at 9% per annum.

I further certify that I am duly qualified, competent to testify to the matters stated in the Complaint and herein, and authorized to make this affidavit.  I further state that the records of this account are maintained under my supervision, and that the amount of the claim is just and true, and to the best of my personal knowledge all just and lawful offsets, payments and credits have been allowed.

FEB 1 5 2007

This affidavit executed this _____ day of _____, 2___.

_____
Signature

_Lisa Kieseier_
Name printed

The foregoing affidavit sworn to and subscribed before me this _____ day of _____

2_____

_____
Notary Public

T05123

# EXHIBIT 8

ELITE RECOVERY SERVICES, INC.
              Plaintiff

vs.

JUANITA HERRON
                        Defendant

5424770844650320                        **AFFIDAVIT**

I, Jenny Kettlebar_____, being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgment against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Bank First;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,126.52.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.


FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this ___ day of _____, 2007

_____
NOTARY PUBLIC

ALISA TETRO
Notary Public, State of New York
No. 01TE6141272
Qualified in Suffolk County
Commission Expires February 21, 2010

07-10740-0
3850-01
H146027

# EXHIBIT 9

STATE OF Virginia 
COUNTY OF Chesterfield

# AFFIDAVIT OF INDEBTEDNESS

The undersigned, being duly sworn, deposes and states that he/she is an employee/agent of:
MRC RECEIVABLES CORPORATION
and has knowledge of the account balance, and is duly authorized to make this affidavit.

Affiant states that the amounts shown below are taken/calculated from the original books
and records of the above named plaintiff, and based on information and belief, affiant states
that the amount due to
MRC RECEIVABLES CORPORATION AS SUCCESSOR IN INTEREST OF PROVIDIAN NATIONAL BANK
by
SANDRA CASE

for funds advanced to defendant(s) or paid to another at defendant(s) request, or for
goods or services provided to defendant(s) or to another at defendant's request, is the following:
on the following account(s):

| CREDITOR/ACCOUNT NUMBER | CURRENT BALANCE |
|---|---|
| MRC RECEIVABLES CORPORATION | |
| 4479480300675350 | $2461.36 |

Affiant states that the amount shown above is true and correct and that there are no setoffs or
counterclaims available to defendant(s). Further affiant sayeth not.

Subscribed and Sworn to Before me

14 day of August, 2007

Notary Public

My Commission Expires: 8-2011

Affiant

legal support
Title

Date of Service: ___/___/20___

Reference #:        1881992
Forwarder ID #: 9500243754
Account #:        4479480300675350

BAFF(11/02)CF4
TA, INC.

JANET A TAYLOR
NOTARY PUBLIC
COMMISSION NO. 255735
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXP. 8-31-11

16b24671T1881992

# EXHIBIT 10

PINNACLE CREDIT SERVICES LLC
          Plaintiff

vs.

HANI A HAMAD
          Defendant

5440455001964835

## AFFIDAVIT

I, Jessica Nelson , being first duly sworn upon oath depose and state as follows:

1. That I am the agent in the above captioned matter and I am authorized and qualified to make this Affidavit in support for the judgement against the above named Defendant;

2. That Plaintiff is the purchaser or assignee of the Defendant's account from the original creditor, Household;

3. That Plaintiff maintains, in the regular course of business, computer records on which entries are made by a person with knowledge of the information therein and/or information transmitted from a person with such knowledge;

4. That after allowing for all offsets and credits, there remains a balance due on this account in the amount of $1,488.48.

5. That if called upon affiant can testify at trial as to all facts pertaining to this matter.

FURTHER AFFIANT SAYETH NOT.

Subscribed and sworn to before me
this 18 day of July , 2007

NOTARY PUBLIC

07-15045-0
3850-01
H151429

CATHY FERGUSON
COMMONWEALTH
OF
VIRGINIA
NOTARY SEAL