# EXHIBIT 11







HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

WELCOME to the proven nationwide legal process that has recovered millions of dollars thought to be unrecoverable for the country's largest creditors and debt buyers.

Recent News:

▶ January 16, 2(
TRAKAmei
To Manage

▶ October 2, 20(
TRAKAmei
Announces
3.0

STEP 1: Our FASTRAK predictive model determines with unparalleled accuracy exactly which accounts are worth pursuing.

STEP 2: Secure, streamlined and automated processes transmit suit worthy accounts to the right attorney quickly and efficiently.

STEP 3: The TRAKAmerica legal network—the best in the business—obtains your legally enforceable judgments.

STEP 4: Our in-house skip tracing experts facilitate execution on your judgments by identifying hard-to-find assets and collecting the money owed to you.

RESULT: Maximum net back for TRAKAmerica clients.

▶ September 28
TRAKAmei
Expands; /
Executive

▶ September 15
TRAKAmei
Announces
Performan

▶ March 23, 20(
TRAKAmei
Announces
Collection
Performan

▶ October 31, 2(
TRAKAmei
Announces
2.0

*"TRAKAmerica recovered more than $27 million last quarter on warehouse paper we thought was uncollectible."*

— *Publicly traded US credit card issuer*

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

TRAKAmerica Sample Analysis                                    Page 1 of 1



### Obtain A Customized FASTRAK Sample Analysis

TRAKamerica would be happy to analyze a sample of your portfolio using our FASTRAK scoring model. The model uses more than 30 case-level variables built on empirical data from more than one million claims and $100 million in court costs in all fifty states to determine which accounts are worth pursuing with pinpoint accuracy — no more wasting time and money on uncollectible accounts.

Debt buyers or cl
would like more l
about TRAKAme
call 800.277.443
info@TRAKAme

To take advantage of this no cost, risk-free offer for a customized FASTRAK Analysis, submit the form below.

HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS



Items marked with an asterisk (*) must be completed.

First Name*
Last Name*
Title
Firm*
Address 1
Address 2
City
State
Zip
Phone
Email*

copyright © 2007 TRAKAmerica LLC • 6861 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • Info@TRAKAmerica.c



PROVEN LEGAL STR

## Management Team

HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

**Thomas Milana**
**President and Chief Executive Officer**
TRAKAmerica's founder is a noted collections industry leader who has enjoyed a successful 20-year career as both a collections agency owner and operator and a successful debt buyer.

Despite TRAKAmerica's phenomenal growth, Tom remains involved in the day-to-day business of helping clients leverage the TRAKAmerica model to maximize their net back. Tom is exceptionally knowledgeable about the challenges and issues facing today's creditors and is committed to fair, safe, and ethical business practices. [top]

**Thomas Dalessandro**
**Managing Partner**
Cofounder and resident technology guru, Tom began his career working at a collection law firm nearly 20 years ago, A software developer by trade, Tom honed his analytic skills and economic acumen at the University of Chicago Graduate School of Business. He is the chief architect of TRAKAmerica's unique proprietary software and technology infrastructure. It's Tom's FASTRAK statistical model that enables us to predict liquidation rates and seamlessly interface with our clients' technology for reliable reports and payments. [top]

**Wade Ferguson**
**Vice President Network Management & Client Services**
Wade has more than fifteen years of experience in the collections and recoveries industry, including many years working directly with agencies and creditors. He gained eight years experience at Capital One managing various recovery functions, as well as their legal outsourcing program. At TRAKAmerica, Wade is responsible for managing the attorney network and building client relations. [top]

**Matthew Wolk**
**Vice President of Network Management & Compliance**
Matt is responsible for attorney network and agency management, process improvement and audit and compliance functions, including managing call center agencies for non-legal collections. Prior to joining TRAKAmerica, Matt was Process and Agency Manager for Capital One, where he gained 15 years experience managing collections and



TRAKAmerica ha
unique mix of exp
experienced lead
best legal strateg
management tea
industry.

Thomas Milana
President & Chie
Officer

Thomas Dalessa
Managing Partner

Wade Ferguson
Vice President of
Management & C

Matthew Wolk
Vice President of
Management & C

Tony La Veglia
Vice President of

Karl Hernandez
Vice President of
Management

[top]

TRAKAmerica Management

recoveries and legal network suppliers. He played a key role in reducing expenses for Capital One through both vendor pricing negotiation and operating procedure and compliance program improvements. [top]

Tony La Veglia
Vice President of Operations
A security specialist for more than 20 years, Tony holds a master's degree in industrial security, maintains ASIS International professional certification, and teaches security at Long Island University. Tony is responsible for ensuring our physical plant, our legal network and vendors fulfill governmental and client requirements. Our security has been audited and received top marks by one of the country's top 10 credit card issuers. [top]

Karl Hernandez
Vice President of Network Management
A collections professional for more than 20 years, Karl is responsible for the unprecedented success of our legal network management team. After obtaining his paralegal degree, Karl worked for numerous law firms specializing in collections and can anticipate the unique challenges of our attorneys as they pursue and execute judgments on behalf of TRAKAmerica's clients. [top]

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





## The TRAKAmerica Process

### STEP 1: Predicting Your Success

At TRAKAmerica, we take the frustrating -- and costly -- guesswork out of identifying which accounts in your portfolio are ultimately collectible.

Our FASTRAK predictive model features empirical data from more than 1 million cases (and our investment of $100 million in court costs). Each of the accounts in your portfolio is judged against over 30 case level variables that go beyond evidence of real estate and employment.

Using this proprietary predictive technology, we can accurately assess which accounts are suit worthy and project your liquidation rate and cash flow after 12, 24, and 36 months.

It's a superior process to asset-based state level models that skew results and are far less accurate.



### STEP 2: Getting To Court Quickly and Efficiently

Once we've run your portfolio through our model and reviewed the net back projections, our TRAKAmerica team designs a complete recovery plan based on your requirements.

First, we prepare your portfolio for our attorney network by identifying suit worthy accounts and skip tracing them for accuracy (addresses, names etc.). As we verify information, we also attempt to collect from these accounts on your behalf.

As a legal network, we can use legal talk off language in these conversations, which often means debtors agree to a payment plan rather than face the legal process.

This immediately creates cash flow for you and also helps fund court costs on accounts that ultimately will go through the legal process.

### STEP 3: The TRAKAmerica Legal Network

On day 31, we electronically disburse your files to our network

attorneys. They load your files into their systems and instantly send demand letters.

After the 30-day validation period expires, our attorneys sue those individuals who have not responded to their demand letters. Results are electronically posted and delivered to our offices each week.

It's an entirely transparent system for full accountability. Each week, our management team examines exception reports that reflect which accounts are still outstanding. The report includes:

- legal suit dates
- service dates
- court information
- judgment information (principle and interest)
- court costs
- attorney fees

Our clients have the option of connecting electronically to our reporting system so they can check on the status of their portfolio at any time.

Our collection firms also follow our no-fail data security measures, including firewall intrusion detection software, encryption, and stringent internal security control systems.

STEP 4: Collecting and Disbursing Your Money

At this stage, our TRAKAmerica team has obtained judgments on your bad debt accounts. We dedicate our efforts and resources—including in-house skip tracing and asset location programs—to collecting the money owed to you.

Skip and asset information is promptly supplied to our attorneys so they can devote their time to collecting from bank accounts, garnishing paychecks, and placing liens on properties.

We are no longer requesting money from debtors—we are actively taking it.

The TRAKAmerica process works seamlessly with your organization's IT infrastructure for reliable, secure reports and payments. Our clients can elect to receive payments weekly, bi-weekly, or however they prefer through our secure electronic system.

All data is safe guarded with full-time, board-certified security experts and technology that passes the most rigorous security audits by nationally recognized financial institutions.

RESULT: Maximize Your Net Back

TRAKAmerica Overview                                              Page 3 of 3

Effective asset location, disciplined attorney management and the
ability to pick which accounts to sue with pinpoint accuracy all add up
to maximize your netback.


copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



## TRAKAmerica Adds To Management Team

HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

SYOSSET, NY, January 15, 2007 — TRAKAmerica, the rapidly growing legal network management company, announced today that Matthew C. Wolk has joined the company as Vice President. Mr. Wolk will have broad responsibilities for compliance, attorney and agency management, and process improvement. "We are pleased to have Matt on board," said CEO Thomas Milana. "Matt brings tremendous experience that will help TRAKAmerica deliver more value for our clients."

Prior to joining TRAKAmerica, Mr. Wolk was Process and Agency Manager for Capital One, where he managed recoveries and legal network suppliers. He played a key role in reducing expenses for Capital One through both vendor pricing negotiation and operating procedure and compliance program improvements.

"In managing the various legal networks over the years, I have seen first hand the unique effectiveness of the TRAKAmerica approach. I'm really looking forward to being a part of this team and taking this approach to more creditors as we continue to build the company," said Wolk.

"2006 was another year of tremendous growth for us," said TRAKAmerica Managing Partner Thomas Dalessandro. "In the last quarter we topped $40 million in collections, saw more than a million accounts placed and added three publicly traded companies and one of the largest credit card issuers to our client list. Having Matt come on board is a great way to start 2007 as we continue to build out our business proposition and reach our goals."

About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate

News
Announce

▶ January 15, 2
  TRAKAme
  To Manage

▶ October 2, 20
  TRAKAme
  Announces
  3.0

▶ September 28
  TRAKAme
  Expands; A
  Executive

▶ September 15
  TRAKAme
  Announces
  Performan

▶ March 23, 20
  TRAKAme
  Announces
  Collection
  Performan

▶ October 31, 2
  TRAKAme
  Announces
  2.0

TRAKAmerica                                                    Page 2 of 2

on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c



## TRAKAmerica Upgrades Recovery Model

SYOSSET, NY, October 2, 2006 — TRAKAmerica, the rapidly growing legal network management company, today announced the availability of FASTRAK 3.0, the latest release of its powerful legal recovery model. The new version of FASTRAK is more accurate and boasts additional features requested by clients.

"With this new model we can fine tune our recovery strategies to exactly hit a client's ROI objective," said Managing Partner Thomas Dalessandro. "Many clients have come to us asking us to be more aggressive; now we can dial in their requested net back and the model takes it from there."

The foundation of FASTRAK's accuracy is the extensive suit history on which it is built. The model now benefits from more than five years of legal recovery cases, encompassing over $40 million in court costs. FASTRAK 3.0 utilizes more than 30 case variables to accurately predict which cases are suit worthy and which cases are not.

"FASTRAK was originally built for credit cards and consumer loans, but we now have a version for auto deficiencies and we are developing additional versions for all the major classes of paper," said CEO Thomas Milana. "We are also expanding our state coverage. We recently added Texas, a notoriously debtor friendly state. Five years ago people doubted we would be able to make money in Pennsylvania and Florida, but we've proved them wrong. Now we're adding Texas to that list of successes. In fact, a debt buyer client of ours attributes a recent national auction win to the confidence that FASTRAK gave him that he could achieve a positive net back from the Texas portion of the portfolio."

"A legal strategy offers a number of advantages over traditional strategies," commented Dalessandro, "including a much higher liquidation rate and a more predictable recovery stream that is more resistant to economic downturns. But the key is knowing which accounts will produce a return on your investment in court costs and FASTRAK 3.0 is unmatched in its ability to do just that."

FASTRAK 3.0 is available effectively immediately to TRAKAmerica clients.

*News
Announce*

▶ January 15, 2(
TRAKAmer
To Manage

▶ October 2, 20(
TRAKAmer
Announces
3.0

▶ September 26
TRAKAmer
Expands; /
Executive

▶ September 16
TRAKAmer
Announces
Performan

▶ March 23, 20(
TRAKAmer
Announces
Collection
Performan

▶ October 31, 2(
TRAKAmer
Announces
2.0

HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

TRAKAmerica

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC ▪ 8861 Jericho Turnpike, Suite 190, Syosset, NY 11791 ▪ 800.277.4431 ▪ info@TRAKAmerica.c

TRAKAmerica Expands



*News Announces*

▶ January 15, 2<br>
TRAKAmer<br>
To Manage

▶ October 2, 20<br>
TRAKAmer<br>
Announces<br>
3.0

▶ September 26<br>
TRAKAmer<br>
Expands; A<br>
Executive

▶ September 15<br>
TRAKAmer<br>
Announces<br>
Performan

▶ March 23, 20C<br>
TRAKAmer<br>
Announces<br>
Collection<br>
Performan

▶ October 31, 2<br>
TRAKAmer<br>
Announces<br>
2.0

### TRAKAmerica Expands, Adds Senior Executive

SYOSSET, NY, September 26, 2007 — TRAKAmerica, the rapidly growing legal network management company, has announced significant actual and planned expansion. "Over the past 12 months we've grown our staff by 50% due to new client business. By this time next year we expect to grow our staff another 50%," said CEO Thomas Milana.

In addition to the staff expansion, TRAKAmerica announced the appointment of Wade Ferguson to the position of Vice President of Network Management. Mr. Ferguson comes to TRAKAmerica after more than eight years at Capital One, where he managed various recovery functions, and was most recently involved with their legal outsourcing program. Mr. Ferguson has been in collections and recoveries for more than 15 years. "We are very pleased that Wade decided to join us. His big bank experience is going to be invaluable to us as we continue to grow our company," said Managing Partner Thomas Dalessandro.

"I was so impressed with TRAKAmerica's performance with Capital One that I made the decision to join TRAK's team and put my experience from Capital One to work at this entrepreneurial, fast moving company," said Ferguson.

Earlier this month, TRAKAmerica reported record collection and revenue results for its fiscal year. That growth and the current new business pipeline are driving significant expansion in staff and management. "Our model of an aggressive legal program and a rigorous analytic approach is producing superior results and we are being rewarded for it," said Dalessandro. "Given how small most creditors' legal programs are today, we have many years of growth ahead of us and will be adding additional key players in support of this goal."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide

TRAKAmerica Expands

network of local attorneys, combined with a rigorous analytic approach
to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate
on the most suit-worthy accounts while its asset location skills and
rigorous attorney management procedures ensure that each attorney
follows the most statistically likely, cost effective path to recovery on
every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKamerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKamerica.c

TRAKAmerica Record Performance





PROVEN LEGAL STR

HOME
ABOUT TRAK
TRAK ADVANTAGES
TRAK PROCESS
FASTRAK SAMPLE
NEWS & EVENTS

### TRAKAmerica Announces Record Performance

SYOSSET, NY, September 15, 2006 — TRAKAmerica, the rapidly growing legal network management company, announced record collections for both the year and quarter ending August 31, 2006. Commented CEO Thomas Milana, "We've had a great year, with four record quarters in a row. This last quarter was particularly strong. Our inventory crested one million accounts and two billion dollars. Just in the last quarter, we recovered more than 30 million dollars for our clients."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 600,000 legal cases involving more than $40 million in court costs spent. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution, as well as resulting in contract renewals with a top 5 card issuer and several large debt buyers. The company also now has an auto version of FASTRAK that has led to servicing agreements with several big auto lenders.

"Our approach continues to pay off for our clients in terms of higher net back, and for TRAK in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Our performance just gets better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney

*News*
*Announce*

▶ January 15, 20
   TRAKAmer
   To Manage

▶ October 2, 20
   TRAKAmer
   Announces
   3.0

▶ September 26
   TRAKAmer
   Expands; A
   Executive

▶ September 15
   TRAKAmer
   Announces
   Performan

▶ March 23, 200
   TRAKAmer
   Announces
   Collection
   Performan

▶ October 31, 2
   TRAKAmer
   Announces
   2.0

follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

TRAKAmerica Record Performance



PROVEN LEGAL STR

### TRAKAmerica Announces Record Collection Performance

SYOSSET, NY, March 23, 2006 — TRAKAmerica, the rapidly growing legal network management company, announced record collections for the quarter ending March 31, 2006. Commented CEO Thomas Milana, "The first quarter was a great quarter for us. Our inventory crested 500,000 accounts and we were able to recover better than 2.5% of the inventory, which was a record."

TRAKAmerica is unique among legal network managers because of its focus on analytics as a key tool in determining account level suit strategy. TRAKAmerica's proprietary FASTRAK statistical model is built on over 400,000 cases, including over $10 million in court costs. In addition, TRAKAmerica takes a much more active approach to attorney management than more traditional firms. The most recent quarter's strong recoveries further validate the company's approach and execution. Traditional legal network managers might collect <x>% of their inventory in a quarter as compared to over 2.5% recovered by TRAKAmerica in the past quarter.

"Our approach continues to pay off for our clients in terms of higher net back, and for us in terms of more clients," said Managing Partner Thomas Dalessandro. "When we call on clients and show them our track record with other lenders, it really gets them sitting up in their seats. Best of all, we are continuing to see improvements. Our performance just keeps getting better and better."

### About TRAKAmerica

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on

**News**
**Announce**

- January 16, 2
  TRAKAmer
  To Manage

- October 2, 20
  TRAKAmer
  Announce
  3.0

- September 26
  TRAKAmer
  Expands; /
  Executive

- September 15
  TRAKAmer
  Announce
  Performan

- March 23, 20
  TRAKAmer
  Announce
  Collection
  Performan

- October 31, 2
  TRAKAmer
  Announce
  2.0

TRAKAmerica Record Performance                                    Page 2 of 2

every account. Since 2000, TRAKAmerica has won ongoing
assignments from debt buyers, banks, finance companies, credit
unions, auto lenders and others by delivering higher net backs in a
secure, compliant environment. Creditors or debt buyers who would
like more information about FASTRAK or who would like to run a test
file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6861 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c





HOME

ABOUT TRAK

TRAK ADVANTAGES

TRAK PROCESS

FASTRAK SAMPLE

NEWS & EVENTS

## TRAKAmerica Announces FASTRAK 2.0
### Updated Analytic Model Substantially Improves Legal Program Net Back

SYOSSET, NY, March 20, 2007 — TRAKAmerica, the rapidly growing legal network management company, announced today the release of FASTRAK 2.0, the company's proprietary model for establishing the most effective legal strategy for every account in a portfolio. The newest version of the model includes over 30 variables to predict the likelihood of successful legal action. When combined with TRAKAmerica's disciplined attorney management process and unique asset location skills, FASTRAK 2.0 has proven to boost legal program net back by up to 50% over traditional methods.

"FASTRAK 2.0 is built on our experience with over 400,000 cases, including over $10 million in court costs, over the past four years," said TRAKAmerica Managing Partner Thomas Dalessandro. "Before we developed FASTRAK, we were in the same boat with everyone else, running asset searches on a lot of accounts at vast expense and then pretty much ignoring those where we couldn't find assets. Since FASTRAK doesn't depend on asset information, we can now get a handle on who to sue before we do the asset search. As a result not only are we more likely to be successful with our suits, but also we are less likely to forgo suit just because we can't find an asset. The original FASTRAK model revolutionized our process and the newest version just keeps improving our edge."

"Our beta clients have been uniformly impressed with the effectiveness of FASTRAK and the positive impact on their net back," remarked company CEO Thomas Milana. "Our success is built on three legs. The first leg is the model, which gives us a huge edge in knowing who to sue. The second leg is our disciplined attorney process that ensures our individual attorneys are acting based on historically proven results, not guesswork. The third leg is our heritage as a skip tracer and asset finder. As a result, we only sue cases that are suit worthy, we don't waste money on dead ends and we manage our attorneys carefully and supply them with everything they need to bring the account to a successful resolution."

David Paris, CEO of North Star Capital Acquisitions Group and a FASTRAK 2.0 beta customer, commented, "We have been just

News
Announce

▶ January 15, 2
TRAKAmei
To Manage

▶ October 2, 20
TRAKAmei
Announces
3.0

▶ September 26
TRAKAmei
Expands; /
Executive

▶ September 15
TRAKAmei
Announces
Performan

▶ March 23, 200
TRAKAmei
Announces
Collection
Performan

▶ October 31, 2i
TRAKAmei
Announces
2.0

**TRAKAmerica**

astounded with TRAKAmerica's ability to bring us higher recoveries on our portfolio. They have easily outperformed their nearest competitor and clearly FASTRAK's accuracy gives them a big leg up over their competition."

**About TRAKAmerica**

TRAKAmerica is a rapidly growing legal network management company that has been able to recover millions of dollars previously believed to be unrecoverable for some of the most astute lenders in the world. The company's recovery success is built on a nationwide network of local attorneys, combined with a rigorous analytic approach to managing thousands of accounts.

TRAKAmerica's FASTRAK model permits its attorneys to concentrate on the most suit-worthy accounts while its asset location skills and rigorous attorney management procedures ensure that each attorney follows the most statistically likely, cost effective path to recovery on every account. Since 2000, TRAKAmerica has won ongoing assignments from debt buyers, banks, finance companies, credit unions, auto lenders and others by delivering higher net backs in a secure, compliant environment. Creditors or debt buyers who would like more information about FASTRAK or who would like to run a test file should contact info@TRAKAmerica.com or 800.277.4431.

copyright © 2007 TRAKAmerica LLC • 6851 Jericho Turnpike, Suite 190, Syosset, NY 11791 • 800.277.4431 • info@TRAKAmerica.c

http://www.trakamerica.com/news/2005/1031Fastrack.html

12/27/2007

# EXHIBIT 12

12/27/2007  23:56  6189434834                    REBECCA M BLAKESLEE                    PAGE  03/07

Complaint Small Claims                                                                   81-310

UNITED STATES OF AMERICA
STATE OF ILLINOIS                                                          WABASH COUNTY
IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT
07080528
CAPITAL ONE BANK                                                        FILED

                                          )
                                          )                             OCT 2 2 2007
                                          )
                 Plaintiff,               )                            *Angela B. Crum*
                                          )                         WABASH CO. CIRCUIT CLERK
         v.                               )       CASE NO. 07-SC-141
 JOHN WILLINGHAM                          )
                                          )
                                          )
                                          )
                                          )
                 Defendant(s)             )       (File Stamp Here)


# SMALL CLAIMS COMPLAINT

        I, the undersigned, being duly sworn upon oath deposes and claim that the defendant(s)
is/are indebted to the plaintiff(s) in the sum of $1090.86 as of October 1, 2007 for breach of contractual
terms of a credit card agreement pursuant to the use of the card by the defendant(s), plus, if applicable,
contractual interest as called for in the terms, at 26.74%, plus reasonable attorneys fees if provided for
in the agreement and that the plaintiff(s) CAPITAL ONE BANK  has/have demanded payment of said
sum; that the defendant(s) JOHN WILLINGHAM     reside(s) at 210 E 2ND ST, MOUNT CARMEL
IL 62863 ; that the plaintiff(s) CAPITAL ONE BANK     reside(s) at 2601 Maywill Street, Richmond,
VA 23230

                            _____
                            Signature for the Plaintiff or Attorney for Plaintiff

Barbara Nilsen
Freedman Anselmo Lindberg & Rappe LLC
PO Box 3228  Naperville, IL 60566-7228
630/983-0770  Fax No. 630-983-3726
Attorney No.  Dupage 42005  Kane 031-26104
        Peoria 1794  Winnebago 3802  IL 03126232
P002CC
CF 89-29

                 THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

12/27/2007  23:55    6189434834              REBECCA M BLAKESLEE                    PAGE  04/07

07080528    **IN THE CIRCUIT COURT OF THE 2ND JUDICIAL CIRCUIT**
                        **WABASH COUNTY, ILLINOIS**

                                                                         YOUR FILE NO.
CAPITAL ONE BANK                              }                          W157686 4305722130288502
                                              }
                                              }
                                              }
                                              }
              Plaintiff,                      }
                                  v.          }         CASE NO.
JOHN WILLINGHAM                               }
                                              }
                                              }
              Defendant.                      }

                           **A F F I D A V I T**

          This day in the State of New York and County of Nassau, I, Sara Rubin, personally appeared before the
undersigned, a Notary Public in and for the jurisdiction aforesaid, who, after being duly sworn according to law, deposed
and stated:

1.       I am an agent of and competent of Capital One Bank and I am authorized to make this affidavit on its behalf.

2.       I am personally familiar with and have reviewed the account and records of JOHN WILLINGHAM    , Account
         No. W157686 and to the best of my knowledge and belief, the above-named defendant either executed the contract
         ("the Contract"), or used a credit card pursuant to the terms related to this account.

3.       The above named defendant defaulted on the terms of the agreement.

4.       . The balance due and owing is $1,065.57 which includes interest accruing on the principal balance of $663.97 at
         the rate of 26.74% from August 6, 2007 until paid,

5.       The attached Statement of Account is true and accurate to the best of my knowledge and no part of the balance due
         has been paid by case, discount or otherwise.

                                                                    _____
                                                                             Affiant
                                                                         AGENT
                                                                             Title

STATE OF NEW YORK
COUNTY OF NASSAU
                                                                              SEP 0 6 2007

Subscribed and sworn to before me, a Notary Public, for the state of New York this ____ day of _____,
20 ____.

                                                                    _____
My commission expires on: _____                           Notary Public

                                                                    James J. Flood       REAL
                                                                    Notary Public, State of New York
                                                                    Reg. #01FL6142574
                                                                    Qualified in Suffolk County
                                                                    My Commission Expires 03/26/2010

F002TRAK

# EXHIBIT 13

1210V5

Time of Request: Monday, January 07, 2008  11:31:33 EST
Client ID/Project Name: 430
Number of Lines: 7014
Job Number:     1862:68042952

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-1000
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzac)  & "capital one"

          Send to:  EDELMAN, DAN
                    EDELMAN COMBS & LATTURNER
                    120 S LA SALLE ST FL 18
                    CHICAGO, IL 60603-3593

1. ABED; SAMIR F, 07M1 0163995, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

2. ABNEY;MARIA, 07SC 0008415, 11/30/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

3. ABOUR; NOHAYLA, 07M1 0120195, 4/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

4. ACOSTA;ISABEL, 07SC 0002686, 6/14/2007, JUDGMENT, KANE COUNTY, ILLINOIS
CAPITAL ONE BANK
JAN BLITT GAINES

5. ACURIO;CHERI, 07SC 0003209, 5/30/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

6. ADAMS-BROWN; HELEN E, 07M1 0176844, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

7. ADAMS-BROWN; HELEN E, 07M1 0176844, 10/11/2007, VACATED JUDGMENT, COOK COUNTY,
ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
9/20/2007
BLITT & GAINES

8. ADAMS;DAVID L, 07SC 0002124, 5/7/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

9. ADEKALE; ADELOWO, 07M1 0120083, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

10. ADERMAN; ROBERT C, 07M1 0145160, 11/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

11. ADETOLA; OLABODE S, 07M1 0154323, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

12. AHAMD; RIAD R, 07M1 0156192, 7/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

Page 82

CAPITAL ONE F.S.B.
BLITT AND GAINES

993. LOGAN; EDWARD D, 07M1 0115814, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

994. LOGAN; RHONDA R, 07M1 0116972, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

995. LOMBARDO; MARILYN, 07M1 0128586, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

996. LOMONACO; PHILIP J, 07M1 0197261, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

997. LONG; GLENDA, 07M1 0105339, 8/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

998. LONGOBARDI; MARIO, 07M1 0115815, 7/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE FSB
BLITT & GAINES

999. LONGSTREET; FRANK, 07M1 0113901, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1000. LONGSWORTH; SYDNEY R, 07M1 0107486, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********* Print Completed *********

Time of Request: Monday, January 07, 2008  11:31:33 EST

Print Number:    1862:68042952
Number of Lines: 7014
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1210V5

Time of Request: Monday, January 07, 2008  11:31:43 EST
Client ID/Project Name: 430
Number of Lines: 6206
Job Number:     1862:68042983

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1001-1884
Source: IL Public Records, Combined
Search Terms: date(>January 2, 2007) & (07!) & ((blitt /3 fred or gaines) or
starzec)  & "capital one"

Send to:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1001. LOPEZ; ALICIA, 07M1 0150787, 12/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1002. LOPEZ;ALYANNA O, 07SC 0004214, 7/13/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1003. LOPEZ; ISABEL, 07M1 0101614, 4/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1004. LOPEZ; JUAN A, 07M1 0171657, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1005. LOPEZ;MARTHA L, 07SC 0000400, 6/18/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED N BLITT

1006. LOVE; FLOYD D, 07M1 0151895, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1007. LOVE; MICHELLE, 07M1 0184592, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1008. LOVETT;ELOIS D, 07SC 0003235, 6/25/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT AND GAINES PC

1009. LOVETT; JEFFREY, 07M1 0120127, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1010. LOY;ELAYNE, 07SC 0007962, 11/14/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1011. LOZANO; MARIA G, 07M1 0184610, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1012. LUNA; DAVID L, 07M1 0120937, 8/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1013. LUPORI;JAMES L, 07SC 0000244, 4/23/2007, JUDGMENT, KENDALL COUNTY, ILLINOIS

1872. ZABROSKE;THOMAS H, 07SC 0004958, 8/24/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
MICHAEL STARZEC

1873. ZAIKOWSKI; PETER P, 07MI 0154538, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1874. ZAMBRZYCKI; ANDREW G, 07MI 0115812, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1875. ZBYLUT;DUANE E, 07SC 0002409, 5/11/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
CAPITAL ONE BANK
FRED BLITT

1876. ZERVOS; BILL A, 07MI 0195272, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1877. ZICK;JAMES D, 07SC 0002256, 8/17/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1878. ZIMMERMAN;BETH J, 07SR 0000404, 11/9/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1879. ZIVKOVIC;GLORIA, 07SC 0001179, 5/23/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1880. ZOGMAN;DANIEL R, 07SC 0000706, 3/26/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1881. ZOYGANELES; GEORGE, 07MI 0154562, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT AND GAINES

1882. ZUBERI; MOHAMMAD T., 07SC 0002057, 4/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES

1883. ZUBERI;UROOJ T, 07SC 0003958, 6/20/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
CAPITAL ONE BANK
BLITT & GAINES PC

1884. ZWIREK; BEATA, 07MI 0209773, 12/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
CAPITAL ONE BANK
BLITT & GAINES

1210V5

********* Print Completed *********

Time of Request: Monday, January 07, 2008  11:31:43 EST

Print Number:    1862:68042983
Number of Lines: 6206
Number of Pages:

Send To:  EDELMAN, DAN
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593