# EXHIBIT 14

1210V5

Time of Request: Wednesday, March 26, 2008  14:10:34 EST
Client ID/Project Name: 21164
Number of Lines: 145
Job Number:    2822:83407420

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1521-1531
Source: IL Public Records, Combined
Search Terms: "arrow financial" or AFS & judgment and date(geq (01/01/2007) and
    leq (06/30/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. ABDALLAH; AMANI, 07M1 0146610, 6/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SRVCS

2. ADAMS; MATTIE L, 06M1 0181406, 3/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES        WALMART        GE ...

3. ADDISON,GRACIE, 07M1115587, CIVIL JUDGMENT, 06/05/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE

4. AKERS,PATRICIA A, 07SC161, SMALL CLAIMS JUDGMENT, 03/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

5. ALANIZ; MARIA, 06M1 0181407, 5/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES        JC PENNEY        ...

6. ALBERS; ADAM P., 06SC 0004721, 1/12/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
ARROW FINANCIAL SERVICES

7. ALCANTAR; MIGUEL, 07M1 0109199, 3/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES LLC

8. ALCANTAR,MIGUEL, 07M1109199, CIVIL JUDGMENT, 03/20/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE

9. ALEMAN; CHRISTINE STEPHEN, et al., 06M1 0184232, 6/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES LLC

10. ALEMAN,CHRISTINE S, 06M1184232, CIVIL JUDGMENT, 06/05/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL

1521. ARENS,VIOLETTE L, 07SC3800, SMALL CLAIMS JUDGMENT, 06/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES LLC

1522. JORDAN,DANIEL R, 07SC3866, SMALL CLAIMS JUDGMENT, 06/15/2007, IL JUDGMENTS AND LIENS

ARROW FINANCIAL SERVICES LLC

1523. LONGSWORTH,CHERYL, 05M1117633, CIVIL JUDGMENT RELEASE, 01/16/2007, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL
12/24/2007

1524. WHITE,MONICA L, 06M1113135, CIVIL JUDGMENT RELEASE, 04/11/2006, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL
12/19/2007

1525. PORTER,ERICKA, 06M1143790, CIVIL JUDGMENT RELEASE, 12/05/2006, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
11/21/2007

1526. WASHINGTON,LAWRENC, 06M1156758, CIVIL JUDGMENT RELEASE, 02/27/2007, IL JUDGMENTS
AND LIENS
ARROW FINANCIAL
11/20/2007

1527. APONTE,VICTOR, 06M1162817, CIVIL JUDGMENT RELEASE, 01/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
11/13/2007

1528. MAYNARD,JACQUELINE M, 07SC490, SMALL CLAIMS JUDGMENT, 06/26/2007, IL JUDGMENTS AND
LIENS
AFS ASSIGNEE OF WASHINGTON

1529. ASHLEY,MARLENE, 07SC306, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES AS ASSI

1530. ARNOLD,BETH A, 06SC419, SMALL CLAIMS JUDGMENT RELEASE, 09/13/2006, IL JUDGMENTS AND
LIENS
ARROW FINANCIAL SERVICES
12/06/2007

1531. AYERS,DEBRA, 07M1112056, CIVIL JUDGMENT RELEASE, 06/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
02/11/2008

1210V5

Time of Request: Wednesday, March 26, 2008  14:13:16 EST
Client ID/Project Name: 21164
Number of Lines: 122
Job Number:    1861:83408142

Research Information

Service:    Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 2195-2202
Source: IL Public Records, Combined
Search Terms: "arrow financial" or AFS & judgment and date(geq (07/01/2007) and
    leq (12/31/2007))

Send to:    ASCHENBRENER, MICHAEL
            EDELMAN COMBS & LATTURNER
            120 S LA SALLE ST FL 18
            CHICAGO, IL 60603-3593

Page 1

1. AARONS;DOMINIQUE M, 07SC 0002266, 11/19/2007, JUDGMENT, CHAMPAIGN COUNTY, ILLINOIS
ARROW FINANCIAL SVCS

2. ABBASI; ELAINE, 07M1 0129232, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

3. ABBASI; ELAINE, 07M1 0129232, 12/5/2007, VACATED JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ARROW FINANCIAL SERVICES
10/23/2007

4. ABDELHADI;MUNIR, 07SC 0006215, 9/5/2007, JUDGMENT, WILL COUNTY, ILLINOIS
ARROW FINANCIAL SERVICE

5. ABDO; FADI A, 07M1 0143652, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES LLC

6. ADAMS; JAMES S, 07M1 0189022, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

7. ADKINS; STEVEN S, 07M1 0143620, 9/18/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

8. AGUILAR; HENRY, 07M1 0169976, 11/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

9. AGUIRRE;WENDOLINE, 07SC 0003280, 10/10/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
ARROW FINANCIAL SERVICES LLC

10. AHMED; SYED O, 07M1 0167508, 10/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ARROW FINANCIAL SERVICES

2195. YERBY,KAREN, 07SC341, SMALL CLAIMS JUDGMENT, 10/24/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICE

2196. ACZINOWICZ,CRAIG J, 07SC342, SMALL CLAIMS JUDGMENT, 10/24/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICE

2197. ARNOLD,BETH A, 06SC419, SMALL CLAIMS JUDGMENT RELEASE, 09/13/2006, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES
12/06/2007

2198. HARPER,JEFFREY R, 07SC586, SMALL CLAIMS JUDGMENT, 09/26/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2199. GREGORY,MELINDA, 07SC5572, SMALL CLAIMS JUDGMENT, 11/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2200. GREGORY,NATHAN, 07SC5572, SMALL CLAIMS JUDGMENT, 11/28/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

2201. AYERS,DEBRA, 07M1112056, CIVIL JUDGMENT RELEASE, 06/19/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SE
02/11/2008

2202. BERRY,DONNA L, 07SC816, SMALL CLAIMS JUDGMENT, 11/14/2007, IL JUDGMENTS AND LIENS
ARROW FINANCIAL SERVICES

# EXHIBIT 15

1210V5

Time of Request: Wednesday, March 26, 2008  13:33:03 EST
Client ID/Project Name: 21089
Number of Lines: 137
Job Number:      1862:83398124

Research Information

Service:   Terms and Connectors Search
Print Request: All Documents 1-20
Source: IL Public Records, Combined
Search Terms: "triumph partnerships" or tirumph and date(geq (01/01/2007) and
   leq (12/31/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. BERTOLA; MATTHEW J, 06M1 0187095, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

2. BLOWERS,BERNARD C, 07SC006485, SMALL CLAIMS JUDGMENT, 08/09/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LL ET AL

3. BROACH; MARY A, 06M1 0154717, 4/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

4. BYRD; THERESA, 06M1 0156578, 2/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

5. CLARK; TONIA S, 06M1 0151853, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

6. DORTCH; NICOLE, et al., 06M1 0152245, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

7. FELTHOUSE;DENNIS, 06SC 0004543, 6/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

8. FURTAK; EDWARD, 06M1 0156585, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

9. GARCIA; LUIS A, 06M1 0156590, 12/7/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

10. GUZMAN;CARLOS M, 07SC 0010018, 12/17/2007, JUDGMENT, WILL COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS

11. HERNANDEZ; JAVIER, 06M1 0151055, 6/12/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

TRIUMPH PARTNERSHIPS LLC

12. NEVAREZ; IRMA, 06M1 0151862, 11/1/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

13. RODRIGUEZ; RENE, 06M1 0172079, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

14. SALINAS;LIBETH, 07SC 0007298, 10/22/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

15. SMITH; TIESHA L, 06M1 0163267, 5/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

16. SUAREZ;GLORIA, 07SC 0003464, 10/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

17. TRIUMPH PARTNERSHIPS LLC, et al. v. LEE; JOE, 07M1 0192756, 9/18/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC      HSBC CARD ...

18. TRIUMPH PARTNERSHIPS LLC, et al. v. TORNABENE; FRANK S, et al., 07M1 0205955, 10/24/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC      GE MONEY ...

19. VALENZUELA; BERNAVE, 06M1 0156595, 2/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

20. SUAREZ,GLORIA, 07SC3464, SMALL CLAIMS JUDGMENT, 10/11/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LLC

# EXHIBIT 16

1210V5

Time of Request: Wednesday, March 26, 2008  12:12:16 EST
Client ID/Project Name: 20801
Number of Lines: 128
Job Number:     2822:83379012

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1000-1008
Source: IL Public Records, Combined
Search Terms: "north star capital" and date(geq (01/01/2007) and leq
    (12/31/2007))

Send to: ASCHENBRENER, MICHAEL
        EDELMAN COMBS & LATTURNER
        120 S LA SALLE ST FL 18
        CHICAGO, IL 60603-3593

Page 1

1. A BERARDI CONSTRUCTION, 07SC 0005018, 7/25/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

2. ABRAHAM;MARIA, 07SC 0005370, 8/9/2007, JUDGMENT, WILL COUNTY, ILLINOIS
NORTH STAR CAPITAL

3. AHMED; SAGEER, 06M1 0194267, 6/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITIONS          WELLS FARGO ...

4. AHMED,SAGEER, 06M11194267, CIVIL JUDGMENT, 06/25/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

5. ALLEN; KEVIN, 06M1 0181120, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

6. ALMARALES,JUAN M, 07SC000475, SMALL CLAIMS JUDGMENT, 03/01/2007, IL JUDGMENTS AND
LIENS
NORTH STAR CAPITAL ACQUISITIONS

7. ALMARALES;JUAN M, 07SC 0000475, 3/1/2007, JUDGMENT, KANE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

8. ATKINS; KAREN E, 07M1 0214294, 12/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

9. AURENZ; STEVEN, 05M1 0173475, 8/8/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS

10. AUSTIN; TERRENCE G, 06M1 0193404, 1/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS LLC

1000. DBANDA,ROBERT A, 07M1214565, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

Page 2

1001. MURRAY,BARBARA M, 07M1214908, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1002. COLBURN,MICHAEL P, 07M1214910, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1003. DAVIS,CARON B, 07M1214912, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1004. DAVIS,GLENDELL H, 07M1214914, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1005. NIEDER,KRYSTYNA, 07M1214917, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1006. PACE,BETTY J, 07M1214933, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1007. CATAYONG,RODNEY C, 07M1214935, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1008. PINKARD,WILLIE L, 07M1214937, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

# EXHIBIT 17

1210V5

Time of Request: Wednesday, March 26, 2008  11:24:34 EST
Client ID/Project Name: 20800
Number of Lines: 514
Job Number:     1841:83363663

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 1-75
Source: IL Public Records, Combined
Search Terms: pallino and date(geq (01/01/2007) and leq (12/31/2007))

Focus Terms: pallino /s receivables and date(geq (01/01/2007) and leq
     (12/31/2007))

Send to:   ASCHENBRENER, MICHAEL
           EDELMAN COMBS & LATTURNER
           120 S LA SALLE ST FL 18
           CHICAGO, IL 60603-3593

1. BIRSA;JOHN, et al., 07SC 0005285, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

2. BIRSA,JOHN, 07SC005285, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

3. CAHILIG,ARIEL, 07SC005419, SMALL CLAIMS JUDGMENT, 06/20/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

4. COGGINS;DENNIS, 07SC 0005300, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

5. COGGINS,DENNIS, 07SC005300, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

6. COLLINS; CHERYL, et al., 07M1 0152232, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

7. COOKE; LATRICE, et al., 07M1 0152231, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

8. CRAMER; WILMA, 07M1 0153124, 7/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

9. CROSS; DOROTHY, 07M1 0155739, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

10. DUNNING; ZANITRA, 07M1 0152881, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

11. FOX; MELISSA, et al., 07M1 0155987, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

12. FOX; MELISSA, 07M1 0155987, 11/27/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

13. GIOVENCO; RACHAEL, 07M1 0195157, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

14. HOYLE; KEENA, 07M1 0195158, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

15. HULL; GAIL, 07M1 0177871, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        PROVIDIAN ...

16. JAMES; LEON, 07M1 0155652, 12/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES

17. JONES,KATHERINE, 07SC2685, SMALL CLAIMS JUDGMENT, 06/27/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

18. JOSE;BAVTISITA, 07SC 0002251, 10/11/2007, JUDGMENT, MACON COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

19. KENSEY; DEREK, 07M1 0195168, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

20. KNIGGE;KAREN, 07SC 0006460, 12/3/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

21. LEE; ROSEANN, 07M1 0167410, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

22. LEWIS; MARY, et al., 07M1 0190330, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

23. MACARTNEY;DOUGLAS, 07SC 0006093, 9/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

24. MALTAS;LINDA, 07SC 0001244, 7/3/2007, JUDGMENT, LASALLE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

25. MARTIN; MILES, 07M1 0192716, 12/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II LLC        ORCHARD ...

26. MCGHEE; ELANA, 07M1 0192819, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II        UICI VISA        ...

27. MUHAMMAD; CALVIN, et al., 07M1 0153075, 7/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

28. OCAMPO;JULIE, 07SC 0005440, 9/21/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

29. OCAMPO;JULIE, 07SC 0005440, 12/13/2007, GARNISHMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

30. ONESTI;DEANNE, 07SC 0006488, 11/2/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

31. PALLINO RECEIVABLES II LLC, et al. v. IVORY; BRIAN, 07M1 0253879, 12/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        ORCHARD ...

32. PALLINO RECEIVABLES LLC v. JAMES;SHERICE, 07SC 0001050, 5/2/2007, CIVIL SUIT, MACON
COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

33. PALLINO RECEIVABLES II LLC, et al. v. TAYLOR; SANDRA, et al., 07M1 0207090, 10/26/2007, CIVIL
SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        UICI ...

34. PALLINO RECEIVABLES LLC v. BIRSA;JOHN, et al., 07SC 0005285, 6/18/2007, CIVIL SUIT, WILL

COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

35. PALLINO RECEIVABLES LLC v. SPOON;WENDI, et al., 07SC 0005290, 6/18/2007, CIVIL SUIT, WILL
COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

36. PALLINO RECEIVABLES LLC v. COGGINS;DENNIS, 07SC 0005300, 6/18/2007, CIVIL SUIT, WILL
COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

37. PALLINO RECEIVABLES LLC v. CAHLIG;ARIEL, 07SC 0005419, 6/20/2007, CIVIL SUIT, WILL COUNTY,
ILLINOIS
PALLINO RECEIVABLES LLC

38. PALLINO RECEIVABLES II, et al. v. HULL; GAIL, 07M1 0177871, 8/6/2007, CIVIL SUIT, COOK COUNTY,
ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II          PROVIDIAN NATIONAL  ...

39. PALLINO RECEIVABLES II LLC, et al. v. JOHNSON; IMESHA, 07M1 0177877, 8/6/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          PROVIDIAN ...

40. PALLINO RECEIVABLES II LLC, et al. v. JOHNSON; GERALD, 07M1 0177898, 8/6/2007, CIVIL SUIT,
COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          ORCHARD ...

41. PALLINO RECEIVABLES II LLC, et al. v. HAMPTON; CANDACE, 07M1 0178065, 8/6/2007, CIVIL SUIT,
COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          ORCHARD ...

42. PALLINO RECEIVABLES II, et al. v. SHEARS; MAE, 05M1 0198960, 10/3/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II          UICI VISA / ...

43. PALLINO RECEIVABLES, et al. v. MUGADILI; LEONARD, 07M1 0192614, 9/14/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES          ORCHARD BANK VISA/ ...

44. PALLINO RECEIVABLES II LLC, et al. v. MARTIN; MILES, 07M1 0192716, 9/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

PALLINO RECEIVABLES II LLC          ORCHARD ...

45. PALLINO RECEIVABLES II, et al. v. MCGHEE; ELANA, 07M1 0192819, 9/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II          UICI VISA / ...

46. PALLINO RECEIVABLES II LLC, et al. v. RAMOS; IGNACIO, 07M1 0198011, 10/2/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          ORCHARD ...

47. PALLINO RECEIVABLES II LLC, et al. v. ROMERO; FELIPE, 07M1 0198012, 10/2/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          PROVIDIAN ...

48. PALLINO RECEIVABLES LLC v. RAMOS; JOSE, 07SC 0005239, 6/15/2007, CIVIL SUIT, WILL COUNTY,
ILLINOIS
PALLINO RECEIVABLES LLC

49. PALLINO RECEIVABLES LLC v. TANNER; JON, 07SC 0002065, 5/10/2007, CIVIL SUIT, WINNEBAGO
COUNTY, WISCONSIN
PALLINO RECEIVABLES LLC

50. RAMOS; JOSE, 07SC 0005239, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

51. RAMOS; JOSE Jr, 07SC005239, SMALL CLAIMS JUDGMENT, 06/15/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

52. REYES; CARMELA, 07M1 0195086, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II

53. SHEARS; MAE, 07M1 0198960, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II LLC          UICI ...

54. SMITH; NICOLE, 07M1 0166289, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II LLC          PROVIDIAN ...

Page 6

55. SMYTHE;SVEN, 07SC 0008234, 11/21/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES II LLC

56. SPAULDING; CYNTHIA, 07M1 0152446, 7/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

57. SPOON,WENDI, 07SC005290, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

58. SUGG,DEBRA, 07SC100, SMALL CLAIMS JUDGMENT, 07/16/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

59. TANNER;JON, 07SC 0002065, 6/26/2007, JUDGMENT, WINNEBAGO COUNTY, WISCONSIN
PALLINO RECEIVABLES LLC

60. TANNER,JON Jr, 07SC2065, SMALL CLAIMS JUDGMENT, 06/26/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LL

61. TOLLIVER; THURSTON, 07M1 0195154, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

62. WILLIAMS; IVERY, 07M1 0170682, 11/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II       PROVIDIAN NATIONAL  ...

63. WILLIAMS; EMMA J, 07M1 0170660, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II       ORCHARD BANK  ...

64. WOHLHART;ROSE, et al., 07SC 0003595, 10/31/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

65. YOUNG; YVETTE, 07M1 0156106, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

66. ZAVADA; ROBERT, 07M1 0195166, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT

PALLINO RECEIVABLES II LLC

67. ADAMS,TEENA, 07SC2008, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

68. PIERCE,GAYLA, 07SC005251, SMALL CLAIMS JUDGMENT, 10/04/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES II

69. MILLER,MONICA, 07SC4043, SMALL CLAIMS JUDGMENT, 09/24/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES

70. FRISELL,DIANE, 07SC273, SMALL CLAIMS JUDGMENT, 09/04/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

71. JOSE,BAVTISTA, 2007SC2251, SMALL CLAIMS JUDGMENT, 10/11/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

72. WINKLEMAN,CHRISTINE, 07SC1467, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND
LIENS
PALLINO RECEIVABLES

73. EDWARDS,DONNA, 07SC803, SMALL CLAIMS JUDGMENT, 12/19/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES I LLC

74. O REILLY,PATRICIA, 07SC435, SMALL CLAIMS JUDGMENT, 09/12/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

75. REILLY,PATRICIA (aka), 07SC435, SMALL CLAIMS JUDGMENT, 09/12/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC