# EXHIBIT 18

1210V5

Time of Request: Wednesday, March 26, 2008  12:40:46 EST
Client ID/Project Name: 21079
Number of Lines: 4540
Job Number:    1821:83386289

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 1-663
Source: IL Public Records, Combined
Search Terms: "elite recovery" and date(geq (01/01/2007) and leq (12/31/2007))

Focus Terms: "elite recovery" /s services and date(geq (01/01/2007) and leq
   (12/31/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. ABBATIELLO;JOHN, 07SC 0002378, 5/18/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
ELITE RECOVERY SERVICES INC

2. ABERNATHY; RENEE Y, et al., 06M1 0151034, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC

3. ADAMS,GERALDINE, 07SC006227, SMALL CLAIMS JUDGMENT, 07/26/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

4. ADETOLA; OLABODE S, 07M1 0151709, 7/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC        HOUSEHOLD BANK

5. AGUILERA,JUANITA, 07SC006241, SMALL CLAIMS JUDGMENT, 07/26/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

6. ALI,JAMIL S, 07SC004379, SMALL CLAIMS JUDGMENT, 05/24/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

7. ALKILANI; YOSOUR A, et al., 06M1 0150988, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC

8. ALMAGUER; MARCIAL B, 07M1 0109667, 3/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
HOUSEHOLD BANK        ELITE RECOVERY SERVICES

9. ALONSO; FELIPE, 07M1 0163869, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ELITE RECOVERY SERVICES INC

10. ANDERSON,KEVIN M, 07SC001704, SMALL CLAIMS JUDGMENT, 04/04/2007, IL JUDGMENTS AND
LIENS
ELITE RECOVERY SERVICES INC

11. ANDERSON;KEVIN M, 07SC 0001704, 4/26/2007, JUDGMENT, KANE COUNTY, ILLINOIS
ELITE RECOVERY SERVICES INC

657. GARCIA,MARIA R, 07SC3746, SMALL CLAIMS JUDGMENT, 06/13/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

658. JIMENEZ,ROSA M, 07SC3939, SMALL CLAIMS JUDGMENT, 08/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

659. HALE,STEVEN, 07SC621, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

660. EWING,CHRISTOPHER M, 07SC2416, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND
LIENS
ELITE RECOVERY SERVICES

661. GEIL,HELEN E, 07SC2417, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES

662. HIATT,HELEENA M, 07SC2418, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES

663. JERRELL,JANICE E, 07SC184, SMALL CLAIMS JUDGMENT, 09/13/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

# EXHIBIT 19

1210V5

Time of Request: Wednesday, March 26, 2008  13:06:43 EST
Client ID/Project Name: 21088
Number of Lines: 115
Job Number:      1862:83392221

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1700-1706
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (01/01/2007) and leq (03/31/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. ABEL,JENNIFER, 06SC4867, SMALL CLAIMS JUDGMENT, 01/16/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2. ABURISH; ISHAK, 07SC 0000876, 2/27/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
MRC RECEIVABLES CORP.

3. ABURISH,ISHAK, 07SC876, SMALL CLAIMS JUDGMENT, 02/27/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

4. ACOSTA;HORACIO, 06SC 0005815, 1/17/2007, JUDGMENT, KANE COUNTY, ILLINOIS
MRC RECEIVABLES CORP

5. ADAMS; MICHAEL, et al., 06M1 0148671, 2/22/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES CORPORATION

6. AGBABIAKA,ABIOLA, 07SC001357, SMALL CLAIMS JUDGMENT, 03/23/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORPORATION

7. AGUILAR; MAURO, 06M1 0170423, 3/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

8. AGUILAR,MAURO, 06M1170423, CIVIL JUDGMENT, 03/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES

9. AGUIRRE; SARA, et al., 06M1 0149927, 1/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

10. AHLE;TOM, 07SC 0001015, 3/26/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
MRC RECEIVABLES CORP

1700. SOWKA,STACY, 2006SC227, SMALL CLAIMS JUDGMENT RELEASE, 04/28/2006, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORP
11/26/2007

Page 2

1701. MAGNER,DAVID, 07SC370, SMALL CLAIMS JUDGMENT, 03/22/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1702. MCCLUSKEY,BRIAN, 07SC352, SMALL CLAIMS JUDGMENT RELEASE, 02/26/2007, IL JUDGMENTS
AND LIENS
MRC RECEIVABLES CORP
08/31/2007

1703. DANEHOWER,ANNE, 06SC1269, SMALL CLAIMS JUDGMENT RELEASE, 07/25/2006, IL JUDGMENTS
AND LIENS
MRC RECEIVABLES CORP
01/23/2008

1704. SHARPE,ROBERT, 07SC308, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1705. MESSERSMITH,JAMES, 07SC310, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORPORATION

1706. TABOADA,SONDRA, 07SC311, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1210V5

Time of Request: Wednesday, March 26, 2008  13:08:08 EST
Client ID/Project Name: 21088
Number of Lines: 134
Job Number:      1822:83392536

Research Information

Service:    Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 2431-2440
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (04/01/2007) and leq (06/30/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. ABALLAN,KHADER A, 07M1116825, CIVIL JUDGMENT, 04/10/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

2. ABDALLAH,KHADER A, 07M1116825, CIVIL JUDGMENT, 04/10/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

3. ABDELHAMID; FAYEZ, 07M1 0141832, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

4. ABDELHAMID,FAYEZ, 07M1141832, CIVIL JUDGMENT, 06/28/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

5. ABERLE,STEVEN, 07SC751, SMALL CLAIMS JUDGMENT, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

6. ABRAHAM; LESTER, 07M1 0131492, 5/22/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

7. ABRAHAM,LESTER, 07M1131492, CIVIL JUDGMENT, 05/22/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

8. ABUFARE; NESPRIN, 07M1 0117205, 4/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORPORATION

9. ABUFARE,NESRIN, 07M1117205, CIVIL JUDGMENT, 04/09/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

10. ADEKALE; EMMANUEL, 07M1 0134710, 6/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

2431. MOSBY,LUCILLE, 07M1141913, CIVIL JUDGMENT RELEASE, 06/28/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO
01/30/2008

2432. DECKER,JAMES, 07SC183, SMALL CLAIMS JUDGMENT, 04/03/2007, IL JUDGMENTS AND LIENS

Page 2

MRC RECEIVABLES CORPORATION

2433. ROBINSON,LORI, 07SC244, SMALL CLAIMS JUDGMENT, 04/24/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2434. DENNIS,TABATHA, 07SC247, SMALL CLAIMS JUDGMENT, 04/27/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2435. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

2436. MCCLURE,PATRICK, 07SC336, SMALL CLAIMS JUDGMENT, 05/30/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2437. BLOOMBERG,RACHEL, 07SC425, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORP

2438. QUINN,JAMES, 07SC430, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2439. DEKEZEL,JESSICA, 07SC432, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2440. KELLER,MADOLYN, 07SC439, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1210V5

Time of Request: Wednesday, March 26, 2008  13:09:33 EST
Client ID/Project Name: 21088
Number of Lines: 102
Job Number:      1842:83392876

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1370-1374
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (07/01/2007) and leq (09/30/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. ABDULLAH; HAKAM, 06M1 0178953, 7/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

2. ABDULLAH,HAKAM, 06M1178953, CIVIL JUDGMENT, 07/05/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

3. ADAMS,JOHN, 07SC102, SMALL CLAIMS JUDGMENT, 07/03/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

4. ADAMS; MARY, 07M1 0106013, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

5. ADAMS,MARY, 07M1106013, CIVIL JUDGMENT, 07/17/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

6. AGOZZINO; ROBIN, et al., 07M1 0104864, 9/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

7. AHMED; JUDITH, et al., 07M1 0105259, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

8. AKINS; JACQUELINE, 07M1 0169709, 8/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

9. ALEXEAS; SKYLAR, 07M1 0159689, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

10. ALLEN; ARMEAN, 07M1 0123633, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

1370. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

Page 2

1371. BYRD,STEVEN, 07SC327, SMALL CLAIMS JUDGMENT, 07/31/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1372. JACOBS,KATHY, 07SC129, SMALL CLAIMS JUDGMENT, 07/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1373. COCKBURN,JASON, 07SC005231, CIVIL DISMISSAL, 07/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION
07/26/2007

1374. COCKBURN,JASON, 07SC5231, CIVIL DISMISSAL, 07/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION
07/26/2007

1210V5

Time of Request: Wednesday, March 26, 2008  13:10:53 EST
Client ID/Project Name: 21088
Number of Lines: 115
Job Number:      1861:83393169

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1860-1866
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (10/01/2007) and leq (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. ACUNA; ANAIS, 07M1 0140759, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

2. ADAM; VICKY, et al., 07M1 0138734, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

3. ADAMS; ALTON, et al., 07M1 0159757, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

4. ADAMS; LARCENIA, 07M1 0150819, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

5. ADAMS; LOUISE, 07M1 0121134, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

6. ADAMSON; GLORIA, et al., 07M1 0113686, 10/2/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORPORATION

7. ADDISON; MINDOTE, et al., 07M1 0139998, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

8. ADEFUMI; OLU, 07M1 0149582, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

9. AFFUL; BERNARD, 07M1 0111913, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

10. AGREST; JUDY, 07M1 0193245, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

1860. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

1861. JARVIS,LAURA, 07SC340, SMALL CLAIMS JUDGMENT, 10/29/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1862. CRABTREE,MISTY, 07SC234, SMALL CLAIMS JUDGMENT, 11/21/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1863. BOWER,SKYLER, 07SC266, SMALL CLAIMS JUDGMENT, 11/29/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1864. PLOWMAN,LUELLA, 07SC132, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1865. WIERICH,TRAVIS, 07SC228, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1866. MASSEY,CHRISTIE, 07SC350, SMALL CLAIMS JUDGMENT, 11/14/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

# EXHIBIT 20

1210V5

Time of Request: Friday, April 04, 2008   13:05:32 EST
Client ID/Project Name: 20760
Number of Lines: 2476
Job Number:      1822:85283603

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 1-358
Source: IL Public Records, Combined
Search Terms: pinnacle and date(geq (01/01/2007) and leq (12/31/2007))

Focus Terms: pinnacle /s credit and date(geq (01/01/2007) and leq (12/31/2007))

Send to:   ASCHENBRENER, MICHAEL
           EDELMAN COMBS & LATTURNER
           120 S LA SALLE ST FL 18
           CHICAGO, IL 60603-3593

1. ABBAS; CLARA, 07M1 0186798, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PINNACLE CREDIT SERVICES        HOUSEHOLD      UICI       ...

2. ADAMS;LINDA M, 07SC 0002270, 8/8/2007, JUDGMENT, PEORIA COUNTY, ILLINOIS
PINNACLE CREDIT SERVICES

3. ADAMS,LINDA M, 07SC2270, SMALL CLAIMS JUDGMENT, 08/08/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES

4. AVILA,GUADALUPE, 07SC003846, SMALL CLAIMS JUDGMENT, 07/12/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES LLC

5. AVILA;GUADALUPE, 07SC 0003846, 8/21/2007, JUDGMENT, KANE COUNTY, ILLINOIS
PINNACLE CREDIT SERVICES LLC

6. BACON; DAISY E, 07M1 0179022, 10/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PINNACLE CREDIT SERVICES LLC

7. BADSTEBNER,DIANNA L, 07SC546, SMALL CLAIMS JUDGMENT, 07/05/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES

8. BAIDY;ARTIMESE M, 07SC 0006975, 11/16/2007, JUDGMENT, SANGAMON COUNTY, ILLINOIS
PINNACLE CREDIT SERVICES LLC

9. BATISTA; EFRAIN, 07M1 0177831, 10/11/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PINNACLE CREDIT SERVICES        NATIONAL CITY ...

10. BEVAN;ROBERT J, 07SC 0007301, 11/5/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
PINNACLE CREDIT SERVICES LLC

11. BLACKBURN; ANDRIA, 07M1 0178077, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PINNACLE CREDIT SRVCS        FIRST CONSUMERS ...

12. BOWMAN; JACQUELINE M, 07M1 0150833, 7/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST

342. KILLINGS,JAMES L, 2007SC1596, SMALL CLAIMS JUDGMENT, 12/03/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES LLC

343. KOIS,DEBRA L, 07SC006000, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES LLC

344. KOLSCHOWSKY,LEONARD R, 07SC006026, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS
AND LIENS
PINNACLE CREDIT SERVICES LLC

345. WALLS,CLYDE, 07M1173474, CIVIL JUDGMENT, 11/26/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT

346. SOKOL,THOMAS, 07M1178498, CIVIL JUDGMENT, 12/11/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT

347. PASCHEN,CHERYL M, 07M1182222, CIVIL JUDGMENT, 11/26/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

348. LUNA,GEORGE I, 07M1190594, CIVIL JUDGMENT, 11/27/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

349. MEEKS,BETTY, 07M1192645, CIVIL JUDGMENT, 11/08/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT

350. BAKER,BELINDA G, 2007SC535, SMALL CLAIMS JUDGMENT, 12/21/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES LLC

351. QATANANI,ZIAD A, 07M1167198, CIVIL JUDGMENT, 12/18/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

352. CHHIM,BUNKHAM, 07M1169687, CIVIL JUDGMENT, 12/31/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

353. LEONARD,ENIX, 07M1178492, CIVIL JUDGMENT, 12/11/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT

354. PIPPEN,CYNTHIA, 07M1178616, CIVIL JUDGMENT, 12/11/2007, IL JUDGMENTS AND LIENS

PINNACLE CREDIT SE

355. COOK,JAMES B Jr, 07M1184349, CIVIL JUDGMENT, 12/18/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

356. WILLIAMS,DORJAN C, 07M1209148, CIVIL JUDGMENT, 12/20/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SE

357. PENSGARD,SCOTT A, 07SC1564, SMALL CLAIMS JUDGMENT, 12/12/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVIC

358. REED,MONIKA, 07SC1328, SMALL CLAIMS JUDGMENT, 12/17/2007, IL JUDGMENTS AND LIENS
PINNACLE CREDIT SERVICES LLC