**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEPHANIE SYLVERNE, LOVENIA J.               )
BREWER, JOAN BRADLEY, JOSEPH J.              )
PECARO, ANDREW T. KINGSTON,                  )
ARIEL CAHILIG, DALE MACHALLECK,              )
JUANITA HERRON, SANDRA CASE, and             )
HANI A. HAMAD,                               )
on behalf of plaintiffs and the classes      )
described herein                             )
                                             )    08 C 31
           Plaintiffs,   )    Judge Guzman
                                             )
        v.                 )    Magistrate Judge Schenkier
                                             )
ARROW FINANCIAL SERVICES, L.L.C.,            )
TRIUMPH PARTNERSHIPS, LLC,                   )
NORTH STAR CAPITAL ACQUISITION LLC,          )
PALLINO RECEIVABLES LLC,                     )
ELITE RECOVERY SERVICES, INC.,               )
MRC RECEIVABLES CORPORATION,                 )
PINNACLE CREDIT SERVICES, LLC,               )    **JURY DEMANDED**
DATA SEARCH N.Y., INC. d/b/a TRAK            )
AMERICA, LLC and TRAK AMERICA,               )
                                             )
           Defendants.   )

<u>**NOTICE OF FILING**</u>

       **PLEASE TAKE NOTICE** that on June 13, 2008 we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document: **MEMORANDUM IN SUPPORT OF PLAINTIFFS' FIRST AMENDED CONSOLIDATED MOTION FOR CLASS CERTIFICATION.**

                                          s/Michael J. Aschenbrener
                                          Michael J. Aschenbrener

Daniel A. Edelman

1

Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

     I, Michael J. Aschenbrener, hereby certify that on June 13, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000

Thomas Dutton
Matthew Gray
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

Michael True
Joseph Messer
Messer and Stilip, LLP
166 W. Washington, Suite 300
Chicago, IL 60602

     s/Michael J. Aschenbrener
     Michael J. Aschenbrener

2