**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHLIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | No. 08 C 31 |
| v. | ) ) ) | Judge Guzman<br>Magistrate Judge Schenkier |
| ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITIONS LLC, PALLINO RECEIVABLES LLC, ELITE RECEOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on the **19th** day of **June 2008** at **9:30 a.m.**, or as soon thereafter as this Motion may be heard, I shall appear before the Honorable Judge Guzman, or any judge sitting in his/her stead in Courtroom 1219 in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **Motion To Dismiss Plaintiffs' Class Action Complaint**, a copy of which is hereby served upon you.

Respectfully submitted,

**By:**   /s/ J. Michael True
Attorney # 6279941
Attorney for Defendants
Messer & Stilp, Ltd., #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com

CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the following:

**Daniel A. Edelman**
**James O. Latturner**
**Cathleen M. Combs**
**Michael James Aschenbrener**
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle
Suite 1800
Chicago, IL 60603
612 298 8381
courtecl@edcombs.com
jlatturner@edcombs.com
ccombs@edcombs.com
maschenbrener@edcombs.com

**David M Schultz**
**Todd Philip Stelter**
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081
(312) 704-3000
dschultz@hinshawlaw.com
tstelter@hinshawlaw.com

**Thomas Dutton**
**Matthew Gray**
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601

/s/ J. Michael True
Attorney # 6279941
Attorney for Defendant
Messer & Stilp, Ltd. #36703
166 W. Washington, Suite 300
Chicago, IL 60602
(312) 334-FIRM (3476)
(312) 334-3404 (Fax)
true@messerstilp.com