# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                Case Number: 08 C 31

STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY,
JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG,
DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and
HANI A. HAMAD, on behalf of plaintiffs and the classes described herein,
                                   Plaintiffs
            v.
ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS,
LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO
RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC
RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC,
DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK
AMERICA,
                                   Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

PINNACLE CREDIT SERVICES LLC

| |
|---|
| NAME (Type or print)<br>Thomas E. Dutton |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas E. Dutton |
| FIRM<br>Greenberg Traurig, LLP |
| STREET ADDRESS<br>77 West Wacker Drive, Suite 2500 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60601-1732 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6195923 | TELEPHONE NUMBER<br>312-456-8400 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

CHI 57,290,198v1