IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, individually and on behalf of the classes defined herein, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 31 |
| v. | ) ) | Judge Guzman |
| ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY, | ) ) ) | 08 C 3836 |
| Plaintiff, | ) ) | Judge Guzman |
| v. | ) ) | Magistrate Judge Cole |
| DATA SEACH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC, | ) ) ) ) | |
| Defendants, | ) | |

**PLAINTIFF DUFFY'S MOTION TO REASSIGN CASES AS RELATED**

1

NOW COMES, Plaintiff Michelle Duffy f/k/a Michelle Duffy Pilny ("Plaintiff Duffy") and motions this Honorable Court to reassign as related under Local Rule 40.4 this matter Case Number 08 C 3686, before this Court, with Case Number 08 C 31 that is also currently pending before this Court.

In support of this motion, Plaintiff states as follows:

1. On January 2, 2008, the plaintiff in *Sylverne v. Data Search N.Y., Inc.*, 08 C 31 (N.D. Ill.), filed a class action complaint alleging violations of the Fair Debt Collection Practice Act ("FDCPA").

2. Other cases have been reassigned based on relatedness to the *Sylverne* matter. *Sylverne v. Data Search N.Y., Inc.*, 08 C 31, Dkt. 60, Memorandum and Opinion (N.D. Ill. May 28, 2008) (granting motion to consolidate class actions); *Id.*, Dkt. 83, Minute Order (N.D. Ill. June 20, 2008) (granting motion to reassign case *Hamad v. Pinnacle Credit Services LLC, et al*, 08 C 2188 based on relatedness).

3. In *Sylverne*, the plaintiff alleges that Track America violated the FDCPA by submitting an affidavit to collect a debt from Plaintiff that: (1) conceals the identity of the company for whom the affiant works for, and (2) falsely states that the affiant has personal knowledge of certain information contained in the affidavit.

4. In *Sylverne*, the plaintiff has moved this Court to certify a class defined as:

> Class A is by plaintiffs Sylverne, Bradley, Kingston, Herron, and Hamad. Class A consists of (a) all individuals (b) against whom legal proceedings were filed in Illinois, (c) on or after January 2, 2007 (one year prior to the date of the original filing of this action) and on or before March 25, 2008 (20 days after the filing of *Machalleck v. Data Search N.Y., Inc., et al.,* Case No. 08 C 1340), (d) in which was filed (e) an affidavit in the form of Exhibits 1, 3, 5, 8, and 10 (f) where the affiant was employed by Trak America.

5. Plaintiff Duffy is a person defined by the class definition above.

6. On July 7, 2008, Plaintiff Duffy filed her individual Complaint against Trak America and Blitt & Gaines, PC. alleging the same violations under the FDCPA regarding the affidavit attached to the state court complaint as in *Sylverne*, and that Trak America and Blitt & Gaines, PC sued her on a debt that she did not owe and was time barred in any event. A copy of Plaintiff Duffy's Complaint is attached hereto as Appendix 1.

7. Just like in *Sylverne*, Plaintiff Duffy claims under the FDCPA the exact form affidavit attached as an exhibit to the state court complaint filed against her (1) conceals the identity of the company for whom the affiant works for, and (2) falsely states that the affiant has personal knowledge of certain information contained in the affidavit.

8. Relatedness of the cases satisfy Local Rule 40.4(b) in that:

(1) Both cases are pending in the Northern District of Illinois in front of the same judge;

(2) the handling of both cases by the same judge at the same time is likely to result in a substantial savings of judicial time and effort as both cases involve the same issues of law and fact, require nearly the same discovery regarding the affidavit, and is against the same Defendant Trak America;

(3) the *Sylverne* matter has not progressed to a point where designating the Duffy case would delay the *Sylverne* proceeding; and

(4) these two matters are susceptible of disposition in a single proceeding as to the affidavit claims as they both arise out of Defendants' same illegal practice

WHEREFORE Plaintiff Duffy requests this Honorable Court to reassign as related under Local Rule 40.4 this matter, Case Number 08 C 3836, with Case Number 08 C 31 that is currently pending before this Court.

Respectfully submitted,

s/ Curtis C. Warner
Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
Millennium Park Plaza
155 N. Michigan Ave. Ste. 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

Laura K. Bautista
205 W. Monroe, 4th Floor
Chicago, IL 60606
(773) 512-5796 (TEL)