IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, individually and on behalf of the classes defined herein, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 31 |
| v. | ) ) | Judge Guzman |
| ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | | |
|---|---|---|
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY, | ) ) ) | 08 C 3836 |
| Plaintiff, | ) ) | Judge Guzman |
| v. | ) ) | Magistrate Judge Cole |
| DATA SEACH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC, | ) ) ) ) | |
| Defendants, | ) | |

**NOTICE OF MOTION**

1

PLEASE TAKE NOTICE that on **Thursday, July 10, 2008, at 9:30 a.m**., before the Honorable Ronald A. Guzman, or any judge occupying his place and stead in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, 60604, Plaintiff Duffy shall present **Plaintiff Duffy's Motion to Reassign as Related.**

                                                    Respectfully submitted,

                                                    s/ Curtis C. Warner
                                                      Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

## CERTIFICATE OF SERVICE

I, Curtis C. Warner, hereby certify that on July 7, 2008, I filed electronically **Plaintiff Duffy's Motion to Reassign as Related and notice of the motion thereof** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered to the following:

Daniel A. Edelman                courtecl@edcombs.com
Cathleen M. Combs             ccombs@edcombs.com
James O. Latturner              jlatturner@edcombs.com
Michael James Aschenbrener    maschenbrener@edcombs.com
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
*Attorneys for Plaintiffs*

David M Schultz                  dschultz@hinshawlaw.com
Todd Philip Stelter               tstelter@hinshawlaw.com
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081

*Attorneys for Defendant Data Search N.Y., Inc.*
*d/b/a Trak America, LLC*

Joseph Shaw Messer        messer@messerstilp.com
James Michael True        true@messerstilp.com
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602
*Attorneys for Triumph Partnerships, LLC*

Thomas E. Dutton          duttont@gtlaw.com
Matthew Scott Gray        graym@gtlaw.com
Greenberg Traurig
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
*Attorneys for Pinnacle Credit Services, LLC*

   A copy was also sent via the manner in which service of process is being attempted upon Defendants and a copy was sent via e-mail to:

BLITT & GAINES PC
Fred Blitt               fred@blittandgaines.com
661 Glenn Avenue
Wheeling, Illinois 60090

          Respectfully submitted,

          <u>s/ Curtis C. Warner</u>
           Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)