# EXHIBIT 15

1210V5

Time of Request: Wednesday, March 26, 2008  13:33:03 EST
Client ID/Project Name: 21089
Number of Lines: 137
Job Number:      1862:83398124

Research Information

Service:   Terms and Connectors Search
Print Request: All Documents 1-20
Source: IL Public Records, Combined
Search Terms: "triumph partnerships" or tirumph and date(geq (01/01/2007) and
    leq (12/31/2007))

Send to: ASCHENBRENER, MYCHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

1. BERTOLA; MATTHEW J, 06M1 0187095, 6/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

2. BLOWERS,BERNARD C, 07SC006485, SMALL CLAIMS JUDGMENT, 08/09/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LL ET AL

3. BROACH; MARY A, 06M1 0154717, 4/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

4. BYRD; THERESA, 06M1 0156578, 2/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

5. CLARK; TONIA S, 06M1 0151853, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

6. DORTCH; NICOLE, et al., 06M1 0152245, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

7. FELTHOUSE;DENNIS, 06SC 0004543, 6/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

8. FURTAK; EDWARD, 06M1 0156585, 5/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

9. GARCIA; LUIS A, 06M1 0156590, 12/7/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS

10. GUZMAN;CARLOS M, 07SC 0010018, 12/17/2007, JUDGMENT, WILL COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS

11. HERNANDEZ; JAVIER, 06M1 0151055, 6/12/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

TRIUMPH PARTNERSHIPS LLC

12. NEVAREZ; IRMA, 06M1 0151862, 11/1/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

13. RODRIGUEZ; RENE, 06M1 0172079, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

14. SALINAS;LIBETH, 07SC 0007298, 10/22/2007, JUDGMENT, DUPAGE COUNTY; ILLINOIS
TRIUMPH PARTNERSHIPS LLC

15. SMITH; TIESHA L, 06M1 0163267, 5/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
TRIUMPH PARTNERSHIPS

16. SUAREZ;GLORIA, 07SC 0003464, 10/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
TRIUMPH PARTNERSHIPS LLC

17. TRIUMPH PARTNERSHIPS LLC, et al. v. LEE; JOE, 07M1 0192756, 9/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC        HSBC CARD ...

18. TRIUMPH PARTNERSHIPS LLC , et al. v. TORNABENE; FRANK S, et al., 07M1 0205955, 10/24/2007, CIVIL
SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC        GE MONEY ...

19. VALENZUELA; BERNAVE, 06M1 0156595, 2/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
TRIUMPH PARTNERSHIPS LLC

20. SUAREZ,GLORIA, 07SC3464, SMALL CLAIMS JUDGMENT, 10/11/2007, IL JUDGMENTS AND LIENS
TRIUMPH PARTNERSHIPS LLC

# EXHIBIT 16

1210V5

Time of Request: Wednesday, March 26, 2008  12:12:16 EST
Client ID/Project Name: 20801
Number of Lines: 128
Job Number:      2822:83379012

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1000-1008
Source: IL Public Records, Combined
Search Terms: "north star capital" and date(geq (01/01/2007) and leq
   (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. A BERARDI CONSTRUCTION, 07SC 0005018, 7/25/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

2. ABRAHAM;MARIA, 07SC 0005370, 8/9/2007, JUDGMENT, WILL COUNTY, ILLINOIS
NORTH STAR CAPITAL

3. AHMED; SAGEER, 06MI 0194267, 6/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITIONS        WELLS FARGO ...

4. AHMED,SAGEER, 06M1194267, CIVIL JUDGMENT, 06/25/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

5. ALLEN; KEVIN, 06MI 0181120, 10/16/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

6. ALMARALES,JUAN M, 07SC000475, SMALL CLAIMS JUDGMENT, 03/01/2007, IL JUDGMENTS AND
LIENS
NORTH STAR CAPITAL ACQUISITIONS

7. ALMARALES;JUAN M, 07SC 0000475, 3/1/2007, JUDGMENT, KANE COUNTY, ILLINOIS
NORTH STAR CAPITAL ACQUISITIONS LLC

8. ATKINS; KAREN E, 07MI 0214294, 12/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
NORTH STAR CAPITAL ACQUISITION

9. AURENZ; STEVEN, 05MI 0173475, 8/8/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS

10. AUSTIN; TERRENCE G, 06MI 0193404, 1/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
NORTH STAR CAPITAL ACQUISITIONS LLC

1000. DEANDA,ROBERT A, 07M1214565, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

Page 2

1001. MURRAY,BARBARA M, 07M1214908, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1002. COLBURN,MICHAEL P, 07M1214910, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1003. DAVIS,CARON B, 07M1214912, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1004. DAVIS,GLENDELL H, 07M1214914, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1005. NIEDER,KRYSTYNA, 07M1214917, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1006. PACE,BETTY J, 07M1214933, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1007. CATAYONG,RODNEY C, 07M1214935, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

1008. PINKARD,WILLIE L, 07M1214937, CIVIL JUDGMENT, 12/27/2007, IL JUDGMENTS AND LIENS
NORTH STAR CAPITAL

# EXHIBIT 17

1210V5

Time of Request: Wednesday, March 26, 2008  11:24:34 EST
Client ID/Project Name: 20800
Number of Lines: 514
Job Number:    1841:83363663

Research Information

Service:   FOCUS(TM) Feature
Print Request: All Documents 1-75
Source: IL Public Records, Combined
Search Terms: pallino and date(geq (01/01/2007) and leq (12/31/2007))

Focus Terms: pallino /s receivables and date(geq (01/01/2007) and leq
  (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. BIRSA;JOHN, et al., 07SC 0005285, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

2. BIRSA;JOHN, 07SC005285, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

3. CAHILIG,ARIEL, 07SC005419, SMALL CLAIMS JUDGMENT, 06/20/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

4. COGGINS;DENNIS, 07SC 0005300, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

5. COGGINS,DENNIS, 07SC005300, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

6. COLLINS; CHERYL, et al., 07M1 0152232, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

7. COOKE; LATRICE, et al., 07M1 0152231, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

8. CRAMER; WILMA, 07M1 0153124, 7/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

9. CROSS; DOROTHY, 07M1 0155739, 11/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

10. DUNNING; ZANITRA, 07M1 0152881, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

11. FOX; MELISSA, et al., 07M1 0155987, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES

Page 2

12. FOX; MELISSA, 07M1 0155987, 11/27/2007, GARNISHMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

13. GIOVENCO; RACHAEL, 07M1 0195157, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

14. HOYLE; KEENA, 07M1 0195158, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

15. HULL; GAIL, 07M1 0177871, 10/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        PROVIDIAN ...

16. JAMES; LEON, 07M1 0155652, 12/3/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES

17. JONES,KATHERINE, 07SC2685, SMALL CLAIMS JUDGMENT, 06/27/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

18. JOSE;BAVTISITA, 07SC 0002251, 10/11/2007, JUDGMENT, MACON COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

19. KENSEY; DEREK, 07M1 0195168, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

20. KNIGGE;KAREN, 07SC 0006460, 12/3/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

21. LEE; ROSEANN, 07M1 0167410, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

22. LEWIS; MARY, et al., 07M1 0190330, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

23. MACARTNEY;DOUGLAS, 07SC 0006093, 9/11/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

24. MALTAS;LINDA, 07SC 0001244, 7/3/2007, JUDGMENT, LASALLE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

25. MARTIN; MILES, 07M1 0192716, 12/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II LLC          ORCHARD ...

26. MCGHEE; ELANA, 07M1 0192819, 11/8/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES II          UICI VISA          ...

27. MUHAMMAD; CALVIN, et al., 07M1 0153075, 7/10/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

28. OCAMPO;JULIE, 07SC 0005440, 9/21/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

29. OCAMPO;JULIE, 07SC 0005440, 12/13/2007, GARNISHMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

30. ONESTI;DEANNE, 07SC 0006488, 11/2/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

31. PALLINO RECEIVABLES II LLC, et al. v. IVORY; BRIAN, 07M1 0253879, 12/18/2007, CIVIL SUIT, COOK
COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          ORCHARD ...

32. PALLINO RECEIVABLES LLC v. JAMES;SHERICE, 07SC 0001050, 5/2/2007, CIVIL SUIT, MACON
COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

33. PALLINO RECEIVABLES II LLC, et al. v. TAYLOR; SANDRA, et al., 07M1 0207090, 10/26/2007, CIVIL
SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC          UICI ...

34. PALLINO RECEIVABLES LLC v. BIRSA;JOHN, et al., 07SC 0005285, 6/18/2007, CIVIL SUIT, WILL

COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

35. PALLINO RECEIVABLES LLC v. SPOON;WENDI, et al., 07SC 0005290, 6/18/2007, CIVIL SUIT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

36. PALLINO RECEIVABLES LLC v. COGGINS;DENNIS, 07SC 0005300, 6/18/2007, CIVIL SUIT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

37. PALLINO RECEIVABLES LLC v. CAHLIG;ARIEL, 07SC 0005419, 6/20/2007, CIVIL SUIT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

38. PALLINO RECEIVABLES II, et al. v. HULL; GAIL, 07M1 0177871, 8/6/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II        PROVIDIAN NATIONAL ...

39. PALLINO RECEIVABLES II LLC, et al. v. JOHNSON; IMESHA, 07M1 0177877, 8/6/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        PROVIDIAN ...

40. PALLINO RECEIVABLES II LLC, et al. v. JOHNSON; GERALD, 07M1 0177898, 8/6/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        ORCHARD ...

41. PALLINO RECEIVABLES II LLC, et al. v. HAMPTON; CANDACE, 07M1 0178065, 8/6/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        ORCHARD ...

42. PALLINO RECEIVABLES II, et al. v. SHEARS; MAE, 05M1 0198960, 10/3/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II        UICI VISA / ...

43. PALLINO RECEIVABLES, et al. v. MUGADILI; LEONARD, 07M1 0192614, 9/14/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES        ORCHARD BANK VISA/ ...

44. PALLINO RECEIVABLES II LLC, et al. v. MARTIN; MILES, 07M1 0192716, 9/18/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT

PALLINO RECEIVABLES II LLC        ORCHARD ...

45. PALLINO RECEIVABLES II, et al. v. MCGHEE; BLANA, 07M1 0192819, 9/18/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II        UICI VISA / ...

46. PALLINO RECEIVABLES II LLC, et al. v. RAMOS; IGNACIO, 07M1 0198011, 10/2/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        ORCHARD ...

47. PALLINO RECEIVABLES II LLC, et al. v. ROMERO; FELIPE, 07M1 0198012, 10/2/2007, CIVIL SUIT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        PROVIDIAN ...

48. PALLINO RECEIVABLES LLC v. RAMOS;JOSE, 07SC 0005239, 6/15/2007, CIVIL SUIT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

49. PALLINO RECEIVABLES LLC v. TANNER;JON, 07SC 0002065, 5/10/2007, CIVIL SUIT, WINNEBAGO COUNTY, WISCONSIN
PALLINO RECEIVABLES LLC

50. RAMOS;JOSE, 07SC 0005239, 7/27/2007, JUDGMENT, WILL COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

51. RAMOS;JOSE Jr, 07SC005239, SMALL CLAIMS JUDGMENT, 06/15/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

52. REYES; CARMELA, 07M1 0195086, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

53. SHEARS; MAE, 07M1 0198960, 11/29/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        UICI ...

54. SMITH; NICOLE, 07M1 0166289, 9/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
PALLINO RECEIVABLES II LLC        PROVIDIAN ...

55. SMYTHE;SVEN, 07SC 0008234, 11/21/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
PALLINO RECEIVABLES II LLC

56. SPAULDING; CYNTHIA, 07M1 0152446, 7/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES LLC

57. SPOON,WENDI, 07SC005290, SMALL CLAIMS JUDGMENT, 06/18/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

58. SUGG,DEBRA, 07SC100, SMALL CLAIMS JUDGMENT, 07/16/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

59. TANNER;JON, 07SC 0002065, 6/26/2007, JUDGMENT, WINNEBAGO COUNTY, WISCONSIN
PALLINO RECEIVABLES LLC

60. TANNER,JON Jr, 07SC2065, SMALL CLAIMS JUDGMENT, 06/26/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LL

61. TOLLIVER; THURSTON, 07M1 0195154, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II

62. WILLIAMS; IVERY, 07M1 0170682, 11/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II        PROVIDIAN NATIONAL ...

63. WILLIAMS; EMMA J, 07M1 0170660, 8/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
PALLINO RECEIVABLES II        ORCHARD BANK ...

64. WOHLHART;ROSE, et al., 07SC 0003595, 10/31/2007, JUDGMENT, MCHENRY COUNTY, ILLINOIS
PALLINO RECEIVABLES LLC

65. YOUNG; YVETTE, 07M1 0156106, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
PALLINO RECEIVABLES

66. ZAVADA; ROBERT, 07M1 0195166, 11/6/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT

PALLINO RECEIVABLES II LLC

67. ADAMS,TEENA, 07SC2008, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

68. PIERCE,GAYLA, 07SC005251, SMALL CLAIMS JUDGMENT, 10/04/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES II

69. MILLER,MONICA, 07SC4043, SMALL CLAIMS JUDGMENT, 09/24/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES

70. FRISELL,DIANE, 07SC273, SMALL CLAIMS JUDGMENT, 09/04/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

71. JOSE,BAVTISTA, 2007SC2251, SMALL CLAIMS JUDGMENT, 10/11/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

72. WINKLEMAN,CHRISTINE, 07SC1467, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND
LIENS
PALLINO RECEIVABLES

73. EDWARDS,DONNA, 07SC803, SMALL CLAIMS JUDGMENT, 12/19/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES I LLC

74. O REILLY,PATRICIA, 07SC435, SMALL CLAIMS JUDGMENT, 09/12/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

75. REILLY,PATRICIA (aka), 07SC435, SMALL CLAIMS JUDGMENT, 09/12/2007, IL JUDGMENTS AND LIENS
PALLINO RECEIVABLES LLC

# EXHIBIT 18

1210V5

Time of Request: Wednesday, March 26, 2008  12:40:46 EST
Client ID/Project Name: 21079
Number of Lines: 4540
Job Number:       1821:83386289

Research Information

Service:    FOCUS(TM) Feature
Print Request: All Documents 1-563
Source: IL Public Records, Combined
Search Terms: "elite recovery" and date(geq (01/01/2007) and leq (12/31/2007))

Focus Terms: "elite recovery" /s services and date(geq (01/01/2007) and leq
    (12/31/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

Page 1

1. ABBATIELLO;JOHN, 07SC 0002378, 5/18/2007, JUDGMENT, LAKE COUNTY, ILLINOIS
ELITE RECOVERY SERVICES INC

2. ABERNATHY; RENEE Y, et al., 06M1 0151034, 8/14/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC

3. ADAMS,GERALDINE, 07SC006227, SMALL CLAIMS JUDGMENT, 07/26/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

4. ADETOLA; OLABODE S, 07M1 0151709, 7/23/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC       HOUSEHOLD BANK

5. AGUILERA,JUANITA, 07SC006241, SMALL CLAIMS JUDGMENT, 07/26/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

6. ALI,JAMIL S, 07SC004379, SMALL CLAIMS JUDGMENT, 05/24/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

7. ALKILANI; YOSOUR A, et al., 06M1 0150988, 3/15/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
ELITE RECOVERY SERVICES INC

8. ALMAGUER; MARCIAL B, 07M1 0109667, 3/21/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
HOUSEHOLD BANK       ELITE RECOVERY SERVICES

9. ALONSO; FELIPE, 07M1 0163869, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
ELITE RECOVERY SERVICES INC

10. ANDERSON,KEVIN M, 07SC001704, SMALL CLAIMS JUDGMENT, 04/04/2007, IL JUDGMENTS AND
LIENS
ELITE RECOVERY SERVICES INC

11. ANDERSON;KEVIN M, 07SC 0001704, 4/26/2007, JUDGMENT, KANE COUNTY, ILLINOIS
ELITE RECOVERY SERVICES INC

657. GARCIA,MARIA R, 07SC3746, SMALL CLAIMS JUDGMENT, 06/13/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

658. JIMENEZ,ROSA M, 07SC3939, SMALL CLAIMS JUDGMENT, 08/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

659. HALE,STEVEN, 07SC621, SMALL CLAIMS JUDGMENT, 10/15/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

660. EWING,CHRISTOPHER M, 07SC2416, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND
LIENS
ELITE RECOVERY SERVICES

661. GEIL,HELEN E, 07SC2417, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES

662. HIATT,HELEENA M, 07SC2418, SMALL CLAIMS JUDGMENT, 01/08/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES

663. JERRELL,JANICE E, 07SC184, SMALL CLAIMS JUDGMENT, 09/13/2007, IL JUDGMENTS AND LIENS
ELITE RECOVERY SERVICES INC

# EXHIBIT 19

1210V5

Time of Request: Wednesday, March 26, 2008  13:06:43 EST
Client ID/Project Name: 21088
Number of Lines: 115
Job Number:    1862:83392221

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1700-1706
Source: IL Public Records, Combined
Search Terms: "mro receivables" and date(geq (01/01/2007) and leq (03/31/2007))

Send to: ASCHENBRENER, MICHAEL
         EDELMAN COMBS & LATTURNER
         120 S LA SALLE ST FL 18
         CHICAGO, IL 60603-3593

Page 1

1. ABEL,JENNIFER, 06SC4867, SMALL CLAIMS JUDGMENT, 01/16/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2. ABURISH; ISHAK, 07SC 0000876, 2/27/2007, JUDGMENT, DUPAGE COUNTY, ILLINOIS
MRC RECEIVABLES CORP.

3. ABURISH,ISHAK, 07SC876, SMALL CLAIMS JUDGMENT, 02/27/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

4. ACOSTA;HORACIO, 06SC 0005815, 1/17/2007, JUDGMENT, KANE COUNTY, ILLINOIS
MRC RECEIVABLES CORP

5. ADAMS; MICHAEL, et al., 06M1 0148671, 2/22/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES CORPORATION

6. AGBABIAKA,ABIOLA, 07SC001357, SMALL CLAIMS JUDGMENT, 03/23/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORPORATION

7. AGUILAR; MAURO, 06M1 0170423, 3/26/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

8. AGUILAR,MAURO, 06M1170423, CIVIL JUDGMENT, 03/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES

9. AGUIRRE; SARA, et al., 06M1 0149927, 1/30/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

10. AHLE;TOM, 07SC 0001015, 3/26/2007, JUDGMENT, ST. CLAIR COUNTY, ILLINOIS
MRC RECEIVABLES CORP

1700. SOWKA,STACY, 2006SC227, SMALL CLAIMS JUDGMENT RELEASE, 04/28/2006, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORP
11/26/2007

Page 2

1701. MAGNER,DAVID, 07SC370, SMALL CLAIMS JUDGMENT, 03/22/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1702. MCCLUSKEY,BRIAN, 07SC352, SMALL CLAIMS JUDGMENT RELEASE, 02/26/2007, IL JUDGMENTS
AND LIENS
MRC RECEIVABLES CORP
08/31/2007

1703. DANEHOWER,ANNE, 06SC1269, SMALL CLAIMS JUDGMENT RELEASE, 07/25/2006, IL JUDGMENTS
AND LIENS
MRC RECEIVABLES CORP
01/23/2008

1704. SHARPE,ROBERT, 07SC308, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1705. MESSERSMITH,JAMES, 07SC310, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORPORATION

1706. TABOADA,SONDRA, 07SC311, SMALL CLAIMS JUDGMENT, 03/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1210V5

Time of Request: Wednesday, March 26, 2008  13:08:08 EST
Client ID/Project Name: 21088
Number of Lines: 134
Job Number:      1822:83392536

Research Information

Service:   Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 2431-2440
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (04/01/2007) and leq (06/30/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. ABALLAN,KHADER A, 07M1116825, CIVIL JUDGMENT, 04/10/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

2. ABDALLAH,KHADER A, 07M1116825, CIVIL JUDGMENT, 04/10/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

3. ABDELHAMID; FAYEZ, 07M1 0141832, 6/28/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

4. ABDELHAMID,FAYEZ, 07M1141832, CIVIL JUDGMENT, 06/28/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

5. ABERLE,STEVEN, 07SC751, SMALL CLAIMS JUDGMENT, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

6. ABRAHAM; LESTER, 07M1 0131492, 5/22/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

7. ABRAHAM,LESTER, 07M1131492, CIVIL JUDGMENT, 05/22/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

8. ABUFARE; NESPRIN, 07M1 0117205, 4/9/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORPORATION

9. ABUFARE,NESRIN, 07M1117205, CIVIL JUDGMENT, 04/09/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

10. ADEKALE; EMMANUEL, 07M1 0134710, 6/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

2431. MOSBY,LUCILLE, 07M1141913, CIVIL JUDGMENT RELEASE, 06/28/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO
01/30/2008

2432. DECKER,JAMES, 07SC183, SMALL CLAIMS JUDGMENT, 04/03/2007, IL JUDGMENTS AND LIENS

Page 2

MRC RECEIVABLES CORPORATION

2433. ROBINSON,LORI, 07SC244, SMALL CLAIMS JUDGMENT, 04/24/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2434. DENNIS,TABATHA, 07SC247, SMALL CLAIMS JUDGMENT, 04/27/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

2435. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

2436. MCCLURE,PATRICK, 07SC336, SMALL CLAIMS JUDGMENT, 05/30/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2437. BLOOMBERG,RACHEL, 07SC425, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND
LIENS
MRC RECEIVABLES CORP

2438. QUINN,JAMES, 07SC430, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2439. DEKEZEL,JESSICA, 07SC432, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

2440. KELLER,MADOLYN, 07SC439, SMALL CLAIMS JUDGMENT, 06/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1210V5

Time of Request: Wednesday, March 26, 2008  13:09:33 EST
Client ID/Project Name: 21088
Number of Lines: 102
Job Number:        1842:83392876

Research Information

Service:    Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1370-1374
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (07/01/2007) and leq (09/30/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTURNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

Page 1

1. ABDULLAH; HAKAM, 06M1 0178953, 7/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

2. ABDULLAH,HAKAM, 06M1178953, CIVIL JUDGMENT, 07/05/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

3. ADAMS,JOHN, 07SC102, SMALL CLAIMS JUDGMENT, 07/03/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

4. ADAMS; MARY, 07M1 0106013, 7/17/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

5. ADAMS,MARY, 07M1106013, CIVIL JUDGMENT, 07/17/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CO

6. AGOZZINO; ROBIN, et al., 07M1 0104864, 9/4/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

7. AHMED; JUDITH, et al., 07M1 0105259, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES

8. AKINS; JACQUELINE, 07M1 0169709, 8/20/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST
MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

9. ALEXEAS; SKYLAR, 07M1 0159689, 9/13/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES

10. ALLEN; ARMEAN, 07M1 0123633, 7/24/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL
DISTRICT
MRC RECEIVABLES CORP

1370. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

Page 2

1371. BYRD,STEVEN, 07SC327, SMALL CLAIMS JUDGMENT, 07/31/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1372. JACOBS,KATHY, 07SC129, SMALL CLAIMS JUDGMENT, 07/19/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1373. COCKBURN,JASON, 07SC005231, CIVIL DISMISSAL, 07/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION
07/26/2007

1374. COCKBURN,JASON, 07SC5231, CIVIL DISMISSAL, 07/26/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION
07/26/2007

1210V6

Time of Request: Wednesday, March 26, 2008  13:10:53 EST
Client ID/Project Name: 21088
Number of Lines: 115
Job Number:      1861:83393169

Research Information

Service:  Terms and Connectors Search
Print Request: Selected Document(s): 1-10, 1860-1866
Source: IL Public Records, Combined
Search Terms: "mrc receivables" and date(geq (10/01/2007) and leq (12/31/2007))

Send to:  ASCHENBRENER, MICHAEL
          EDELMAN COMBS & LATTORNER
          120 S LA SALLE ST FL 18
          CHICAGO, IL 60603-3593

1. ACUNA; ANAIS, 07M1 0140759, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

2. ADAM; VICKY, et al., 07M1 0138734, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

3. ADAMS; ALTON, et al., 07M1 0159757, 11/19/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

4. ADAMS; LARCENIA, 07M1 0150819, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

5. ADAMS; LOUISE, 07M1 0121134, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

6. ADAMSON; GLORIA, et al., 07M1 0113686, 10/2/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORPORATION

7. ADDISON; MINDOTE, et al., 07M1 0139998, 11/5/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

8. ADEFUMI; OLU, 07M1 0149582, 11/27/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES

9. AFFUL; BERNARD, 07M1 0111913, 10/25/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

10. AGREST; JUDY, 07M1 0193245, 11/1/2007, JUDGMENT, COOK COUNTY, ILLINOIS - 1ST MUNICIPAL DISTRICT
MRC RECEIVABLES CORP

Page 2

1860. ROGERS,TYRICE, 07M1124798, CIVIL DISMISSAL, 05/08/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES
02/19/2008

1861. JARVIS,LAURA, 07SC340, SMALL CLAIMS JUDGMENT, 10/29/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1862. CRABTREE,MISTY, 07SC234, SMALL CLAIMS JUDGMENT, 11/21/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1863. BOWER,SKYLER, 07SC266, SMALL CLAIMS JUDGMENT, 11/29/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP

1864. PLOWMAN,LUELLA, 07SC132, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1865. WIERICH,TRAVIS, 07SC228, SMALL CLAIMS JUDGMENT, 12/06/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORPORATION

1866. MASSEY,CHRISTIE, 07SC350, SMALL CLAIMS JUDGMENT, 11/14/2007, IL JUDGMENTS AND LIENS
MRC RECEIVABLES CORP