IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, on behalf of plaintiffs and the classes described herein<br><br>           Plaintiffs,<br><br>      v.<br><br>ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA,<br><br>           Defendants. | 08 C 31<br>Judge Guzman<br><br>Magistrate Judge Schenkier<br><br><br>**JURY DEMANDED** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Thursday, July 17, 2008 at 9:30 a.m.**, we shall appear before the Honorable Judge Guzman in Room 1219 of the United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois, and shall then and there present **PLAINTIFFS' FIRST AMENDED CONSOLIDATED MOTION FOR CLASS CERTIFICATION** which was electronically filed and served upon you through the Court's CM/ECF system.

                                        s/Michael J. Aschenbrener
                                        Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs

1

James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on July 10, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St
Suite 300
Chicago, IL 60601
(312) 704-3000

Thomas Dutton
Matthew Gray
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive
Suite 4400
Chicago, IL 60601-7567

Michael True
Joseph Messer
Messer and Stilip, LLP
166 W. Washington, Suite 300
Chicago, IL 60602

s/Michael J. Aschenbrener
Michael J. Aschenbrener