UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE et al.<br><br>Plaintiffs,<br><br>v.<br><br>ARROW FINANCIAL SERVICES, LLC et al.<br><br>Defendants. | Case No.: 08 C 31<br><br>Judge Guzman<br><br>Magistrate Judge Schenkier |
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY,<br><br>Plaintiff,<br><br>v.<br><br>DATA SEARCH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC,<br><br>Defendants. | Case No.: 08 C 3836<br><br>Judge Guzman<br><br>Magistrate Judge Cole |

## DATA SEARCH/TRAK AMERICA'S RESPONSE TO MOTION TO RE-ASSIGN

Defendant, DATA SEARCH N.Y., INC d/b/a TRAK AMERICA LLC and TRAK AMERICA, by their attorneys, David M. Schultz and Todd P. Stelter, pursuant to this Court's Order of July 16, 2008, respond to plaintiff's motion to reassign, stating as follows:

Plaintiff Michelle Duffy seeks to reassign her case under Local Rule 40.4. This Court should deny the motion. Local Rule 40.4 is clearly reserved for and only intended to be used to

reassign a case from one judge to another: "**Conditions for Reassignment**. A case may be reassigned to the calendar of another judge ..." Local Rule 40.4(b).

Here, both cases captioned already are pending before Judge Guzman. Therefore, there is no relief that can be granted requested in plaintiff's motion and there is no practical reason to formally enter an Order reassigning the Duffy case from Judge Guzman to Judge Guzman.

Plaintiff's motion to re-assign should not be confused or taken as a motion to consolidate pursuant to Federal Rule of Civil Procedxure 42. Plaintiff's motion does not seek consolidation of the Duffy case with the Sylverne case. Therefore, this Court should not grant that relief. In addition, plaintiff's case is improper for consolidation into the Sylverne case, a case which plaintiff Duffy is already admittedly a putative class member. (*See* Pltf.'s Motion to Re-Assign ¶5.) Consolidating plaintiff Duffy's similar individual claims into the Sylverne case class claims would result in a nullity. Duffy's claims are already asserted on her behalf by class counsel, Edelman, Combs, Latturner & Goodwin LLC. There is no practical or tangible benefit for Duffy to consolidate herself into a class she is already in for those claims that already are pending in Sylverne.

Duffy also has individual claims that differ from the plaintiffs in Sylverne and asserts claims against an additional defendant, Blitt & Gaines PC. The existence of these additional claims and defendant make the matter un-amenable to disposal by a single trial and would substantially complicate the Sylverne matter, if consolidation were granted. Thus, there is no showing of a "substantial savings of judicial time and effort" by plaintiff. For these reasons, the motion should be denied.

WHEREFORE, defendants respectfully request this court deny plaintiff's motion to reassign.

Respectfully submitted,

By: _____s/ Todd P. Stelter_____
One of Defendants Attorneys

David M. Schultz
Todd Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street
Suite 300
Chicago, IL 60601-1081
312-704-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE SYLVERNE et al. | |
| Plaintiffs, | Case No.: 08 C 31 |
| v. | Judge Guzman |
| ARROW FINANCIAL SERVICES, LLC et al. | Magistrate Judge Schenkier |
| Defendants. | |
| | |
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY, | |
| Plaintiff, | |
| v. | Case No.: 08 C 3836 |
| | Judge Guzman |
| DATA SEARCH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC, | Magistrate Judge Cole |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed **DATA SEARCH/TRAK AMERICA'S RESPONSE TO MOTION TO REASSIGN** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Cathleen M. Combs          ccombs@edcombs.com
Daniel A. Edelman          dedelman@edcombs.com
James O. Latturner         jlatturner@edcombs.com
Thomas E. Dutton           duttont@gtlaw.com
Joseph Shaw Messer         messer@messerstilp.com
James Michael True         true@messerstilp.com
Matthew Scott Gray         graym@gtlaw.com
Michael James Aschenbrener maschenbrener@edcombs.com
Curtis C. Warner           cwarner@warnerlawllc.com

4

                Respectfully submitted,


By:\_\_\_\_s/Todd P. Stelter_____

David M. Schultz
Todd P. Stelter
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Ste 300
Chicago, IL 60601
(312) 704-3000