IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, on behalf of plaintiffs and the classes described herein | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 31<br>Judge Guzman |
| v. | ) ) | Magistrate Judge Schenkier |
| ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) ) ) ) ) ) | **JURY DEMANDED** |
| Defendants. | ) | |
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 3836 |
| v. | ) ) ) | Judge Guzman<br>Magistrate Judge Cole |
| DATA SEARCH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC, | ) ) ) ) | |
| Defendants, | ) | |

1

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on July 24, 2008 we have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the following document:**PLAINTIFFS SYLVERNE, BREWER, BRADLEY, PECARO, KINGSTON, CAHILIG, MACHALLECK, HERRON, CASE, AND HAMAD'S RESPONSE TO PLAINTIFF DUFFY'S MOTION TO REASSIGN CASES AS RELATED.**

s/Michael J. Aschenbrener
Michael J. Aschenbrener

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Michael J. Aschenbrener
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

## CERTIFICATE OF SERVICE

I, Michael J. Aschenbrener, hereby certify that on July 24, 2008, a copy of this notice and the documents referred to therein was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Todd P. Stelter
David M Schultz
Hinshaw & Culbertson LLP
222 N. LaSalle St, Suite 300
Chicago, IL 60601

Tammy L. Adkins
David Luther Hartsell
Amy R Jonker
McGuireWoods LLP
77 West Wacker Drive, Suite 4400
Chicago, IL 60601-7567

Thomas Dutton
Matthew Gray
Greenberg Traurig LLP
77 W. Wacker Dr., Suite 2500
Chicago, IL 60601

Michael True
Joseph Messer
Messer and Stilip, LLP
166 W. Washington, Suite 300
Chicago, IL 60602

s/Michael J. Aschenbrener
Michael J. Aschenbrener