IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| STEPHANIE SYLVERNE, LOVENIA J. BREWER, JOAN BRADLEY, JOSEPH J. PECARO, ANDREW T. KINGSTON, ARIEL CAHILIG, DALE MACHALLECK, JUANITA HERRON, SANDRA CASE, and HANI A. HAMAD, individually and on behalf of the classes defined herein, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 31 |
| v. | ) ) | Judge Guzman |
| ARROW FINANCIAL SERVICES, L.L.C., TRIUMPH PARTNERSHIPS, LLC, NORTH STAR CAPITAL ACQUISITION LLC, PALLINO RECEIVABLES LLC, ELITE RECOVERY SERVICES, INC., MRC RECEIVABLES CORPORATION, PINNACLE CREDIT SERVICES, LLC, DATA SEARCH N.Y., INC. d/b/a TRAK AMERICA, LLC and TRAK AMERICA, | ) ) ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| MICHELLE DUFFY f/k/a MICHELLE DUFFY PILNY, | ) ) ) | |
| Plaintiff, | ) ) | 08 C 3836 |
| | ) ) | Judge Guzman |
| v. | ) ) | |
| | ) | Magistrate Judge Cole |
| DATA SEARCH N.Y., INC d/b/a TRAK AMERICA, LLC and TRAK AMERICA; and BLITT & GAINES PC, | ) ) ) ) | |
| Defendants, | ) | |

**CERTIFICATE OF SERVICE**

1

I, Curtis C. Warner, hereby certify that on July 31, 2008, I filed electronically **Plaintiff Duffy's Reply** using the Court's CM/ECF system, which automatically will send notice to those parties who have appeared and are so registered as follows:

Daniel A. Edelman                courtecl@edcombs.com
Cathleen M. Combs                ccombs@edcombs.com
James O. Latturner               jlatturner@edcombs.com
Michael James Aschenbrener       maschenbrener@edcombs.com
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL 60603
*Attorneys for Plaintiffs*

David M Schultz                  dschultz@hinshawlaw.com
Todd Philip Stelter              tstelter@hinshawlaw.com
Hinshaw & Culbertson
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
*Attorneys for Defendant Data Search N.Y., Inc.
d/b/a Trak America, LLC*

Joseph Shaw Messer               messer@messerstilp.com
James Michael True                true@messerstilp.com
Messer & Stilp
166 W. Washington, Suite 300
Chicago, IL 60602
*Attorneys for Triumph Partnerships, LLC*

Thomas E. Dutton                 duttont@gtlaw.com
Matthew Scott Gray               graym@gtlaw.com
Greenberg Traurig
77 West Wacker Drive, Suite 2500
Chicago, IL 60601
*Attorneys for Pinnacle Credit Services, LLC*

A copy was also sent via e-mail to:

BLITT & GAINES PC
Fred Blitt                       fred@blittandgaines.com
661 Glenn Avenue
Wheeling, Illinois 60090

Respectfully submitted,

s/ Curtis C. Warner
   Curtis C. Warner

Curtis C. Warner
Warner Law Firm, LLC
155 N. Michigan Avenue, Suite 737
Chicago, Illinois 60601
(312) 238-9820 (TEL)

3